| | | | |
|---|---|---|---|
| DEFT: | John Raffa(J)# | CASE NO: | 00-4079-BSS |
| AUSA: | Diana Fernandez *present* | ATTNY: | David Vinikoor (temp) |
| AGENT: | FBI | VIOL: | money laundering |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - (yes)/no     COUNSEL APPOINTED: _____

___ BOND SET @ $50,000     PSB

CO-SIGNATURES: _wfe_

SPECIAL CONDITIONS:

FILED by ___ D.C.
APR 14 2000
CLARENCE MADDOX
CLERK USDC
S.D. OF FLA. FT. LAUD.

*newly charged*
*J-sworn*

1) Do not violate any law.
2) Appear in court as directed. *must surr passports/travel docs*
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as (directed) or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.  *must surr guns to another by monday.*
10) Curfew: ___
11) Travel extended to: SD/PE
12) ___ Halfway House
___ Electronic Monitoring

*Reside at current address, no illegal drugs or excessive alcohol*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-1-00 | 11:00 AM | SNOW |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. REMOVAL: | 5-1-00 | 11:00 AM | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 4-14-00   TIME: 11:00am   TAPE # 00-028   PG # 8

130-280
315-