APR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55271-CCv

UNITED STATES OF AMERICA )
            Plaintiff ) Case Number: CR_____
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Raffa, John )
       Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/13/00     am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Money Laundering

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 12/04/49

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____