COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN RAFFA (B)     CASE NO: 00-4079-SELTZER
AUSA: DIANA FERNANDEZ /presented/     ATTY: DAVID VINIKOOR pres/temp
AGENT:     VIOL:
PROCEEDING INQ RE CNSL/PRELIM/ARR. RECOMMENDED BOND
BOND HEARING HELD - yes/no     COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

_waiver of timely prelim hrg executed_

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 6-1   11   LSS
                       PTD/BOND HRG:
                       PRELIM/ARRAIGN: 6--1   11   LSS✓
                       REMOVAL HRG:
                       STATUS CONF:

Date: 5-1-00   Time 11:00   FTL/LSS TAPE #00-023   Begin: 1223   End: 1315

208

FILED by D.C.
MAY -1 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.