```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
            CASE NO. 00-6181 CR-ZLOCH
                  18 U.S.C. 1956
                  18 U.S.C. 1546      MAGISTRATE JUDGE
                  18 U.S.C. 371          SELTZER
                  18 U.S.C. 2
```

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
HENRY HARRY McFLIKER,          )
JOHN RAFFA, and                )
MICHAEL E. FULLER,             )
                               )
            Defendants.        )
_____)



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 3, 2000, to on or about April 13, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

> HENRY HARRY McFLIKER,
> JOHN RAFFA, and
> MICHAEL E. FULLER,

did knowingly and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(1)(A)(i) and (B)(i).



### THE PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy to knowingly conduct financial transactions affecting interstate and foreign commerce involving property that was proceeds from specified unlawful activity, that is, illegal narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and the international transportation of women for purposes of prostitution, in violation of Title 18, United States Code, Section 2421, with the intent to conceal and disguise the nature, location, source, ownership, and control, of the property believed to be the proceeds of the specified unlawful activity, and to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### COUNT 2

On or about April 13, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

> HENRY HARRY McFLIKER,
> JOHN RAFFA, and
> MICHAEL E. FULLER,

and others, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed by the defendants to be the proceeds of specified unlawful activity, and to promote the carrying on of the specified unlawful activity, knowingly conducted and attempted to conduct a financial transaction affecting interstate or foreign commerce involving

property represented by a law enforcement officer acting in an undercover capacity to be proceeds from specified unlawful activity, that is, illegal narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and the international transportation of women for purposes of prostitution, in violation of Title 18, United States Code, Section 2421.

All in violation of Title 18, United States Code, Section 1956(a)(3)(A) and (B) and Section 2.

### COUNT 3

On April 13, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

HENRY HARRY McFLIKER,

and others, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed by the defendant to be the proceeds of specified unlawful activity, and to promote the carrying on of the specified unlawful activity, knowingly conducted and attempted to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a law enforcement officer acting in an undercover capacity to be proceeds from specified unlawful activity, that is, illegal narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and the international transportation of women for purposes of prostitution, in violation of Title 18, United States Code, Section 2421.

All in violation of Title 18, United States Code, Section 1956(a)(3)(A) and (B).

COUNT 4

1. From in or about July 21, 1998, and continuing to on or about the date of the return of this indictment, in the Southern District of Florida, and elsewhere, the defendant,

HENRY HARRY McFLIKER,

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1546.

THE PURPOSE AND OBJECT OF THE CONSPIRACY

2. It was the purpose and object of the conspiracy to use, possess, obtain, accept and receive a "Department of State L-1" visa, in the name of Ilona Berezina, which document is one prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to have been procured by fraud and unlawfully obtained in violation of Title 18, United States Code, Section 1546.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, in the Southern District of Florida, the defendant or his coconspirators, committed at least one of the following overt acts, among others.

A. On or about July 21, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a United States non-immigrant visa.

4

B. On or about July 27, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a United States non-immigrant visa.

C. On or about July 31, 1998, in Deerfield Beach, Florida, the defendant received approximately $2,675 from a person as a down payment for assisting in fraudulently obtaining a United States L-1 non-immigrant visa.

D. On or about August 17, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a fraudulent United States L-1 visa.

E. On or about November 12, 1998, in Deerfield Beach, Florida, the defendant received documents from a person relating a non-existent Russian corporation.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA           CASE NO. _____

v.                                              **CERTIFICATE OF TRIAL ATTORNEY***
HENRY HARRY McFLIKER, et al.
_____     **Superseding Case Information**:

**Court Division**: (Select One)            New Defendant(s)          Yes ____   No ____
                                            Number of New Defendants     ____
___ Miami    ___ Key West              Total number of counts           ____
_X_ FTL      ___ WPB ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:       (Yes or No) __No__
    List language and/or dialect _____

4.  This case will take __4__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                      (Check only one)

    I    0 to 5 days        __x__        Petty       ____
    II   6 to 10 days       ____         Minor       ____
    III  11 to 20 days      ____         Misdem.     ____
    IV   21 to 60 days      ____         Felony      __x__
    V    61 days and over   ____

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) __Yes__
    If yes:
    Magistrate Case No.   00-4079-BSS
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____
7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _x_ Yes __ No    If yes, was it pending in the Central Region? _x_ Yes __ No

                                    _Diana L.W. Fernandez_
                                    DIANA L.W. FERNANDEZ
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court ID #A5500017

*Penalty Sheet(s) attached                                      REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ___HENRY HARRY McFLIKER___ No: _____

Count #: 1    18 U.S.C. 1956(h)    Conspiracy to Launder Money

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000

Count #: 2    18 U.S.C. 1956(a)(3)(A) and (B)    Money Laundering

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000

Count #:3    18 U.S.C. 1956(a)(3)(A) and (B)    Money Laundering

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000

Count #:4    18 U.S.C. 371    Conspiracy

*Max. Penalty: Five (5) years' imprisonment; $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __JOHN RAFFA_____ No: _____

Count #: 1     18 U.S.C. 1956(h)     Conspiracy to Launder Money

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000 fine


Count #: 2     18 U.S.C. 1956(a)(3)(A) and (B)     Money Laundering

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000 fine


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __MICHAEL F. FULLER_____ No: _____

Count #: 1    18 U.S.C. 1956(h)    Conspiracy to Launder Money

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000 fine


Count #: 2    18 U.S.C. 1956(a)(3)(A) and (B)    Money Laundering

*Max. Penalty: Twenty (20) years' imprisonment and/or $250,000 fine


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


Count #:

*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96