## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOHN RAFFA (B)　　　　　　　　　　　CASE NO: 00-6181-CR-ZLOCH
AUSA: DIANA FERNANDEZ /pro/　　　　　　ATTY: DAVID VINIKOOR, ESQ. /pres/
AGENT: 　　　　　　　　　　　　　　　　　VIOL:
PROCEEDING: ARRAIGNMENT　　　　　　　　RECOMMENDED BOND:
BOND HEARING HELD - yes / no　　　　　　COUNSEL APPOINTED:
BOND SET @:　　　　　　　　　　　　　　　To be cosigned by:

FILED by C.M.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-12 | 11 | BSS | FTL |

DATE: 6/28/00　　TIME: 11:00　　FTL/LSS TAPE # 00 - 036　　Begin: 521　　End:

32