UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-Zloch

UNITED STATES OF AMERICA

vs

JOHN RAFFA



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____DAVID VINIKOOR, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $____CON'T_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __28TH__ day of __JUNE_____,2000.

                                  CLARENCE MADDOX
                                  COURT ADMINISTRATOR/CLERK OF COURT

                                  By: _Penny Butler_____
                                       Deputy Clerk

                                  Tape No.____00-036_____

cc: Copy for Judge
    U. S. Attorney

34