COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6181-CR-ZLOCH

FILED by _____ D.C.

JUN 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN RAFFA,                    NOTICE OF APPEARANCE

    Defendant.
_____/

TO: THE CLERK OF THE COURT

DAVID G. VINIKOOR, P.A., 420 S.E. 12th Street, Fort Lauderdale, Florida 33316, enters its appearance as counsel for the Defendant in this case, JOHN RAFFA, and requests that all notices concerning this case be forwarded to counsel.

                    DAVID G. VINIKOOR, P.A.
                    Attorney for Defendant
                    420 S.E. 12th Street
                    Fort Lauderdale, FL 33316
                    Telephone: (954) 522-2500
                    Facsimile: (954) 522-7278

                    By: _____
                        DAVID G. VINIKOOR
                        FL BAR #195719

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this 28th day of June, 2000, to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394.

                    _____
                    DAVID G. VINIKOOR

COPIES NOT PROVIDED