UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY McFLIKER,
JOHN RAFFA, and
MICHAEL E. FULLER,

    Defendants.
_____/

GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

    The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.   1.   There are audio and video tapes as outlined on the attachment. One set of the recordings are being held in my office. you will have to make your own arrangements for duplication. Please contact my secretary, Dolly Fox, at (954) 356-7255, Extension 3575, to make arrangements.

       2.   That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached.

       3.   No defendant testified before the Grand Jury.

       4.   The NCIC record of each defendant, is enclosed to their respective counsel.

       5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to



    the defendant are listed on the attachment and may be inspected at a mutually convenient time. Please call the undersigned to set up a date and time that is convenient to all counsel.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

  6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose under separate cover any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as

2

       well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.    The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband is involved in this indictment.

L.    The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.    To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.    The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at a discovery conference.

     The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

     In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal rules of Criminal Procedure, the government hereby demands notice of Alibi defense; the approximate times, dates, and places of the offenses are

outlined in the indictment, but more particularly in the audio and/or video recordings which are listed in the attachment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

4

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this _7th_ day of _July_, 2000 to:

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900
(Counsel for Henry McFliker)

Mr. Samuel Montesino, Esquire
c/o Wilbur Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401
(Counsel for Michael E. Fuller)

Mr. David G. Vinikoor, Esquire
420 SE 12th St.
Fort Lauderdale, FL 33316-1902
(Counsel for John Raffa)

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

5

## ATTACHMENT

### MCFLIKER, et al., SDO RESPONSE

McFliker - visa fraud

    41 audio cassettes (60 min.)
    16 audio cassettes (90 min.)
    American Visa Services, Inc brochure
    Financial Tally of fees
    Receipt for $2,675
    Two check lists of items required for visa approval
    Handwritten name and address for Crimarco
    I-94 in name of Ilona Berezina
    Receipt for $3,500

Money laundering

    33 audio cassettes (90 min.)
    1 video cassette (120 min.)
    Inventory Purchase Agreement
    Daytona Aerospace, Inc. flyer
    Accounts receivable report
    Advice of rights - McFliker, Raffa, and Fuller
    Fuller - miscellaneous cards, diary and telephone numbers
    McFliker - miscellaneous cards and documents
    Raffa - miscellaneous cards and documents