UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JOHN RAFFA

Defendant.
_____/

FILED by _____ D.C.

'JUL 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 12, 2000. At that conference,

the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under

the Standing Discovery Order and that there are no motions currently pending. The

Government is ready to proceed and anticipates that this matter will require four days to

try. The prosecutor assigned to this case, however, is on leave until July 31, 2000.

2.    Defense counsel informed the Court that there are 31 audiotapes

pertaining to his client; each tape contains approximately 90 minutes of conversation.

Given the volume of the discovery materials, the undersigned granted the defense

forty-five (45) additional days within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

David Vinikoor, Esq.
Attorney for Defendant