UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN RAFFA,

    Defendant.

_____/



## UNOPPOSED MOTION FOR A CONTINUANCE

    The Defendant, JOHN RAFFA, through undersigned counsel, files this Unopposed Motion for a Continuance and as grounds would state the following:

    1.    This matter is currently scheduled for calendar call on August 11, 2000.

    2.    The Government's response to the standing discovery order indicated that the there were thirty-three, ninety minute audio cassettes and one video cassette relating to the two money laundering counts.[1]

    3.    Although undersigned counsel promptly obtained copies of these cassettes from the Government, working copies were not delivered by the copying service until July 26, 2000.

    4.    Assistant United States Attorney Diana Fernandez apparently has been on vacation from at least the date of the arraignment and reportedly is not scheduled to return until July 31, 2000.

---

[1] The Government's response to the Standing Discovery Order also reflected that there were fifty-seven additional audiocassettes relating to Count IV, charging co-defendant McFlicker with a Visa Fraud Conspiracy.

5.    The Government, therefore, has not provided the Defendant with any transcripts of the numerous recorded communications.

6.    On July 12, 2000, the Honorable Barry S. Seltzer granted the Defendant 45 additional days within which to file pretrial motions.

7.    The scheduled calendar call precedes the expiration of the extended time period for the filing of pretrial motions.

8.    Assistant U.S. Attorney Michael Ditto, has indicated that he has no objection to the granting of this motion and intends on behalf of the Government to soon file a motion requesting an extension of time for the production of transcripts.

WHEREFORE, the Defendant, JOHN RAFFA, respectfully requests this Motion be granted.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this 27th day of July, 2000, to the Clerk of the U.S. Court and by U.S. Mail delivery to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394, and to Marc Nurik, Esq., Counsel for Henry McFlicker, P.O. Box 1900, Fort Lauderdale, FL 33302-1900, and Samuel Montesino, Esq., c/o Wilbur Montesino, Esq., Counsel for Michael E. Fuller, 1100 North Olive, West Palm Beach, FL 33401.

DAVID G. VINIKOOR