UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN RAFFA,

      Defendant.

_____/

## OBJECTION TO GOVERNMENT'S TRANSCRIPTS

      The Defendant, JOHN RAFFA, through undersigned counsel, files these objections to the Government's transcripts of tape recorded conversations and would state that the Defendant believes the following transcriptions are not accurate:

| DATE OF TAPE: | TAPE NO.: | PAGE: | LINE: |
|---|---|---|---|
| April 10, 2000 | 18 | 4 | 4, 7, 11, 13, and 14 |
| | | 12 | 2 |
| | | 15 | 5 |
| | | 16 | 4 |
| | | 19 | 9 |
| | | 26 | 24 through 27 |
| | | 28 | 1 |
| | | 30 | 22 |
| | | 33 | 6 |
| | | 40 | 15 |
| April 13, 2000 | 29 | 2 | 23 |
| | | 6 | 5 |
| | | 8 | 1 |
| | | 9 | 1 and 17 |
| | | 19 | 15, 18, 20, 23, 25, 31 |
| | | 20 | 19 |



55

| DATE OF TAPE: | TAPE NO.: | PAGE: | LINE: |
|---|---|---|---|
| April 13, 2000 | 31 | | |

Throughout the entire transcript, the speaker is misidentified and every page contains numerous inaccuracies. The attached alternative proposed transcript reflects the multitude of corrections.

| April 13, 2000 | 34 | 9 | 7 |

Attached hereto and incorporated herein are alternative proposed transcripts for each page containing inaccurate transcriptions by the Government.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

- 2 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this 7th day of August, 2000, to the Clerk of the U.S. Court and by U.S. Mail delivery to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394, and to Marc Nurik, Esq., Counsel for Henry McFlicker, P.O. Box 1900, Fort Lauderdale, FL 33302-1900, and Samuel Montesino, Esq., c/o Wilbur Montesino, Esq., Counsel for Michael E. Fuller, 1100 North Olive, West Palm Beach, FL 33401.

DAVID G. VINIKOOR

FILE NUMBER:                245H-MM-82334

TAPE NUMBER:                T-18

DATE OF TAPE:               04/10/2000

TIME OF TAPE:               4:10 - 5:00 PM

CASE AGENT:                 SA RONNALYN CRAIN

REVIEWED BY:                DET. PETER SMOLYANSKI

TRANSCRIBED/TYPED BY:       BARBARA McGRAW

DATE TYPED:                 05/01/2000

PARTICIPANTS:               UCA - UNDERCOVER AGENT
                            JR - JOHN RAFFA
                            MF - MICHAEL FULLER

ABBREVIATIONS:              (UI) UNINTELLIGIBLE
                            (SC) SIMULTANEOUS CONVERSATION
                            (PH) PHONETIC)
                            (IA) INAUDIBLE


* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

245H-MM-82334

> (Shuffling sound)
>
> (Sound of zipper)
>
> Today is Monday, April 10th, year 2000, approximately 4:20 PM, having a undercover meeting at the Hilton Hotel at the intersection of Griffin Road and Interstate 95 in North Hollywood, Danny Abeech.
>
> (Talking (UI)...)
>
> (Shuffling sounds)
>
> (Sound of walking sounds)
>
> (Sound of waterfalls)
>
> (UI)... Michael...
>
> (Voices in background (UI)...)
>
> We get some coffee and...

JR:       Juice Ah... soda?

UCA:      Ah... diet Pepsi cola?

UM:       Diet coke?

JR:       Okay, that works for me.

> Orange juice

UM:       Orange juice ...all right.

JR:       You need to outside.

MF:       Yeah... we'll go outside ...we'll take the drinks out...there's a pool bar out there, we'll go out there.

JR:       You know what..

MF:       John, forget it.

JR:       There's a pool bar out, isn't it?

2

245H-MM-82334

| | |
|---|---|
| MF: | Well go outside. |
| | (Shuffling sounds) |
| JR: | Disney was cold huh? |
| UCA: | It was terribly cold yeah. |
| MF: | When it's cold, there is less people... |
| UCA: | Like numbers, when it's cold (UI)... |
| MF: | I was raised up on the Canadian Border, so. (UI)... |
| UCA: | Ah... but Ah... where you born... |
| MF: | Canadian Border so. |
| | (Voices in background (UI)...) |
| MF: | I have a lot of friends that lives in Helsinki, so I know...I know cold weather there.  Beautiful during July and August and June. |
| | Ah... (UI)... |
| JR: | (UI)... Moscow or (UI)... |
| UCA: | Ah... Moscow and (UI)... very beautiful. |
| JR: | Ah... yeah, beautiful... |
| | (UI)... |
| MF: | The exchange student Ah... thing over there for Ah... six months, (UI)...family... (UI)... (cracking sound on tape) tried to learn the language. |
| | (Pause) |
| | (Sound of walking) |
| | Coffee (UI)... |
| | Soda... |
| | Soda... Diet soda. |

3

245H-MM-82334

Diet soda...

Coffee...

(Shuffling, cracking sounds)

JR:     We're just trying to put each other at ease.

UCA:    I Ah... I Ah... I don't know people here and Ah...
        Ah... I know Ah... Ah... Ah... (UI)...

JR:     Well let me explain... we're very honest businessmen
        (UI)... we know...we know how to take care of
        things, and we also have very high respect, Ah...
        when we go into a business venture, we never...never
        hurt the people that we are partners with.  Because
        everybody wants to make money here.  You can't make money
        when you fuck your partner.  You only make money when you
        kiss your partner.

UCA:    I'm sorry... but Ah...

UM:     Hi, how are you doing?

MF:     Very good, hi...

UM:     What can I get for you all?

MF:     Ah... coffee by any chance.

UM:     unfortunately... no, we had to check on the
        restaurant and close everything up (UI)...

MF:     Ah... orange juice?

UM:     I have yeah... sodas, and juices ...full bar of
        course.

UCA:    Ah... the that Pepsi cola.

UM:     Ah... diet coke.

JR:     Yeah, I'll take Pepsi.

UM:     Okay, do you want ice with your juice.

MF:     Yes.

4

245H-MM-82334

MF:     Let me give you a little piece of the puzzle, Ah...
        if we're able to get together. I'd have the same
        business in the same location since 1982.

UCA:    Uh..huh.

MF:     I've never had ...these are things that...that... a
        little piece of the puzzle, Um... I've never had one
        problem or one complaint in my business, since 1982.
        I (UI)... very carefully.

UCA:    What ta... business you get?

MF:     Um... we manage Um... account receivable
        portfolios... Um... mortgage companies, credit card
        companies, automobile companies, Ah... when their
        accounts go to the people won't pay.

UCA:    Can you talk slow...slow please.

JR:     All right (UI)... these conflict.  That same
        (UI)...$5,000 dollars credit accounts.

        (UI)...

JR:     Ah... you don't have the money to pay.

UCA:    Okay.

JR:     But his company does, the bank goes to his company
        for the Ah... the card company goes to his company
        and says... Alexander owes $5,000 ...(SC)...

UCA:    Oh... collect... collection Ah.. collection Ah...

JR:     (SC)...collect (UI)... right...

UCA:    (SC)... okay.

JR:     That's really kind of what he's... what he has, it's a
        very legitimate company (UI)... resistance pain in
        the ass.  What I was saying to you earlier, is ...

        (Static on tape (UI)...)

JR:     (UI)... I'm Italian...I'm Sicilian... I'm very much
        part of the family, I'm a family man... My family

                                5

245H-MM-82334

|      |                                                                              |
|------|------------------------------------------------------------------------------|
|      | does what your family does... yeah... |
| UCA: | Um... |
| JR: | I understand. |
| UCA: | I don't know if Henry... Ah... Ah... (UI)...(SC)... |
| JR: | (SC)... Let me explain... |
| UCA: | Said what I do... |
| JR: | Yes. |
| UCA: | Okay. |
| JR: | Not a problem. |
| UCA: | If Ah..., not only the...the money business but if you Ah... and Henry... help in my business to.  Ah... Ah..  and Ah... I bring girls from Russia and Ah... will prostitute as Escort Ah...Service.  Ah... this business makes a lot of cash. |
| JR: | Right. |
| UCA: | Um... I also have my partners, who also have cash...but Ah... we need help in Ah... |
| JR: | Right. |
| UCA: | In Ah... Ah... to Ah... to Ah... to make money good. |
| JR: | Exactly. |
| MF: | Let me understand, since I'm going to be in the trenches with you.  Okay? |
| UCA: | You will be... |
| MF: | You and I... |
| UCA: | We'll do business. |
| MF: | ...work together. |
| UCA: | Okay. |

6

245H-MM-82334

MF:     I'm from the old school...Okay?

JR:     *You know what old school means?*

MF:     Ah... I do not believe in drugs... or guns, anything
        to do with that...

UCA:    I don't Ah... I don't want touch drugs, guns...

JR:     Good.

UCA:    I maybe finance... cocaine deal, but no I don't want
        touch...

MF:     No...Okay...no...

UCA:    I don't want Ah...

JR:     Good.

MF:     You understand, we understand each other.

UCA:    Yeah.

MF:     Um... I ...my family is also an older family... okay?
        Um.. we're very...very careful that's why we're around
        as long we have that.

UCA:    Okay.

MF:     We do things slowly, Um... and we explain everything
        throughly to us, there are companies who could do
        what you want in a month...Okay?

UCA:    One month.

MF:     They would cause you problems, because there are
        (UI)... in a month to track...

UCA:    (Cough) Excuse...

MF:     ...this type of thing okay?  It has to be done
        carefully.  It has to be done slowly.  Any other way,
        will cause problems you will ...that will...

UCA:    How quick can you ...

7

245H-MM-82334

MF:     For what you had indicated somewhere around 10 months
        to a year, and maybe a little bit quicker, Ah... and
        I would have to explain to you all the details of why
        it would take that long.

        (Pause)

UM:     Would you like anything off the menu or you okay.

        No... (UI)...(SC)...

UM:     Okay, great.

        Sorry excuse me... that's okay.

        Thank you sir.

UCA:    Um...

MF:     Let me say to you that I know that you look (UI)...
        people who do things too quickly, don't last...

UCA:    But Ah...

MF:     After it got going... it could be done faster and
        faster and faster...

UCA:    Henry, Henry Ah...told Ah... me that Ah... Ah... we
        can do fast... we can do ... you can do fast.

JR:     But Henry told me that you want it done, that at the
        end, it's white.

UCA:    Clean... clean...

JR:     Clean.  So clean that everything at the end the
        Government comes to look, says legitimate company.

UCA:    Not...fear... I don't fear... I want... I give you
        cash here and you send to Ah... Ah... Cayman...Cayman
        Island.

JR:     Cayman Islands.

UCA:    Or Bahamas...

JR:     That...that even complicates it, much more.

8

245H-MM-82334

UCA:    I no want money here.  I have in Hamburg... I need
        money, and I can bring money from there, I can bring
        money in check or a wire transfer from there, but
        here, but I need to clean cash here.

MF:     Wouldn't it be better for you if the money to be
        clean here and pay here and pay taxes on it here and
        all legitimately.  I'm just asking...

UCA:    How...

MF:     I am (UI)... but it's not... it's the quick way, it's
        not the way that most of these guys do, do it.
        Because they don't care about the person who
        (UI)...(Squeaking on tape)...  Let me explain to you
        that Ah... anytime you do something like this,
        everything creates computer prints... you understand?
        Computer prints.

UCA:    Yeah, a computer Ah...Ah... transfer.

MF:     Every bit of that information is monitored by large
        Government computers, I'm sure your aware of that.

UCA:    Not if you Ah... not if you fill out form the bank.
        To like 10,000 dollars that you have to fill out.

MF:     We're telling you that we know this is the fact...
        again in our house 1982...no problem...nobody has
        been saying ...nobody...

UCA:    So how can you do this and how fast...

MF:     Um... I would have to sit down and...and look at it
        exactly, but I would say probably, realistically 7,8,
        9 months something like that.  And there is a reason
        it has to be done this way, it has to be done
        incrementally, it has to be done slowly, it has to be
        done precisely and it has to be done so it doesn't
        trigger anything... there's ways to (SC)...

UCA:    If I... If I give you Ah... half a million dollars.

MF:     Okay, we wouldn't start off with ...we would start
        off maybe 50 grand or 100 grand.  May have you...  we
        would do that...and I would explain to you
        why...precisely why we were going to do it this way.

9

245H-MM-82334

245H-MM-82334

UCA:    How?

MF:     We wouldn't start off with ...you would for your
        companies...

UCA:    No... (UI)...

MF:     (SC)... someone would...would purchase a portfolio or
        old accounts, legitimate accounts for our businesses
        here in the United States, that do nothing but buy
        bad debt, you know what I mean, when I say that?

UCA:    It...some...some of Ah... person owe money...

MF:     Right.

UCA:    Owe money.

MF:     And your the bank five grand... the bank account
        collect, they'll sell that debt to another person to
        collect, okay?

UCA:    Oh, at Ah... at Ah... lower percentage.

JR:     Right.

MF:     Right.

UCA:    Yeah.

MF:     It goes from anywhere's from it's brand new, you might
        pay .20 cents on a dollar.  If it's real old you
        might pay, 5 cents, 4 cents on a dollar, and if it's
        real old maybe your pay a penny.

UCA:    Okay.

MF:     Okay... the way that this has to be done, is you have
        to purchase one of these portfolios, legitimately.
        Become the owner of it and then, well my company then
        in it's capacity, then generates the money by
        collecting from those debtors... Okay? So, you own
        the receivables, you have, let's say ... say you have
        5 million in receivables, you can expect to collect
        realistically 20 to 30 percent of it.

UCA:    Oh...so Ah... I give you Ah... 100,000, 100,000...

10

245H-MM-82334


JR:     Uh...huh.

UCA:    But Ah...

MF:     And then we (UI)... and then they go up as we... as
        we exceeds the ramp (SC)... I've done this before,
        okay, I've purchased receivables and then ramped up
        to the collection and then when their done, ramped
        down, so it's very simple.

JR:     Which means, let's say...to start with the actual...
        all of these bills, in the first month, we pay
        100,000 and second...

UCA:    I pay 100...

MF:     Right.

UCA:    ...or you pay me...

MF:     No, you ...you pay in (UI)... we have the accounts, 5
        million dollars worth.

UCA:    I bring cash.

MF:     Right. (SC)...

JR:     Right...(SC)...

UCA:    Okay.

JR:     Exactly... we explain that (UI)...

UCA:    Yeah... or you pay me ...

JR:     You first... you have 5 million in cash.   5 million
        dollars worth of money that's owed.

MF:     Bring them all in and that's all...

JR:     You can buy it at...buy it at a penny... thought
        about it...okay.

UCA:    I'm sorry... what'...what'...

MF:     One cent.

11

24511-MM-82334

JR:     One cent on a dollar.

MF:     So that you have Ah... a 5 million dollar portfolio or
        you pay 50,000 dollars with your own 5 million
        dollars worth of accounts.

UCA:    People owe money.

MF:     Now they owe it to your company.

UCA:    5 million dollars.

MF:     (SC)...(UI)...

UCA:    But I paid, I think...

MF:     50,000... (SC)... (UI)...

JR:     By the...by the  ...By the account

MF:     You own them... they're legitimate.

JR:     Then what happens is, you pay them off.  So... the
        first month, we'll decide the points, every time you
        give, every time you send ... and go...go to
        Ah...Um... 7 -11, you know what 7-11 is?

UCA:    Ah... Ah...the store... quick store.

JR:     (UI)...(SC)...

UCA:    Quick store.

JR:     Right.  You go to the quick store, for the person,
        you know we work out the person, goes to the quick
        store, I'm gonna tell him.

UCA:    Um...

JR:     Um... and they say okay, I need a money order.

MF:     I got to pay my grandma's medical bill for 1,800.

JR:     I need a money order for thousand dollars...

MR:     I got a letter from an agency that does this ... this
        way, so (UI)... call at your service... See.

12

245H-MM-82334


JR:        And they get a 1,000 dollars cash.

UCA:       Uh...huh.

JR:        And the money order makes sense to him.  He turns
           around, puts it in the bank and then the bank.  Bank
           Check comes to you, it's legitimate.

MF:        For your percentage of the...

JR:        For your percentage of the what else it is.

MF:        So...so at the end of the month you would then get
           your points for you sign on, you would then get that
           back and in form of our issuance to you, money we
           collected in your behalf.

JR:        Now you can wire transfer to Cayman, you can take the
           check, bring it to Cayman, you know... It's a good
           check.

MF:        Man, I'm telling you... you will mass money in and
           out (UI)... see you with the money we collected in
           your behalf that...

UCA:       I'm sorry.

MF:        In the computer nets are set up in order to follow
           the money to...

UCA:       No...no... not Cayman Islands, Cayman Islands.  The
           way you do business, where you get many...many years.

MF:        I know...the gentleman who is the president of Martin
           Luther King... he'll sign the (UI)... I... many years
           ago we were (UI)...

           (Sound of traffic or plane)

MF:        You have to be real sure again... that your actions
           are (UI)... very sure your actions down
           they're...they're good up to a point, I'm just telling
           you that...that I'm required...

JR:        (UI)... if you have confidence... if you have
           confidence with your people in the Cayman, then we
           send...(SC)... (UI)... checks.

13

245H-MM-82334

UCA: No but Ah... I...I Ah... would put money in Ah... go to to Cay...Cayman Islands... Then Ah... go to Ah... then Ah... go to Ah... Island of Man (PH)...

MF: I know off the coast of Ah...

UCA: Ah...it's in Great Britain.  Ah... and from there my ...

MF: Luxembourg or (UI)...(SC)...

UCA ...come back to Russia or (UI)... buy property or...

MF: Well that's... your doing it the right way, I just want you to...to know that, it's... a lot of these guys sell it, (UI)... (noise on tape)  See that's... when your dealing with us, you have to understand something, our two families...

UCA: Oh no...

MF: ...in New York, go back 3 generations, okay?  Johns been at his...his same location 20 years, I've been at my location 20 years, there is reasons why we're still here.  Okay, it's just like every where just different.  (UI)... it's who you know... in this case, it's the same here in the United States.

UCA: Uh...huh.

MF: Um... I'm not going to give you Ah... big song and dance, give you bullshit, when I can tell you the truth, would I screw you ...no.  In a case a period of time and not cause any problems...

UCA: Uh...huh.

MF: It's expensive to do something like this.  There is going to be more points than your gonna be paying if you went with the other guys.

UCA: Oh.

MF: I don't wanta...to...to make that not understood up front.

UCA: Ah...

14

245H-MM-82334

MF:      But your...your... at the end of this you are clean.

UCA:     Okay... I give you money, 100,000 thousand.

MF:      Right.

UCA:     Half a million.

MF:      Whatever it is.

JR:      Whatever...

MF:      Ah... 10 days maybe...Ah... after I give you more
         money.

MF:      Don't worry about it.

UCA:     And then more money.

MF:      Then...then what happens...

UCA:     What...when...when do I...

MF:      At the first of each month...(SC)...

UCA:     (SC) When do I see...

MF:      The first of each month.  This all done through the
         banks and that's why it is so smooth.  First of each
         month, the bank goes in there as part of the system
         that we use and we got a contract, whatever that
         contract sends, the bank cuts a check, so...

UCA:     (Coughs)

MF:      Cuts a check for that amount, on the first day of
         each month, bank draft or whatever...

UCA:     For how much...

MF:      For the percentage of that you would owe about ...of
         the hundred grand, to give them that's what our
         ...what our points then would be.

UCA:     What Ah... point, I know what point... I pay five
         points...

15

245H-MM-82334

MF:     Then we're no... we're not even in the ball game,
        we're so far out of the ball game that.

UCA:    What'...what do you charge?

MF:     25.

UCA:    "Ah!"

MF:     And...and that's the way it is... I didn't know if he
        explained this to you... and it dropped out, I knew
        that... there is plenty of guys that are going to be
        doing this for you, that have been around one or two
        years... there is nobody been around 20 years.  What
        you get is long term capability of doing this and
        being able to do it for probably white hair, doing it
        the other way is not going to work, long term.

UCA:    25 percent Ah... to much money.

MF:     I understand that... but I... but ...it's not
        interesting to me for anything less than that.

UCA:    If we do... lot of business, why you can...

MF:     You got to understand that, with me, it's not the
        dollar amount it's the issue ... I have to make sure
        it will fit within the system that exists.  I go out
        side that...

UCA:    We do lot of...

MF:     So I have to do it, we could ramp up to a lot more,
        it has to be done slowly, very carefully, there's a
        very precise way to do it and it requires a lot of
        personnel, I'd have to have 4 ... 4 full time
        personnel, in the street, professionals, people like
        ourselves... Handling the money to do it, so that it
        would end up clean.  You can't have a bunch of kids
        and ...

UCA:    (Coughs)

MF:     ...it has to be closed...

JR:     I know that sounds like a lot of points, but this is
        the other side of the story.  If you get ...if you

16

245H-MM-82334

> get 100,000 dollars today, May 1st... you have a
> check in your hand, for $75,000 dollars, no...
> (UI)..., no ... (UI)... hit you, it's there.

MF:      And it...and it's totally clean.

JR:      And you can take that check and buy a house in the
         United States tomorrow... with the check, it's very
         good...

UCA:     Ah... where is guarantee that I don't go loose
         money...

JR:      Mr. UCA...because we do it over a period of time...
         okay... we don't say to you, give me a million
         dollars, we say to you, give me 100 thousand and you
         get your 75.  Give me 200 thousand and you get your
         150.  Give me 500 thousand and you get 400 thousand
         and you get the 300 thousand...

MF:      Did you ...the guarantee what your looking for.
         Is...when I come to bat, your gonna know who I am
         (UI)... information, I know you guys want check me
         out... okay... your gonna see that I've been around
         since 1982, I've never created a blip anywhere... so
         that's what your getting.  And I'll be honest with
         you, the only reason I'm doing this right now, is I
         have a wife that had a stroke in August, she requires
         around the clock care, it's going to be real
         expensive.

UCA:     I'm sorry, she has a...

MF:      Stroke.

JR:      A heart attack.

UCA:     Oh, I see...I...

MF:      She's a vegetable.  So she somebody else right now...
         cause I have a wife that's ...has caused a tremendous
         amount of money, I keep doing what I'm doing right
         now, so I have no incentives, it's not going to be.

JR:      So the guarantee, that that we never (UI)... we never
         say to you, give me the money and you never see us,
         because... we don't want to go to (UI)... So... let

17

245H-MM-82334

> say in this case for two or three months and in two
> or three months time you move your money... okay...

MF:       We couldn't do that to you...

JR:       But, I'm just saying eventually (UI)... you.  The
          fact that we do a little at a time, if you don't like
          the way it's going, let's say for instance we tell you
          May 1st you get your check and it...and then turns
          out to May 3rd or May 5th... and after awhile you
          say, this is nonsense, I don't want to wait the extra
          5 days.  Then your done.

UCA:      Why...

JR:       We never want... we never want to put you in a
          position where you have too much money to lose.

MF:       And we don't want to put ourselves in that position.

JR:       Yeah, we don't want to put ourselves in that
          position...(SC)...

UCA:      So Ah... if I bring Ah...

JR:       That's be too cold.

MF:       So you understand okay, number 1, we have to
          legitimately buy a portfolio to work with, this is
          what makes it important... it has to be legitimate
          (UI)... have to buy that... they're not going to pay
          more than penny...

UCA:      For a hundred thousand or...

MF:       Wait we're gonna... we're gonna start off with a small
          portfolio... 3 to 5 million dollars... it's all going
          to be in (UI)...

UCA:      Oh... because Ah... discount.

MF:       Yeah, and then that's how it has to be to... see I
          want to be in this next year, year after, 10 years
          down the road, if you get greedy and you make
          mistakes, it doesn't happen.

UCA:      If Ah... how much can you do in the beginning?

18

245H-MM-82334

MF:     Be small in the beginning... I gonna tell ya.  The
        reason I would do it, would be take the (UI)... first
        month 50, your second month a 100... the third month
        (UI)...

UCA:    I have Ah...

MF:     The smaller you get (UI)...

UCA:    I wanted to Ah... there are many ...many...

MF:     Speak slower...

UCA:    Okay, the minimum I want to do is... I give a
        hundred... and ...and Ah... wait, I give (UI)...
        that.

MF:     Thank you.

UCA:    I give you Ah... Ah... 100.

MF:     Okay, that's fine.

UCA:    If everything okay.  Then I give 100 every 5
        days...every...

MF:     Not...not until... it's a very...

        (Cough)

MF:     ... complex formula, that you have to work (UI)...buy
        money orders... with days of new purchase, days that
        you go into the bank and hand them the money orders
        (UI)... so it doesn't (UI)... a penny of (UI)...
        flags... computer systems have (UI)... so I have to
        have people on the street buying money orders, five
        days a week.

UCA:    All right... I don't know.

JR:     You buy the money order...

UCA:    Why money order, I give you money...

MF:     You got to understand us here... you give us the
        cash.

19

245H-MM-82334

JR:      You give us the cash.

MF:      We have to convert that cash to something the bank
         will except, and the bank sees money orders coming
         through my account, 2 or 3 hundred a month.

UCA:     Oh...

MF:      Now instead of 2 or 3 hundred, it's going to be 4 or
         5 hundred money orders, then it's going to be 600
         money orders, then it's going to be 700, this has
         happened in the past.

UCA:     So your business Ah...

MF:      See as you buy a portfolio... I had it one time, we
         were getting 3,000 payments a month, I mean I had
         Ah... two girls that did nothing but make deposits in
         the morning and the afternoon and they... the banks
         I've done this with the same banks since Ah... since
         1985, so they've seen me go through...go through
         it... they'll facilitate it, it has to be
         done,(UI)...

RJ:      So... let's say... you take a thousand dollars
         again... 30... just to give you the money... you take
         a thousand dollars cash, give it to our man...   He
         goes to the convenience store, he gives them a
         thousand dollars for a money order, and he'll mail it
         back to us.

UCA:     Oh.

RJ:      And then...

MF:      And then...

RJ:      (UI)... the the bank gives...he goes to (UI)... that
         his pay.

MF:      See the banks right on Milan... (UI)... they'll go in
         there and they'll say okay, Mrs. Jones owes Community
         General Hospital $18,000.  Mrs. Jones to pay them
         1,500 dollars.  All of the...See how it goes, it goes
         just like this.

MF:      (UI)... but if you go outside that, you create big

20

245H-MM-82334

tracks. I'm just... I'm not going to do it...
I'm...I'm not motivated by anything other than this.
I got to... I have to be the guy that's in the middle
of 4 pros working in responsible for our money and
I'll (UI)... it's like, I'm going to do it for long
term and I'm going to do it right. I'm going to do it
professionally.

JR:     So we take 100,000 dollars and we give it to 4 people
        and we want them to go here for the money order next
        day the go there for the money order, the next day
        they go there...

MF:     They go all over the place.

JR:     All over.

UM:     "NO"

JR::    So that (UI)... there's no...there's no track,...
        there's no back up. And then...

MF:     And it's small transactions...

JR:     And then money comes back in (UI)... account.

UCA:    Uh...huh.

JR:     And we pay you a check, we send you a check, give you
        a check from ...

UCA:    Can you transfer money.

JR:     Yeah... oh yeah.

MF:     Inside the United States yeah, but when you start
        transferring outside the United States that's real
        heavy.

UCA:    So I need (UI)... take cash and deposit Ah... I mean
        a check and...

MF:     You'll take the check I'll make it out to Corporation
        that's going to own these accounts. You have to have
        a corporation that owns these accounts.

JR:     Now  your... Let's say... Let's say we do that, we

21

245H-MM-82334

r-06181-PCH    Document 55    Entered on FLSD Docket 08/08/2000    Pa


245H-MM-82334

> send you 100 thousand dollars for (UI)... That's how
> it was, You make a company in United States... ABC...
> Company number 1 to name the account... You write the
> check with company number 1, goes into the U.S. bank,
> and then you see your company, is a International
> company so you can wire transfer yourself, your bank
> account... the company... the company.

MF:         And ...and...the same thing is going to hold true.

JR:         Your gonna have to say International...

MF:         The accounts that are old, (UI)... your company is
            going to have 5 million dollars in assets... and next
            month it's going to have 10 million dollars in
            assets.  So that it all goes together, the problem
            with every else is they do it slop job at the
            beginning, somebody pays a price for it and it's
            usually not the guy that doing it... they disappear.

UCA:        I can not Ah... work here.

MF:         That's fine, it can be done a lot of different ways,
            I'm sure that they're Ah... there are ways to purchase
            corporations, skip tax...I need numbers set up on
            it...and so forth...

JR:         Why can you not work here?

UCA:        Huh?

JR:         You don't want to work here?

UCA:        No  Ah..., no... Ah... number of the Ah...

JR:         That's not bad.  We'll get you money.

MF:         That's what I'm saying...

UCA:        No... (UI)... Said something.

MF:         There's a lot of different ways to get this...

            (Coughing)

JR:         One of the other things too... with this...You'll
            make your money so legitimately that you can work

                              22

245H-MM-82334

> with the (UI)... let's say you want to buy a house
> on Palm Beach... a house in Miami on the beach and a
> house (UI)... we'll put you in a position, you can
> buy the house ...your own check... and nobody could
> say where did they get the money from...

MF:      And it will create exactly the type of (UI)... that a
         business like this will create you buy the
         receivables ...we work it ...we pay you the money
         that we get off of the receivables.  You own the
         receivables.  And then at the end your gonna have am
         asset face that's gonna be 100 million dollars that
         you purchased for maybe 50 grand or 100 grand, you
         know... a piece.  See where we're going here.  So
         that this all is done legitimately, so you look like
         the kind of a business man that's going to be able to
         do what you need to do.  Get long term.

UCA:     I one... I one price 100 because, you see...

MF:      The first part of it is... that we have to do this,
         cause we have to... you have to set up the
         corporation and we get it going and...

UCA:     At what price, what...

MF:      (UI)... I will find out exactly what's together...
         what market, believe me you got one.  (UI)...

UCA:     I Ah...

MF:      And what that would be is you get a printout of all
         different names and addresses, social security number
         and all this shit. And records for the company you
         got...cause if we're going to do it, even the first
         time it got to done right.  Even first time.  So
         that's why I'm saying to you, I'm not going to slop
         job anything... I'm

JR:      We...we provide you real proof so, if we say to you,
         you bought maybe 4,000 accounts... we give you
         certified real accounts, it's not make believe.

         (Cough)

MF:      Real social, real people.

23

245H-MM-82334

JR:     Real people...

UCA:    Ah... I promise to ...to pay your Henry... but I ...I
        don't think it Ah... it's so expensive.

MF:     Henry...Henry was ...

UCA:    Now, if you want to take care of...

JR:     I'll take care of Henry.

UCA:    You take care of Henry.

MF:     That will be understandable. But yeah, we're going
        to go forward. It has to be done, even if give him,
        it has to be done, correct? You have to transfer
        the... the ownership of the receivables... that are
        some kind of a system... (UI)... it's got to be done
        by (UI)... Henry (UI)... like this (UI)...

UCA:    Yeah.

MF:     It could be done... it could be done.

UCA:    Okay, I Ah... I give you 100 thousand dollars, I want
        to see it.

MF:     But first we have to...again.

JR:     Do you have any companies now?

UCA:    No, not here. (UI)... thousand dollars. I don't
        want to sign anything... I give you money, you...you
        take care of everything.

JR:     Do you have somebody you can trust, to be a company
        for you? A friend... a girlfriend. A relative...
        somebody to own the company.

MF:     Cause that's part of ... this is ...we have to work
        as a team, you and I... so...there is certain things
        that... we're going to insist on...but there is
        certain things that you got to, to be able to do, one
        of those is ...is whatever company we end up bringing
        the money back, you got to call it. Whoever we have
        as the principal, it doesn't make any difference, it
        just has to be a company. There are companies right

                            24

245H-MM-82334

> now that you can purchase that are 3 or 4 years old (SC)... (UI)... Henry, can assist you in this ...I know people that do it and that you (Cough) club... Oh, yeah... it (UI)...a tax idea.

UCA:     When I Ah... Ah... give you money, you buy company and Ah... then (UI)... or ...

MF:      We're gonna have to ...

JR:      How about going through (UI)...

MF:      There's no way, it's gotta be done... it's gotta be done just exactly this way, I've got to sit down and .. I have to.. Ah... costs to do this, to begin with, there's a set up cost to do it... and then there is a continuing cost and we have to be ... I have to lay this out, so you can see it...

UCA:     How much?

MF:      I don't know yet.  I'm about to get the numbers together which coming up... I have to find ...make sure the portfolio is transferable.  These are things that I have to do, I have to make sure the 5 million will look is transferable.  Once I believe that I'm sure that it is transferable, what exactly can I get that portfolio for... I want to make a bid on it, we'll see... that's the number 1... once you buy this then your... the company you set up whatever is going to own 5 million dollars over see it.  What exactly can I get (UI)... company, buy the receivables, we have to transfer the receivables to their company, then...then and only then can we then start on actually doing something, so there's an up front cost of doing that.

UCA:     If I give you money this week, when do I get the check back?

MF:      You would get the first one after everything is done, the first of each month, so if we did it today, what's this the 15th?  (UI)...

UCA:     No, today is Ah...

JR:      Ah... today is the...

25

245H-MM-82334

UCA:        ...the 10th.

MF:         But either way, it would have to (UI)... it would
            only be the first day of each month... unless that
            was a Saturday or a Sunday.  That's when the system
            is set up to do it.  It just (UI)... we're going to
            set up a computer system...

            (Coughing)

MF:         The computer system is going to talk to the bank's
            computer system.  That computer system is going to
            talk to the company we set up for you and we're going
            to collect it at the end of the month...  The first
            day of the month, the bank will get message from us
            to cut a check for $75,000 to ABC Corporation ...once
            issued a cashier's check or a bank draft and then
            wire it to application to the banker, there all made
            out... (UI)... 10, 20,30 checks... on the first of
            the month, going like (UI)... first of the month,
            that's how its starting my business, anything on a
            (UI)... raise (UI)...

JR:         So you know every month, from the first of the month,
            (UI)... an increases, not the money you give the
            month before, the first of the next month, you get a
            check, every month.

MF:         And I have to see exactly how managable this is and
            what it's going to take too.  So I wouldn't want to ramp up
            too fast because I'm going to have to be in the middle
            of this because I've got a wife that's dying so..You know,
            I gotta... I have to be the one, just like you have to
            be in front of you... your organization... I have to
            be (UI)... and I can't let nobody do this until I
            understand thoroughly myself... and I do it all myself.

UCA:        Okay, if I give you money, this week, you give check
            back May 1st.

MF:         Okay, well we can't do it... quite that fast... we
            got to... there's two phases we got to go through...

UCA:        If I give you money...

MF:         Prior to (UI)... the company is (UI)... receivables

26

245H-MM-82334

                    could be anywhere from 25 to 30,000 thousand
                    dollars...This company would own...

JR:           What would you buy 2 (UI)...

MF:           Never going to see that... (UI)...

UCA:          So you do not do before June 1st?

MF:           I think realistically it would be June first.  We
              might be able to start earlier but we got to do it,
              especially the work, we buy a company that's at least
              a couple years old, we get a tax ID to that number
              and then we transfer it in there.  Then I got to
              negotiate a meeting with them... I want to do things
              right.  I want it fast, I want to do it right.  Fast
              doesn't always equal right, I want to be slow,
              careful.  If I'm going to be responsible for your
              money, I'm going to be responsible for you.  For you
              to me...

JR:           We want to put you in a position where you call up,
              it's August, and you call up and say Michael,
              tomorrow I send you 200,000.

UCA:          Michael?

JR:           Him...

UCA:          Oh.

JR:           But you call up and say Michael tomorrow I send you
              200,000, I'll be in... I'll be in England for a few
              weeks and then you know September first... money you
              got, that's there's nothing to think about, nothing to
              worry, is it going to happen again.

MF:           (UI)...

              (Noise on tape overpowers conversation)

              (UI...conversation)

JR:           I've been in business for many years... these are why
              these things (UI)... is because in our business
              associates are very honest... as you know, and we
              care about it because it doesn't work for you...

                              27

245H-MM-82334

MF:        And if we make a mistake, you want us to pay.

           (Coughing)

MF:        (UI)... 20 years Prudential (UI)...    you know what
           those type of ventures are... I'm going to be real
           careful, real careful.

UCA:       Ah... what reputation...

JR:        Reputation... (SC)... reputation is what we are
           about...

UCA:       Ah...

JR:        And this is with before.

UCA:       Okay, I try... the 100,000 thousand, can you look for
           other, maybe I can ... because I have more money.

MF:        Ah... yes, I will, but...but again, you have to
           understand something, I'm being careful for both of
           us, okay?  In the long run, by doing it this way, you
           know it will be slow and steady, it won't create a
           problems, easy to do, we can do it for a year or two
           years, five years, ten years.  We can ramp it up for
           whatever size you want, it has to be done slowly...we
           might be able to get  2 million ... 2 million a
           month, man you got a hell of (UI)...

UCA:       But now, can you find Ah...

MF:        I can handle everything other than...other than...

UCA:       Find Ah...Ah... other persons so can do... with
           money.

           (Tape goes blank)

           (Can hear talking but cannot make it out)

End of side A.

Beginning of Side B:

           (A repeat of last couple of lines above)

28

245H-MM-82334

MF:         Yes, I have ...I have... other person other than me?

UCA:        Yeah.

MF:         No.  I have inside my own organizations, people that
            work ...work, but to do what you want to do... I
            understand that you have a need to purchase right?

UCA:        Ah... what you (UI)...

MF:         And...and I know that (UI)... you have people that
            can do it... if buy homes for ten something.  Ah...

JR:         And that's okay.

MF:         We're not...

JR:         Do some of it that way, and do some of it this way,
            and if this works better than that, this is what you
            stay with and if that works better than this...
            that's okay.  You have more than one option, you know
            what I mean by options...

UCA:        But...but...

JR:         More than one choice.

MF:         In my family where I was raised, reputation... a
            man's reputation was everything.

UCA:        I'm sorry.

MF:         You understand what I say...

UCA:        Yeah.

MF:         I don't... I don't know who any of these people are,
            it... you find somebody with a 20 year reputation,
            you understand what the man's responsible ... This is
            ... and that's what the reason why... I don't want to
            do anything because your problem on you... and I know
            what will and will not do ...okay... in the trenches
            for 20 years and so was you.

JR:         The trenches is digging the ditches...

29

245H-MM-82334

MF:        Digging the ditch you know.  Ditch.

           (Sound of phone ringing)

UCA:       Well work in time...

           (Loud cracking on tape)

           (Sound of zipper)

UCA:       Ah... what Ah... Ah... company you have?

MF:        Noble... N o b l e...

UCA:       (UI)...

MF:        Noble... N ob ...N o b l e Enterprises... Ent period.

UCA:       Ah... E...

MF:        E... (UI)...

UCA:       N...

MF:        T... you know what I think I got a (UI)...

           (Sound of a zipper)

UCA:       E n t point.

           (Pause)

JR:        Now let's say 6 months from now okay?  And 6 months
           from now, you build up your ...your legitimate
           business that you have 3 million in assets, okay?

UCA:       Uh...huh.

           (Sound of zipper)

JR:        Now your business goes from now you find something
           else to claim...Let's say you find a hotel...

           (Loud noise on tape)

           (Sound of zipper)

                              30

245H-MM-82334


JR:         (UI)... in cash... The business comes in and buys the
            hotel, you give them the difference in cash and it
            claims the (UI)... See once... we're to say... what
            we're trying to do is...

UCA:        If we start...

JR:         If we start like a regular normal business then,
            there is no question, like for instance if you ... if
            you go into ...let's say your ... let's say your
            girlfriend goes into the bank and says I want to open
            up an account and they say to her, how much do you
            want to deposit? $10,000, the first question is
            where did you get the $10,000?

MF:         And your gonna have a company that's going to be
            allowed for all that.

JR:         And...and she can say I get it from ...(UI)...

            (Coughing)

JR:         It's a legitimate company, has a tax number, it's a
            regular company... I work for the company.

MF:         The company is gonna show assets, that your gonna
            own, that you will legitimately own, the first one
            will be 5 million dollars, that's the first asset,
            that your gonna own, which is 3 to 5 million, I don't
            know, that...that's gonna all show legitimate that
            you own it, that your asset based on that company, at
            that point, is 3 to 5 million dollars and your going
            to generate income from that 3 to 5 million dollars
            that you purchased and there's companies that do this
            in the United States, that...that are now on the
            stock exchange that do this...do this legitimately,
            buy the Ah... buy old account, so it's a big
            business... there sev... there are two companies
            doing over 10 million (UI)...

            (Shuffling sound (UI)...)

MF:         But it's got to be done slowly...

UCA:        But... I have so much Ah... money now that Ah...

MF:         I know.

                              31

245H-MM-82334


JR:     I understand.

MF:     I understand...but... again, we want to be at this a long time, right?

UCA:    But, if you find Henry, maybe Henry can take Ah... Ah... other money and put it...

MF:     We have to... it's got to be done...carefully... carefully.  This company that we're going to build, eventually (UI)... the center.

UCA:    Oh... Ah...

MF:     Yeah...middle...like.

UCA:    Yeah.

MF:     Do do anything that Henry wants to do or any of this, you have to have a legitimate company with assets.

UCA:    Henry Ah... Ah... told me to buy Ah... Ah... plane parts.

JR:     Uh...huh.

MF:     That's good.

JR:     That's good. That's good.

UCA:    Plane parts... and Ah... but Ah... take care or 6 months for...

MF:     It's the same thing, if your gonna be careful, it takes time... There are several other ways to do this, but each one of them, be careful, you have to take the time, once your in a situation where you got to run in this... it's not a problem you can wrap it up and up, the problem is, if you start something out of the ordinary right away, it's gonna, it's gonna, cause people, it's gonna cause computers to start chipping away.

UCA:    But before we bring Ah... cash to a computer business and Ah... then they Ah... send wire transfer from Colombia to Cayman Island, there is no problems and you charge five points, maybe 6, 7.

32

245H-MM-82334

MF:     I'm telling you right now...

UCA:    But they close.

MF:     Every single one of those...everything single one of
        those transactions were tracked.  I know it for a
        fact.

JR:     There is a big trail(UI)... Read him the (UI)...

MF:     It's guaranteed... guaranteed it's tracked.  If
        anybody tells you differently they're not telling you
        the truth.

JR:     Then again Alexander, he Said earlier... try this new
        little thing...

UCA:    I tried it earlier.

JR:     You want to try something ...try something the same
        (UI)...

UCA:    I try Ah... 100 thousand...

        (Loud noise on tape)

MF:     That first (UI)... whose gonna be the (UI)... your
        gonna get somewhere 25 grand, that's gonna get you
        the accounts, that's gonna get you the corporation,
        you'll get it up front.

UCA:    One time.

MF:     One time.  It's done... then on the corporation once
        I'm done, that's it.

UCA:    Okay...

MF:     And that, it for that 25,000 your gonna have, it's
        going to get you the corporation,

UCA:    So ah...

MF:     And you have... and you'll have all the back up paper
        to it and everything.

JR:     And let's say, you have computer partner and you'll

                              33

245H-MM-82334

> receive (UI)... 25,000 and you don't want to be
> bothered, so you just tell him and you get your
> original 25,000 back, cause it still (UI)...

MF:      Well we can't... we can't do that...

JR:      But now... I'm saying it's... just... (UI)...(SC)...

UCA:     So if I bring 100,000 June Ah...1, I get 50,000.

JR:      Right.

MF:      Yes.

UCA:     And...but from then ...

MF:      Then on... 75,000.

JR:      (SC)... 75...

UCA:     75...

JR:      Yeah, right.

MF:      But we'd have to have everything up and running
         before the first money is traded, we have to have the
         corporation up, we have to have the bank accounts set
         up, we have to have everything up and going.  I'm up
         and running right now.

JR:      And then again I have to ask you the question... who
         do you trust, that you want to be the person in
         charge of the corporation never(UI)... the money
         to... Cause you don't want to sign it.

UCA:     No...no...

MF:      See what about your corporation that's 2 or 3 years
         old already.  That's already up and going, it's all
         part of this.  But it's got to be somebody....

JR:      That you trust.

UCA:     I'm ... I send somebody.  I Ah...

MF:      They'll have a Social Security number that can run to
         through the system (UI)...

245H-MM-82334

UCA:   Ah... American.

MF:    All right.  Okay.

UCA:   American.

MF:    Um... you understand, that who ever you send is just
       like us though, it's got to be reputation, good
       person... you understand what I'm saying?

UCA:   Yeah.

MF:    Trustworthy.

UCA:   Okay.

MF:    Cause I'm going to be introducing that person to...to
       very important people, cause that's how this has to
       be done, so that's not a problem to do that, but has
       to (SC)...

UCA:   (SC)...Yeah... I...I...

MF:    You understand the (SC)...

UCA:   I...trust...yeah... I wouldn't even do the business
       ...

MF:    (SC)... okay, no problem.

JR:    What you do for a living, and what we do for a
       living, it's all about trust...it's all about giving
       money (SC)...

UCA:   Yeah, no...no contact...

JR:    Right...right.

MF:    And even...even in my business now, we do a lot of
       bad checks, watch...to people issue bad checks, we
       work for the biggest company in the United States, at
       the beginning of each month, that company sends me...
       that's even... 10 million dollars a month, hand it to
       me on my reputation, that I won't take this 10
       million in checks and do something bad with them, and
       they have been doing that for 20 years, so.

35

245H-MM-82334

UCA:        So you collect Ah... (UI)... paid...

MF:          Whatever I get, I give them their piece and I keep
ours... so and I've done that, you know... hundreds
and hundreds of millions of dollars so.

JR:          If we start small and everything, and (UI)... a year
and a half from now, (UI)... you have other
associates that looking to ...everything's taken care
of...

MF:          By the same...

JR:          No drugs... (UI)...bring your associates out,
everything goes to you.

UCA:        No...no Ah... (UI)... no...they owe in a business of
(UI)... but nobody touch ...nobody touch.

MF:          (UI)...

UCA:        Finance cocaine, okay, no touch.

JR:          (UI)... what I say to you is... next year.

MF:          You got that ...no touch.

UCA:        No.

JR:          Sometime after it starts getting bigger and one of
your friends say to you ...UCA I have 2 million
dollars... (UI)... you give me 2 million dollars for
30 days, you'll have a check...

MF:          But after we get this thing off the bottom and it
ramps up and it looks... you know, so it looks the
way it's suppose to look.

UCA:        Okay, when do you want do this.

MF:          All right, I'm going to talk with the attorneys...
the attorneys we need to talk to tomorrow morning,
for the corporation, then your gonna need to have
your person ready sometime this week, we're going to
buy the corporation and that's going to cost 2 or 3
thousand dollars to buy that corporation get it up
and going, get a bank account set up and...

36

245H-MM-82334

| | |
|---|---|
| UCA: | Okay... I Ah... Ah... Ah...end of this week, I have to take care of Ah.. business here. |
| MF: | Okay. |
| UCA: | But end of this week, I have to fly back Moscow. |
| MF: | Okay...okay. |
| UCA: | Ah... I Ah... I will business here. |
| MF: | Okay. |
| UCA: | But am person and you take... |
| MF: | I'll handle it. |
| UCA: | And you take...(UI)...call (UI)... |
| MF: | That's all right, no problem. |
| JR: | When do you come back. |
| UCA: | I come back in maybe in 2 weeks. |
| JR: | Oh...okay. |
| UCA: | At 2 weeks. |
| MF: | When your calling from out of the country, I'm going to give you a separate number to call me.  Okay? |
| UCA: | Okay. |
| MF: | Ah...no... I have a secure phone. |
| UCA: | I'm sorry. |
| MF: | Satellite phone. |
| UCA: | Oh... satellite.  Okay. |
| JR: | Satellite. |
| UCA: | Yeah. |
| JR: | So nobody can listen. |

37

245H-MM-82334

UCA:        Right.

MF:         I'm very careful.

UCA:        Okay.

MF:         Okay.

UCA:        Okay, no problem.

MF:         You can't ...and you can't be too careful.

UCA:        Okay...Ah... Let me meet with Ah... that Ah... other
            person.

MF:         Okay.

UCA:        Ah... talk and explain what Ah... and Ah... maybe
            Wednesday, or Thursday, I give you money and I tell
            you this ...

MF:         (SC)... main person then... okay.

JR:         Very good.

UCA:        Do you want me here or...

MF:         No... from here on we're going to meet Ah... in more
            secure surroundings.  Okay, and I don't have any
            problem coming to you, if you ...if you want me to.

UCA:        I may, I can Ah... Ah... rent room or I can Ah... I'm
            don't want to count money here, you know...

MF:         (UI)...(SC)...

UCA:        No... no... no.

MF:         Um... and ...and I'll have everything set up the next
            day or so.

UCA:        Okay.

MF:         You give me a call... today is Monday...

JR:         Monday...

38

245H-MM-82334

UCA:    Monday.

MF:     You call me Wednesday, I'll have everything ready to go.

UCA:    Okay, and Thursday, we'll meet and Ah...

MF:     Next Thursday, (UI)... first thing in the morning, have it set up, Ah... and then have that person go with me, right over to the attorney's office and Bah...

UCA:    Okay.  good.

MF:     Then I'll make...make bank inquires and and etc.

UCA:    Okay...

        (Loud noise)

MF:     (UI)... yeah that might work okay... Ah...

JR:     Can you go to Lake Worth?

MF:     West Palm Beach...

UCA:    Oh...no ...I'm too...

MF:     Okay, that's fine.

UCA:    Yeah... wait a minute... I Ah... I in Miami, Fisher Island and Ah...

MF:     I understand, not a problem... we'll work it out.

JR:     Yeah.

MF:     I'll come down to you, you get us a nice room some place and away we go...

UCA:    Okay.

MF:     ... get something.

UCA:    Okay...

MF:     Sound good.

39

245H-MM-82334

UCA:       Yeah.

MF:        That's fine.

UCA:       Yeah, wait a minute ... I Ah...

           (Static on tape)

           (Pause)

MF:        I got shot a couple times when I was in the Army in
           the legs.  Vietnam...   Stupid young...   You do what
           you do... (UI)...  be all right but I was too young,
           too stupid, you know.  Take too much balls, and no
           brains...  Now I'm paying for it... I got shot five
           times.

           (UI)...

MF:        Tell him... my leg was bothering (UI)... five times
           in Vietnam...

MF:        Like I  Said, no balls no brains... (ha...ha...) I
           learned that...

           (Conversation (UI)...)

UCA:       You call me on Ah... Wednesday...and we'll meeting on
           Thursday morning.

MF:        Done...

UCA:       And we'll meet like (SC)...

MF:        Yeah, and then he's gonna have to come with me to
           Ah... wherever I send him, we'll come up here then
           we'll and then we'll have an alternative (UI)... Ah...
           we're going to need to ...we're going to need to
           (UI)...

JR:        (UI)...

MF:        Yeah...the same (UI)... I'll have it all ready and
           Ah... probably John Nemo (PH)... at the bank and all
           (UI)... we'll try to all set up in the bedroom...so
           that I (UI)... by 1:00 o'clock on Thursday... every
           (UI)...

40

245H-MM-82334

```
            (Cracking sound, conversation (UI)...)

JR:         (UI)...you need a ride.

UCA:        No I have a taxi, waiting for me...

JR:         Oh, you have waiting... oh...

            (Sound of walking with cracking sound)

            (Conversation (UI)...)

JR:         Have someone move faster...  This is the right way to
            do it... want to do fast...we fast too...

UCA:        Okay.

JR:         We'll talk.

UCA:        All right.

JR:         This is the right way.

UCA:        Okay.

JR:         Okay?

UCA:        Thank you very much.

JR:         Thanks a lot.

MF:         I'll see you later.

UCA:        Bye...bye.

            (Cracking while walking)

            All right, let's get out of here.

            (UI)...

            Ah... I got em' ...I got em'

            We're heading out, I got Pete, we're Ah... 51 back to
            the office, Ah..

            Tell him if he take that number down and he'll
```

41

245H-MM-82334

probably use the (UI)... and Glen can come out and
Ah... and Ah... come one to job...

Ah...we'll see.

(Beeps)

David (UI)...so.

What did you say?

I Said got a pee, we're leaving.

Ah...

We're leaving so hopefully, you know... I got to get
a hold of Gary, see if he can... dump on tags.  Hay
Ah... went to the John.

Yeah, I got...I got both of them.

(Beeps)

I'll tell you....

Yeah...

See... car (UI)... is grab a tag and ...and call it,
I can't get a hold of Kay, but Ah... we got business
cards and everything, there is no need to spook them
on this.

UCA:       Take 95 south...

           (Beep)

UF:        Yeah... (UI)...

           (Sound of zipper)

           (UI)... set up this whole package on foot.

           Ah... I don't think we need.

End of Tape.

42

Defendants Document 08/08/2000

```
FILE NUMBER:                    245H-MM-82334

TAPE NUMBER:                    29

CONVERSATION DATE:              04/13/2000

CONVERSATION TIME:              12:10 PM

TYPE OF TAPE:                   VIDEO

CASE AGENT/SQUAD:               SA RONNALYN CRAIN/OC-3

REVIEWED BY:                    DET. PETER SMOLYANSKI

TRANSCRIBED/TYPED BY:           BARBARA L. CHAFIN (HRA)

DATE TYPED:                     05/02/2000


PARTICIPANTS:                   RC  - SA RONNALYN CRAIN
                                UCA - UNDERCOVER AGENT
                                JR  - JOHN RAFFA
                                MF  - MICHAEL FULLER


ABBREVIATIONS:                  UI  - UNINTELLIGIBLE
                                PH  - PHONETIC
                                IA  - INAUDIBLE
                                SC  - SIMULTANEOUS CONVERSATION
```

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

245H-MM-82334

UCA:    How do you do?

JR:     (UI)

UCA:    Okay.

        (background noise)

JR:     Take a seat.

UCA:    So ah... I ah have coffee and water.

JR:     Good, I can use a little coffee.  I had a late night.

UCA:    I'm sorry.

JR:     I had a late night last night.

UCA:    (UI)?

JR:     No, I went to a black tie with a lady.

UCA:    Oh, ah, a party.

JR:     It was wonderful.

        (static on recorder)

UCA:    Um, ah Mike he's late.

JR:     Few minutes.

UCA:    I have...

JR:     No, I mean literally five minutes.

UCA:    Okay.  I have...

JR:     I spoke to him and he was on ah... already passing
        through (UI).  But this gives us a chance to talk.

UCA:    Okay.

JR:     Um, What you do with Mike may be too cumbersome.  Do
        you know what that means?

UCA:    Hmm-nnn.  (UI)

JR:     Um, he may be too slow.  Ummm.

2

245H-MM-82334

UCA:     Slow, (UI)

JR:      You know a lot ah, a lot of different things.  If
         you're not, if that doesn't work for you, I'll explain
         it to him, okay?

UCA:     Um-hmm.

JR:      Um, he's very, very, very, very careful, Mike, he does
         this than this than this than this than this and this,
         where sometimes you really only need to do this and
         this and this.  You follow me?

UCA:     Okay, yeah.

JR:      So if you don't like what he wants to propose, fine.

UCA:     No, I ah... I, I like to, to make more, to do more.

JR:      Right, exactly.  Um, when I tell you my other avenues,
         okay, cause (UI) is basically you'll be getting wire
         transfers from a number of different companies.

UCA:     Okay.

JR:      Today, you're buying furniture.  You won't see the
         receipt, but we'll, I'll make sure we hold on to a
         receipt.

UCA:     Okay.

JR:      Just in case.  Next time telephones, next time race
         horses, (UI).

UCA:     With cash.

JR:      You're buying, (UI) cash, um, for this, for you and me
         today, you give me today, tomorrow Monday to make two
         deposits.  Okay?  Tuesday afternoon, (UI) at this time.

UCA:     Um-hmm.

JR:      U.S. time.

UCA:     Um-hmm.

JR:      We send the wire transfer.

UCA:     To Cayman Islands.

3

245H-MM-82334

JR:     To wherever you feel like, yeah.

UCA:    Cayman.

JR:     And we'll send you...

        (coughs)

JR:     ...copy that it went into the bank, the wire transfer
        was sent.

UCA:    Okay.

JR:     Cause once the wire transfer's in between the banks,
        you know.

UCA:    Okay, I ah... I ah... ah... (UI) but ah... but usually
        you keep ah... 15.

JR:     Hmmm.

UCA:    Percent.

JR:     Hmmm.

UCA:    Okay?

JR:     Right.

UCA:    And ah... that, the second time.

JR:     And then we go to the other person and the people we're
        going to...

UCA:    Okay.

JR:     But we'll talk about that when you come back, I... as
        you may have understood my... I know you checked me
        out, that's fine.

UCA:    I, I (UI).

JR:     Of course.  You have to.

UCA:    I talked with, I talked to Genry, Genry ah... says he
        knows you, he trusts you.  He doesn't know ah
        Michael...

JR:     Well.

4

UCA:   Michael.

JR:    I know Mike, and I trust Mike, and I understand that
       I'm vou... that I'm vouching for Mike, I understand
       that, okay.

UCA:   Okay.

JR:    Um, I am a man of honor and I understand that you are
       also a man of honor.

UCA:   Um-hmm.

JR:    And ah, you notice no weapon.

UCA:   Oh no, why ah...

JR:    Yeah, no tape recorders.

UCA:   No, no, it's just us no.

JR:    This is two friends sitting and enjoying a cup of
       coffee together.

UCA:   Yeah.  I, I don't want ah...

JR:    I don't want craziness, you don't either.  We're getting
       too old for that shit.

UCA:   No, I ah, ah, I lost many friends.

JR:    Me too.

UCA:   That ah... my, my...

JR:    For stupid stuff.

UCA:   No, no stupid, ah my friend went to Colombia was ah
       sending cocaine to Russia.

JR:    Mmmm.

UCA:   And he disappear.
JR:    Mmmm.

UCA:   Ah... and ah one more friend ah... my partner was ah
       here in Miami ah buying cocaine from Cubans killed him.
       He brought ah, he brought money and they killed him.

5

245H-MM-82334

JR:     Well that's why I'm saying to you, we're too old for
        that crazy shit.

UCA:    Okay, I don't want (UI), I don't want to touch weapon, I
        ah, I finance cocaine deals, but I don't want to touch
        cocaine, I don't want to buy, sell.

JR:     When you and... when you and I see each other with now
        on, what you do with Michael is whatever you do with
        Michael.

UCA:    Okay.

JR:     When you and I see each other, just you, just me, we
        meet as friends, we meet sometimes (UI)... sometimes
        you come in the boat, sometimes you go to a restaurant
        (UI)

UCA:    (coughs)

JR:     Nice and easy, (UI).

UCA:    (UI)

JR:     Okay.

        (conversation low)

JR:     So, the other thing between us that I want to make
        straight is that I know a lot of people, and because
        I'm saying, I say that to you because of this reason,
        somewhere down the line I may get a phone call that
        says stop, stop, stop doing it.

UCA:    Oh.

JR:     Okay?

UCA:    Why?

JR:     Um, in the U.S. a lot of people look at you.

UCA:    Oh, you mean ah... police.

JR:     Mmm, yeah.

UCA:    Oh.

JR:     So you know, I know when, I know when to say, if I say

6

                    to you let's say it's two months from now, and I say to
                    you Alexander, let's not see each other for 30 days.
                    You'll understand what I'm saying.

UCA:        Oh, okay.

JR:         Yeah, just so you know, cool down.

UCA:        Okay, ah, for now, ah, I ah, ah, I understand you take
            care of Genry.

JR:         Right.

UCA:        Okay, because I take too much money.

JR:         Henry, what Henry is doing is just doing you a favor.

UCA:        Oh ah... but Henry will talk with Henry he says you owe
            me, I said...

JR:         No, no, no, he doesn't mean, he doesn't mean.

UCA:        Oh.

JR:         He said some day you might get a favor.  And you will
            find after a while between you and I, Henry do... Henry
            would have done you, this is going, you're gonna look
            at this as a favor.  Some time down the... and when
            you, and when you do good, but that's what he means.

UCA:        What, what ah favor, what (UI).

JR:         Henry, you know what Henry doesn't need the money.

UCA:        He's got ah money.

JR:         (IA)

UCA:        But ah, he wants...

JR:         (UI)

UCA:        ...to do business with me too?

JR:         Yeah.  But, you know, (UI).  He might need a favor like
            some times you may need (UI) Russia.

UCA:        No, but I ah...

                                    7

245H-MM-82334

| | |
|---|---|
| JR: | He may need to call you when he needs help. |
| UCA: | No, (UI) not to, I need to (UI) Henry today (UI). |
| JR: | Yeah. |
| UCA: | I meet with ah Henry and he wants to do, to do business too. |
| JR: | Okay.  You do whatever, your business is your business. (UI) |
| UCA: | (UI) |
| JR: | Michael's Michael. |
| | (clears his throat) |
| JR: | We all want to feed our families, that's what we're trying to do. |
| UCA: | Ah, ah, how much money maximum can you move? |
| JR: | Um, I'd say, when you come back we'll discuss it specifically, but without anyone looking, maybe two - two and a half a week. |
| UCA: | Two and a half million or 200... 200,000? |
| JR: | Yeah. |
| UCA: | Okay. |
| JR: | Yeah, cause see I don't like it traced. |
| UCA: | Yeah, yeah because I, I, I do a little bit (UI). |
| JR: | Yeah, right, right. |
| UCA: | (SC/IA) |
| JR: | This way it's, it's very spread out and. |
| UCA: | Yeah. |
| JR: | Yeah, that's definitely the right way to go. |
| UCA: | Hmmm. |

245H-MM-82334

JR:     You know a little bit here and a little bit there.

UCA:    Um-hmm.   They did not bring the (UI).

JR:     But, and as I say, as we go along, if you say to me
        John, I need to push back fine, if I say to you
        Alexander I need to push back, fine.   You know what I
        mean?

UCA:    Okay.

JR:     Cause we, because we both a lot of, a lot of different
        things that come into our lives and we have to...

UCA:    Oh yeah, I can (IA).   What ah... where, where, what
        Michael?

JR:     Ah, he called me, we was at ah... Fort Lauderdale.

UCA:    Oh.

JR:     Ah, on the road.   Do you want to, do you want to give
        me this, (UI) you and I?

UCA:    Ah, I want ah, first ah, I have ah my ah, partner bring
        100 for Michael, and then maybe ah 1:30 or 1:15,100 for
        you.

JR:     Okay.

        (static on recorder)

JR:     (UI)

UCA:    He is on ah, he's on ah.

        (beep)

UCA:    (on telephone - Hello, ah... ah... (speaking Russian? -
        IA)

        (background noise)

MF:     Hey guy.

        (UI)

MF:     Alexander I am sorry I'm late, my wife had to have
        surgery.

9

245H-MM-82334

UCA:    Oh ah... I'm sorry.

MF:     (UI).

UCA:    Um, (IA).

MF:     You were already sitting there, let me have that.

UCA:    You, you want coffee?

MF:     No, the water would be good, I'm kind of living on
        coffee.  Hospital coffee's the worst.

UCA:    Oh.  (chuckles)

UCA:    Okay, what ah, what you need to ah from me?

MF:     Okay, so that we are getting, you understand, okay, I
        want to show you exactly what we're doing, (UI)...
        water.

        (background noise)

MF:     (UI) now.

        (beep)

MF:     This basically get the ball.

UCA:    Um-hmm.

MF:     Okay, there's five million dollars in receivables in
        this group.  5,345,000 dollars.

UCA:    Um-hmm, I don't, I...

MF:     But I mean, you have, I'm trying to show you.

UCA:    Okay.  Okay so...

MF:     You, you're, we're going to form a company which has
        already been done, okay?

UCA:    Um-hmm.

MF:     These assets are going to be owned by that company
        who's gonna be owned by the man that you give (UI).

UCA:    Um-hmm.

10

245H-MM-82334

MF:     His Social Security number will get a tax ID number,
        and then we'll get a bank account with that and then
        each month you'll get a check that will go into that
        account for the agreed upon amount of money.

UCA:    Ah, I give you money and you...

MF:     (SC)   (UI)

UCA:    (SC)   (UI)

MF:     Right.

UCA:    With (UI)

MF:     And then this company, whatever ABC company now has
        five million dollars worth of assets starting today.
        These assets.   We have 25 million more as we go along.

UCA:    What's the, why can't we do more than 100.

MF:     You have to be careful to begin with.   We probably can
        get it up to much more but got to go slow.

        (beep)

UCA:    I ah... gonna call to friend of mine.

MF:     Understood, I understand.   Water ahhhhhh.

        (brief pause in conversation)

        (coughs)

JR:     (low in background - IA)   Whenever you're done.

MF:     Of course.

JR:     And I'll call you when I (UI).

MF:     It's, sometimes in here it's hard to get out.

UCA:    Yeah.

JR:     Pull the antenna up, no?

UCA:    Ah, yeah, maybe.

        (dialing telephone in background)

11

245H-MM-82334

MF:     (UI)

JR:     Yeah.

UCA:    (speaking Russian in background?)

MF:     Alexander?

UCA:    Yes.

MF:     I know you wanted to move quick, but, slow in the long
        run will get us to the same place no problems.  When
        we're all done with this there won't, that... the
        company that, that will receive this money will have a
        value of 25 to 30 million dollars.  And it's gonna be
        receiving revenue off that of approximately 20 to 30
        percent, that doable, that, that, that's acceptable
        accounting practices, nobody will question any of that.

UCA:    But ah I do not understand, I put money and (UI).

MF:     Right, in other words you now own five million dollars.
        Okay?

UCA:    But no money.

MF:     No money now.  Now, I then, okay, we have five million,
        you own it, okay, or ABC company owns it, then my
        company collects, I pay it each month what I owe you,
        and all of these will be how we do it.  Okay?

UCA:    But why cannot I pay all five million dollars?

MF:     You can't work that way because it has to look as if
        the people who are on this sheet are going to be
        paying.  So Mrs. Jones owes $5,000.00, and Mrs.... I
        send Mrs. Jones a letter she says okay, I'll pay you
        $3,000.00, you understand, then she pays $3,000.00,
        that's how it happens, you got it so it's exactly how it
        is done all along.  I've been doing this for, since
        1982.  I'm like my own business.  I can't go outside
        what my own business looks like.

UCA:    (coughs)

MF:     Once we get going on this we can buy bigger and bigger
        pieces, there are some that have balances of 15 to
        20,000 dollars, so then maybe you can take 10,000 or I
        could, you see what I'm saying so that it looks like

                            12

what I do. I collect money, and it can't be in big
chunks, 3,000 here, 1,000 here, 852 here, it has to be
like that. So it has to equal something like that, so
when the, when they look in my computer system it
matches with that.

JR:     (UI)  every day he puts into his account 2,000, 5,000,
the next day he puts in 400, the next day he puts in
6,000, that's why he's, (UI) say it takes 30 days, every
day of those 30 days, he puts a little bit, a little
bit more in (UI)

UCA:    Right.

MF:     And then, then each month we put maybe one point 50 the
next month, and then maybe 200.

JR:     And then...

MF:     Slow.

JR:     And then after the bulk, and since you, since your
company owns it, he sends a check to your company that
says this is what we collected.

MF:     (SC)  I owe...

JR:     This is what we owe you as a legitimate company.
That's why he meant, that he, remember you said (UI) 30
days, (UI) every single day just a little bit, little
bit, little bit, little.

UCA:    Oh I, I (UI).

JR:     And at the end of the month it's one check is fine
because then you can show this check represents $1,000,
$300.00, $5,000.00, (IA).

MF:     And the bank, and the bank's on my, my computer system
so they're gonna see it all.

        (coughs)

MF:     And they know I'm getting ready to expand because my
wife is so sick I have to, can't do hardly anything,
but we were getting ready to expand. So they know
that, they were expecting, they were expecting to see
my volume go way up, like it has in the past, and now
it can. And, but it has to be done properly and

                              13

245H-MM-82334

slowly. You, you must have looked into my background a little bit.

UCA:    I, I (UI). I don't, I ask ah... Genry says he trust ah... John, ah, and John...

MF:     20 years. 20 years. How, how long we go back, 20 years.

UCA:    With John.

MF:     And, and, and with our family. So, and I've been at the same place for 18 years. Same place. You understand what that means, I, I've credentials that will allow us to do this, but slowly, slowly.

UCA:    (UI)

MF:     Well we're go... we're working on that with John, but in the long run you need two, two or three ways to do this. Not just one. And, and, and I've been here, listen...

UCA:    (UI)

MF:     I know companies right now that are doing this, that are doing 100,000,000 dollars a year, but they (UI)... over night. I'm saying we can go further but it has to be done appropriately and slowly.

JR:     (UI)... a little bit from here, a little bit from this per... little bit from there.

UCA:    (UI)

JR:     Yeah.

MF:     Right.

UCA:    With you and (UI)... with you John and then with Henry.

JR:     Yeah.

MF:     Correct.

UCA:    And um... ah...

JR:     And then (UI)...

14

245H-MM-82334

MF:     Old, old, old saying from grandmother, don't keep all
        eggs one basket.

JR:     Remember I told you that the other day.  That's an
        American expression.

MF:     Okay?

UCA:    Um-hmm.  But ah...

MF:     *My grandmother was Sicilian.  John's grandmother was
        Sicilian.*

JR:     Sicilian.

MF:     So, the grandmother said that.

UCA:    Okay.

JR:     Cause if you drop your basket, all your eggs break, but
        if you drop one basket, you still have eggs over here.

UCA:    Mmmm.  Okay.

MF:     See we're, we're teaching you American.

UCA:    American.

MF:     Expressions.

UCA:    Well in, in, in ah Russia is a saying.

JR:     Yeah.

MF:     (UI)... yeah.  It's, it's universal.

UCA:    In Russia you say you do not ah ah get ah your money
        (UI)...

        (background noise/knocking)

JR:     Right, exactly.

        (background noise)

JR:     (UI).

MF:     Ah, okay, you want to...

15

245H-MM-82334

```
                (static around recorder)

JR:             (UI)...

UCA:            Ummm, (UI).

JR:             What do you need to go home, (UI) some of these.

UCA:            What is this?

JR:             This shows whether or not it's ah real.

MF:             Or counterfeit money.

JR:             Or counterfeit money.

UCA:            Oh.

JR:             Yeah, and all you do is this.  Here, show him.  If it's
                brown, if it's brown it's good.

UCA:            (UI)... brown.

MF:             Yeah.

JR:             Yeah, and if it's this color, it's good.  Okay?

UCA:            And what color no good?

JR:             Black.

UCA:            Black.

MF:             And all these are probably gonna be good but we'll,
                see, it's good.

UCA:            Oh.

MF:             (UI)

UCA:            Where do you buy?

JR:             In um... Office Depot.  Uh, Office Depot, the any place
                where there's office supplies.

UCA:            (coughs)  Okay.

JR:             They're good to have.  When you, when someone gives
                you, the easiest way, you just do this, just make one
```

16

245H-MM-82334

little.

UCA: Oh, okay.

JR: And this way you can... and then when you take them one at a time you only see a little, little piece.

UCA: I see.

MF: All right John, since you took that one, let's go ahead and do, (UI). Okay? (UI)

JR: (UI)

UCA: Okay.

JR: See. (UI)

UCA: You want to, huh?

JR: You gonna count?

MF: John, that's up to you.

JR: Count one and see if they're all the same size.

MF: Okay.

JR: That's easy.

JR: (IA) But this is one of the best inventions ever made.

UCA: Um-hmm.

JR: (UI) in the U.S. hundreds are good, 20's are bad. You got to be very careful with 20's.

UCA: Um-hmm. Ah... a hundred bad some time no?

JR: Yeah, but not as much as 20's.

MF: 20's are counterfeited 100 times more than 100's.

UCA: Hmm.

MF: And 10's are counterfeited 100 times more than 20's.

UCA: Oh. (coughs)

245H-MM-82334

JR:     There our bad 20's, but where they come from is not
        here, they come from overseas.  Iran, Iraq, places like
        that.

UCA:    I deal with ah ah so much money I, I can't have 10's,
        20's.

MF:     (SC/IA)

JR:     Yeah, no, right.

JR:     Now you know when you go home, make sure you get some
        pens before you go home.

UCA:    Oh, okay.

JR:     And then when you go home you're gonna say that John
        knew what he was talking about.

UCA:    (laughs)

JR:     I don't know if it works with foreign currency.  (UI)

UCA:    But I don't ah, I deal with United States dollars.

JR:     Oh.

MF:     It works (UI)

JR:     (UI)  A wonderful invention.  The guy who made this pen
        makes more money than everybody.

UCA:    Hmm.

JR:     Just like the guy who made the, the sticks, the sticky
        paper.

UCA:    Um-hmm.

JR:     He made more money than everybody.

UCA:    Hmm.

MF:     You know his son was ah (UI) you know sang in Bob
        Montgomery's church.

JR:     Um-hmm.

MF:     And, and his son was the one that, that ah, the, the

18

245H-MM-82334

son, the guy that made those sticky notes, he bought
the church and con... and contributed the land and the
church, just did it out of his pocket. That was that
(UI) church that those guys got into. Ten million
bucks, he just put it on the table like it was nothing.
So them sticky notes is real good.

JR:     Yeah, they make, they do real good. In the old days
        you had to take it and...

MF:     Oh Jesus Christ.

JR:     Pain in the ass.

UCA:    Um-hmm.

JR:     Oh my God you can't, you can't do that now. See how
        quick this is though.

UCA:    Um-hmm.

JR:     When you go, when you go home, I'm sure you have people
        say, tell you to bring stuff.

UCA:    Souvenirs.

JR:     Souvenirs.

UCA:    Right.

JR:     What do they, what do they ask for the most? Jeans
        ah...

UCA:    No ah... ah... American dollars.

JR:     (laughs) Mickey Mouse ears, (UI).

UCA:    (UI)

MF:     Always for the kids.

MF:     (UI)... I'm done.

JR:     Okay, (UI).

UCA:    If um... if I ah... I spent a lot of time in, in
        Russia. And ah... took my partners ah... if ah... ah,
        if some time they maybe bring girl lot of ah girls
        sometime they ah, they, they sell you know (UI).

19

245H-MM-82334

> Ah, and I call from Moscow and ask can you take half, half a million...

MF:     Yes, yes.

UCA:    ...and then, then you put.

MF:     Correct.

UCA:    And then you put every month ah...

MF:     I'm going to be getting a, a secured cell phone, I'll give you that number ah...

UCA:    A, a what?

MF:     Cell phones leave certain types of trails, you're aware of that, electronic trails that cell phones leave.

UCA:    Right, police listening.

MF:     Yes, correct.

UCA:    Okay.

MF:     Um, I work, I was a Green Beret in Vietnam, I worked for the government a long time.  I do not trust the government.  The gover... my wife was...

UCA:    (coughs)

MF:     My wife is dying a little piece at a time now because of the government.  If they would step in and help with the medical bills I'd be in good shape, I owe a quarter of a million dollars in medical bills, and my wife's been eaten alive.  So I have, you understand what I'm saying.  That doesn't happen in other countries, you know they try to take care of their own.  Ah...

UCA:    You don't have ah... insurance?

MF:     Yeah, that's over and above the insurance.  She's been in the hospital since August of last year.

JR:     Yeah, nursing homes are very expensive (UI).

MF:     She had first brain, then heart, now they're gonna take her leg.  It's like (UI).  (UI)  So when you ask me that's yes, um... I'll be glad to do that, as we get to

20

| | |
|---|---|
| FILE NUMBER: | 245H-MM-82334 |
| DATE OF TAPE: | APRIL 13, 2000 |
| TIME OF TAPE: | 2:45 P.M. |
| TAPE NUMBER: | 31 |
| TYPE OF TAPE: | MICRO CASSETTE |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA RONNALYN CRAIN (OC-3) |
| REVIEWED BY: | DET. PETER SMOLYANSKI |
| DATE TYPED: | MAY 2, 2000 |

PARTICIPANTS:                     MF  -  MICHAEL FULLER
                                  JR  -  JOHN RAFFA

ABBREVIATIONS:                    (UI) - UNINTELLIGIBLE
                                  (PH) - PHONETIC
                                  (IA) - INAUDIBLE
                                  (SC) - SIMULTANEOUS
                                         CONVERSATIONS

245H-MM-82334

My name is Gregory M. Vecchi.  I'm employed as a
Special Agent, with the Federal Bureau of
Investigation, Miami, Florida.  Today's date,
April 13, 2000.  The time is approximately 11:30
A.M.  Case number will be 245H-MM-82334.  After
the ah, anticipated arrest of ah, subjects John
Raffa and Michael F. Fuller, ah, they will be
placed into a vehicle for any subsequent ah,
unconsensual monitoring of any conversations they
may have once they are in custody ah within the
police car.  I'll be turning the tape off and
I'll turn it back on after the arrest has been
effective, ah effected in they are in place.

(Background noises - UI talking)

Agent:    (UI) still grab my card.

Agent:    Yeah.

JR:       Can I ah, get these off from behind me?

Agent:    Ah, probably when we transfer cars.  (UI) you
          have to ask (UI).  Here it is (UI).

          (Background noises  barely audible voices)

Agent:    Ah 2:45 now I guess.  Let's get (UI).

          (Background noises)

          (UI talking)

JR:       You know all that shit about ah.  You know, how I
          know a guy it sounds like (UI) it's bullshit. I
          was fuckin' lying.

:         (UI)

JR:       I, I was making myself look big so that this guy
          didn't come back and try and kill us.

MF:       Of course.  Of course.

2

245H-MM-82334


JR:       You know I didn't, you know I didn't have
          anything in place.

MF:       (UI) these guys, these.  Apparently (UI).

JR:       Yeah, but I can't give them Henry cause I don't,
          I don't got that much.

MF:       Okay.

JR:       I'd give him up in a heartbeat.

MF:       Oh, for sure.

JR:       It don't make a difference.  And you know you.

MF:       Yeah.

JR:       I mean you know, the guy's a prick.  He put me in
          a bad spot.  All ah, I was trying to.  You know
          ah, you do something for the guy, okay, and I, I,
          and you ah, you're in a bad situation with your
          wife and trying to save your business and yeah,
          okay.  I was trying to give you a one shot deal
          and you're done. You know.  I was just.

MF:       You were helping me.

JR:       Right.  This fuckin' Henry guy he's (UI) into a
          world of shit.  And I'll give 'em anything they
          want on Henry it's.  Whatever I can get, I'll
          give 'em.  So.

MF:       Like I told the guy.  If Henry walked in right
          now, I wouldn't even recognize him.  I never
          (UI).

JR:       What, did you meet him a couple times?

MF:       Yeah, (UI) wasn't that ah, you know, (UI) try to
          put that travel club together.  And he wasn't
          even (UI) he just came and said hi and left.  And
          ah.

245H-MM-82334

JR:     And then once we ah, trying to get ah, your
        girlfriend we were still, ah, you know, (UI)
        that's it.

:       (UI).

JR:     I mean, I mean I don't even remember half of
        that.  I told him to, a couple of times now,
        that's all.

        (Background noises)

JR:     And they're looking at me like I'm crazy and I
        said you know, I wasn't, I, I really wasn't
        getting anything out of it.  They said well why
        you doing it.

MF:     Well I, I told 'em that was the truth, I told
        them that was the truth.

:       (UI).

MF:     They asked me, I said I was gonna get twenty-five
        percent because that was the normal collection
        fee.  And ah.  Then I was only gonna give you a
        couple hundred and that's just nothing.

JR:     Right.

MF:     He asked what about Henry and I said I don't
        know.  I wasn't the only (UI).  He trying to help
        me out cause my wife won't end up being eaten
        alive in a nursing home.

JR:     Well you know I didn't (UI).

MF:     Right.  So we're in a world of shit.  (UI) I tell
        ya.  But I know this is (UI).  It's ah (UI).  And
        foolish me, I thought this guy was gonna kill us.
        So then (UI).  If it's the other way around, and
        I said well no I.  He said it would have been
        (UI).  I said no.  (UI) I was paranoid (UI).

4

245H-MM-82334

JR:    Ah huh.  This is why I gave him the whole
       bullshit story.  I was paranoid the guy was gonna
       fuckin' kill me as soon as I walked in.

       (Pause in conversations)

MF:    (UI - too low)  They asked me if you lent me
       money to help (UI).  And I said absolutely not.
       He didn't have any to lend me.

:      (UI).

:      Yeah.

:      Yeah.

MF:    I explained to him about the losses, how the
       business caved in.  And (UI).  (UI) I been trying
       to avoid what else is gonna happen.  (UI) but
       there's no way that I can take care of Irene in
       the nursing home with all this going on.

:      (UI).

       (Pause in conversations)


MF:    You're absolutely right John.  We both had second
       thoughts.  I go out to the hospital and I see
       Irene, I cry, I puke.

JR:    Yeah, to be honest with you (UI).  I wasn't going
       to stick around for the business deal anymore so.

MF:    I can tell you were really nervous.  So was I.
       Any when the other guy came in I said I thought
       they were gonna get us when we walk out.  (UI).

JR:    Right.

MF:    But I played his (UI).  I said I'm gonna fuckin'
       end up dying here.  And fuckin' saying.  I just
       had visions of some sort of rip, rip-off (UI).

5

245H-MM-82334

JR:     Right.

MF:     Against us.

JR:     Against us.  (pause)  Well that's why you were
        going to put this in place then do it
        legitimately.

MF:     Yeah.

:       And if you want me to (UI).

MF:     Well you never know.  And they asked me who are
        the people that are going to buy all these money
        orders coming in.  I said I have, I was gonna do
        that myself.

JR:     Right.

MF:     I was trying to make myself look bigger.

JR:     Right.

MF:     And he said well why weren't you gonna do it all?
        I said I didn't know what to do with it.

JR:     Yeah.

MF:     That's the truth.  I didn't know what to do.

        (pause in conversations)

MF:     Well I didn't know what a hundred grand looked
        like that's why I got the big suitcase.  (laughs)

JR:     Yeah.

MF:     (laughs) Oh God.

JR:     Yeah, I guess I have (UI).

MF:     I would assume they need heavy (UI).   The
        Kiwanis, I know, the bail bonds guy.  (UI).   I
        would assume (UI).

6

245H-MM-82334

JR:      My wife is . . . she's going to totally fall
            apart.

            (Doors opens and shuts)

MF:      (UI) everybody (UI).

            (Pause in conversations)

MF:      Hummm.  So they're doing the operation I ask the
            guys if they could call in and find out if Irene
            passed away or something.  (UI).

:        (UI)

:        I like (UI).

:        That's really (UI) start asking (UI).

:        *No I got that (UI).*

JR:      (UI).

MF:      John, emotionally we've supported each other
            emotionally.  You can't ask for a better friend.
            My wife is dying.  You tried to come to my
            assistance ah.  We're trying to do right by her
            but that, you know, that put us in this situation
            and it's just destroyed both of our lives.

            *(Pause in conversations)*

MF:      So obviously Henry is the focus of this (UI).
            But I could never (UI) he seems like a very
            innocuous guy.  Kind of short and stocky.

            (Pause in conversations)

JR:      This hurts.

7

245H-MM-82334

MF:     Yeah, I know.  I started having ah, pressure on
        my chest.  (UI) he gave me (UI) medication so.
        (UI).  And he explained to me that I'm gonna go
        to Broward (UI) here.

JR:     Yeah.

MF:     And (UI).  Elian Gonzalez is.  Ah, bad things I
        guess are happening in Miami.  So everybody that
        would be available to do the magistrate (UI) is
        down there trying to (UI) the law.  They can't
        even get us to go to jail.

JR:     I don't think they're gonna get us to go home and
        how bad (UI) small chickens.  Trying to get . . .

MF:     You know I (UI).

JR:     . . . trying to get a life back together.

MF:     Again, I think these guys know that.  But they
        got a job they gotta do.  If (UI) they treat us
        both with respect, try and do the same back to
        them.  (UI).  I'm sure that ah, we're not the
        people they're looking for.  They probably don't
        know anymore than what the hell to do with us
        than the man in the moon.

JR:     Except we're (UI).

MF:     Well that's we participated in that,
        unfortunately (UI).

JR:     Yeah.

MF:     Yeah, your right.  And the pisser is that Irene
        is going to be left at a fuckin' concentration
        camp.  I mean.  What else is a Medicaid nurses
        home.  She can't move, she can't talk.  I would
        be there as her advocate.  (UI) is too far away.
        And her doctor's too far away.

JR:     (UI) help each other (UI).

8

245H-MM-82334

MF:        Correct.   Correct.

           (Sighing)

           (Background noises)

MF:        So do you have any vesting John?

JR:        Yeah, I have a pension.

MF:        Well that's one thing.   It's something.

MF:        John, we're both intelligent, hardworking guys
           when we get on the other end of this we'll, we'll
           figure out something.   It ain't gonna be easy but
           we'll figure out something.   John, there is ah,
           and I mean seriously, there is a huge market
           right now as the economy begins to go sour.   And
           there's cars, and trucks and everything that are
           going away.   We probably could make as much money
           doing locations as, as we're currently doing
           right now.   Business is skip locations on, on
           lost cars (UI) get a percentage of.   So I mean
           there's, there's ways that we can you know, work
           down the road.

JR:        Nah, I just hope I can get my pension.

MF:        And so.   (UI) it's best that we (UI).

           (Pause in conversation)

MF:        And of course they, you know, they have to be
           skeptical of everything that, that they see.   But
           I think that they, they've seen enough to realize
           that it is what it is.   (pause)   And what I was
           worried about was the (UI).   She had that
           operation today and she (UI).   (UI).   You know.
           And (UI).   (UI).

JR:        (UI).

           (UI conversations - too low)

9

245H-MM-82334

MF:        (UI) if I got over here and maybe we could like
             scootch a little bit.  Give yourself a (UI) does
             that help?

JR:        (UI).

MF:        Does (UI) that John?  (UI)?

             (pause in conversations)

JR:        The thing is I wasn't even gonna take it.  I was
             gonna say here Mike (UI).

MF:        Right.

             (pause in conversations)

JR:        And I didn't even - didn't even want it.  But
             they kept saying take it, take it, otherwise I
             would've been saying no, no, no.

MF:        Yeah.  I know you (UI) did this John for Irene so
             she wouldn't have to (UI).  (UI).

             (pause in conversations)

JR:        We can't get bailed out tonight (UI)?

MF:        No.  Cause it's.  Whatever happened with Elian
             Gonzalez, did something really weird in Miami.
             Cause normally people don't (UI) explain (UI) to
             Miami.  And (UI) the magistrate and (UI).  (UI).
             Ah, (UI).  We can't, we can't be (UI).  (UI)
             eventually we'll be taken to the Broward County
             Jail.

             (pause in conversations)

MF:        Since I (UI) set up (UI) what I can do is to.
             We're gonna need (UI) and so (UI).  (UI) do it
             (UI) I mean it's not (UI) but you gotta (UI).

JR:        (UI).

245H-MM-82334

MF:     I don't know.  I don't know.

JR:     I've never been in trouble before.

MF:     It depends (UI).  And I told 'em the truth (UI).
        You know that's gonna (UI).

JR:     And I expected to (UI).

        (Car door opens, car buzzer heard)

        (Background noises)

:       Mr. Raffa, we're gonna move you out, okay?  (UI).

        (Background traffic noises heard)

:       (UI) right here.

:       That's all right (UI).

        (Door shuts - background noises)

:       It's 3:05.  Ahhh.

        (END OF TAPE)

Defendant's Proposed Transcript

File Number:           245H-MM-82334

Tape Number:           #34

Date of Tape:          April 13, 2000

Time of Tape:          4:00 - 4:45 p.m.

Type of Tape:          Body Recorder

Case Agent:            SA RONNALYN CRAIN/OC-3

Reviewed by:           DET. PETER SMOLYANSKI

Transcribed/
Typed By:              MARY LOU TAYLOR/HRA

Date Typed:            May 2, 2000

Participants:          UCA: Undercover Agent
                       HM:  HENRY HARRY MCFLIKER

Abbreviations:         (UI): Unintelligible
                       (IA): Inaudible
                       (PH): Phonetic
                       (SC): Simultaneous Conversation

*****************************************************************

245H-MM-82334

       (UI) fucking (UI)

(Shuffling.)

(Zipping.)

(Shuffling.)

       Okay, you call me?

(Cough.)

       Try not to stay on the phone, so we can call you.

(Beep.)

       Okay, he's walking in now.

(Pause.)

(Exiting car, closing door.)

(UCA walking.)

(Background voices.

UF:      Is Henry back in?  He just walked back in, will he be in?

(Background voices.)

UF:      He what?

       (UI)

UF:      Oh, here he is, never mind (UI)

HM:      Hello Alex, how are you?

UCA:    (UI)

(Walking.)

HM:      Uh-huh.  Good.  This you can (UI)...

       Yeah, that's fine, that's not a problem.  That's not a problem.  (UI)  How are ya?

       Okay, okay.

2

245H-MM-82334

(UI)

HM:     No, he wants to take it home tonight.

       (UI)

HM:     Yeah, oh yeah.

       Yeah.

HM:     (UI)   Okay?

       So, you're running around, you're going, you're going home tomorrow?

       (UI)

(Laughing.)

       (UI)

HM:     (UI)

(Walking.)

(Conversation UI.)

HM:     Yeah, you can leave it here.

       Okay.

(Walking.)

(Pause.)

(Beep.)

UCA:    Hello Christina, hello Christina? Okay. He's ah, his office is ah, ah...as you go in right, all right to the right of several international clocks, large international clocks. Big clocks, okay like a, I think one says Belgrade, one says ah, whatever, different cities under each clock. I think it says, yeah. Yeah, like ah, I think one says Belgrade, one says, ah, whatever, different cities under each clock. I think it says, yeah...

(Pause.)

UCA:    No, it's, it's, it's, that's, that's easiest. I go to

245H-MM-82334

        the, to the left and (UI) receptionist, in the meantime
        you go to, you'll, you'll see a large (UI)...  Okay?

(Pause.)

UCA:    No.  (UI)

(Walking.)

UCA:    (Coughs.)

(Pause.)

HM:     I called my friends in South Africa.

UCA:    Okay.

HM:     Ah.

(Noise on tape.)

HM:     How are you doing?

UCA:    Oh, okay, ah...

HM:     (UI) driving me crazy.

UCA:    ...I uhm...I had a meeting, meeting with ah John and  I
        think, I, I counted a hundred and five thousand (UI).
        I give a hundred to John and a hundred to...

HM:     To Michael?

UCA:    To Michael.  Ah...

HM:     I was, I was, with John I'm okay, with Michael I don't
        know.  I don't know.

UCA:    Okay.  I, I try.  I try.  If I lose, I ah...

HM:     Yeah, but...ah...

UCA:    Okay.

HM:     You have instructions where the money is to go?

UCA:    Ah, yes, I uhm...

HM:     Cause I have a whole file.  What I'm doing is I'm buying
        parts for Elona...

                        4

245H-MM-82334

UCA:    Okay.

HM:     ...and as she's selling them I'm wiring the money to
        you.  I have a whole contract, everything for her.

UCA:    (Coughs.)  How ah...how ah...ah, fast can you ah, move
        now.

HM:     Well...50 you have to leave for six months.

UCA:    Okay.

HM:     You understand that.

UCA:    Yes.

HM:     It's for the visa.

UCA:    For the visa, okay.

HM:     The other 50, I can move...next week I move five.  Next
        week another five.  I can't move much, but I can move
        to show that there is room in all the time so you could
        always have in and out, in and out.  I cannot put in 50
        in Elona's account and write 50.  I have to show that
        she's selling part, something constantly moving.

UCA:    Okay.

HM:     Constantly.  Let's say...next Wednesday we do 4200...

UCA:    Uh-huh.

HM:     ...ah, Friday we do 2700...the following Monday we do
        1400, so it looks, it looks like we're busy.

UCA:    Uh-huh.

HM:     Okay.  So, we can move in and out, in and out.  So...
        If you tell me I need the full 50 in and out, you tell
        me how you wanna do it.

UCA:    I ah...ah, ah give you ah, ah bank ah, name and ah, and
        the number...

HM:     Uh-huh.

UCA:    And ah, you just transfer money to, to the bank.

HM:     Okay.

5

245H-MM-82334

UCA:     In the Cayman ah, Islands, that's all.

HM:      Do you wanna use Cayman?

UCA:     I use Cayman, I use Bahamas, and I use ah, ah Island...

HM:      Channel Islands.

UCA:     ...Island of Man.

HM:      I prefer to do it through Island of Man if you can...

UCA:     Island of Man?

HM:      Give me all three.

UCA:     Ah...

HM:      It looks better.

UCA:     ...but...it is difficult to, if I know that, you...

HM:      But you do.

UCA:     ...send money to one bank and I count because I need...

HM:      No, because what I, the guy, what I do, because you
         have other people sending in money.

UCA:     Yes.

HM:      What I will do is I will, I can't do it by fax, but I
         will...be able to fax your actual sales...parts
         sales...

UCA:     Okay.

HM:      ...and the amounts.

UCA:     And...

HM:      Or you can even call me from Moscow, and I'll tell you
         Elona sold 5,000 Friday, 7,000 you know next day.  So
         you could always have a record so you know from the
         first 50 you got 42 already.

UCA:     Uh-huh.

HM:      Cause it's hard for you because you must have...

6

245H-MM-82334

UCA:     Yeah.

HM:      People helping you on it.

UCA:     Yeah, I, I... If you ah, tell me ah, I send ah, 4200
         ah, Friday, ah, to Island of Man...

HM:      Island of Man is better for me.

UCA:     What, why?

HM:      Uhm, cause I could use South Africa.  I could use
         England.  I could use Canada.  I don't have to use,
         Cayman Islands everybody watches.

UCA:     That ah...we do business for...a year.

HM:      Okay, but no, but no miracles.

UCA:     No miracles?

HM:      I don't care, whatever you want, that's fine.  Well
         what, which ever is easier for you.

UCA:     (Sighs.)  I use ah, I, Isle of Man for ah...

HM:      European.

UCA:     Europe, European.

HM:      Okay.

UCA:     I like to use ah...Cayman Islands for...

HM:      (SC) Do you ever, are you, you're corporate, right, you
         use it...

UCA:     No.

HM:      No.  Individual?

UCA:     Well it's ah, it's a, a...a...off-shore corporation.

HM:      Yeah, yeah, but it's corporations so when we wire
         transfer it'll be to XYZ Companies.

UCA:     Off-shore corporations.

HM:      Yes, that's what, ah, the remains of the corporation,
         or you have the information:

7

245H-MM-82334

UCA:     No, I, I'll, I'll give you all the information.  Uhm...
         And, and now if you can fax ah, to (UI), you're sending
         ah, 4700 dollars.

HM:      I'm gonna call you.

UCA:     Call me.

HM:      Cause I don't want the record.

UCA:     Okay.  You speak a little Russian or no?

HM:      Ah, I don't (UI).  My family came from Poland.

UCA:     From Poland.

HM:      Okay.  So I speak Polish.

UCA:     Okay.

HM:      Cause my father and mother used to speak Polish when I
         was a little boy...

UCA:     Yeah.

HM:      ...and, and so I understand Polish and many words,
         okay, so I can understand...ah, in ah, in Russian, and
         then...I have many Russian clients.

UCA:     Oh, okay.

HM:      Okay, so uhm...I have ah...in the last...nine years I
         have many Russian clients (UI), I learned the odd words
         but see but (UI) you know...

UCA:     Yeah.

HM:      ...these, the usual ah, the usual ah...  So where's
         your home?

UCA:     I live in Moscow and Kiev.

HM:      Oh, you told me, the Ukraine, Kiev is the...

UCA:     The Ukraine, the Ukraine are two different countries
         now.   But before it was ah, ah, ah Soviet ah, Union.

HM:      How come you're not here?  You could be if you wanted
         to.

8

245H-MM-82334

UCA:    I could, yeah. I, I...

HM:     But you don't want to.

UCA:    ...I, I travel everywhere and I wanna stay, my business
        is, is in Russia.

HM:     I know.

UCA:    So...so I ah...

HM:     How do you bring the money in?

UCA:    Ah, I ah...bring those from Russia...

HM:     Right.

UCA:    ...we put them to (UI)

HM:     Do they pay you in (UI)

UCA:    And they pay here in dollars.

HM:     Okay.

UCA:    And also...

HM:     But how do you do the girls. Do you...

UCA:    I bring the girls, two (UI)

HM:     (UI)

UCA:    Two or three...and ah...

HM:     (SC) Two or three...

UCA:    ...they prostitute and...

HM:     Have they, they come to me because I have Elona work
        three or four places.

UCA:    Ah, they don't want to...

HM:     (SC) And just...

UCA:    ...I take her pass, passport. I don't want her to stay
        here. They work for a month or two, they go back.

HM:     Yeah, okay.

9

245H-MM-82334

UCA:     And ah, and also, ah, is ah, I ah, ah tell you before.
         I don't ah, touch narcotics.  I, I finance deals, the
         Russians if they need to buy cocaine, I finance.  But I
         don't touch.

HM:      I see.

UCA:     I finance cocaine and that's, that's, that's it.  But
         ah... no touch drugs or, or ah...or guns.  Uhm, and
         ah...

HM:      John said to me, what does ah, what does Alex look
         like.  I said like me.

(Laughing.)

HM:      But younger.

(Laughing.)

UCA:     I, I, I, I think you younger.

HM:      I'm 54.

UCA:     54?  No.  I'm younger.

HM:      You're younger.

UCA:     Yeah.

(Laughing.)

UCA:     I'm younger.

HM:      You have too many girls.  That's the problem.

UCA:     That's the problem but if you want some I can ah...

HM:      Well give me one.

UCA:     ...I could give you some.

(Laughing.)

HM:      Uhm...

UCA:     It's ah...

HM:      ...are you an organization or are you...

10

245H-MM-82334

UCA:    No, yes. Yes, I ah, part, partners and the we're
        together.

HM:     Yeah. All right. Cause what I'm trying to do.

UCA:    (Clears throat.)

HM:     I'm nervous about Michael, which I told you. I don't
        stand behind him.

UCA:    I try if he wants...

HM:     I don't stand behind these guys...

UCA:    Right.

HM:     ...okay? Now, but if you want me help him, I'm not
        sure I can get for the first time (UI)

UCA:    Okay.

HM:     I am not charging you for the first time, not one cent.

UCA:    After, how much?

HM:     What can you do?

UCA:    I paid ah, ah, five to ten points. But he, Michael
        wants twenty-five points.

HM:     I know.

UCA:    And, and John...

HM:     And you paid that.

UCA:    ...ah, on the first one hundred thousand, wants fifteen
        points. So, it's too much.

HM:     So with me, is very clean. (UI) I, I'm not, I don't do
        this. If I do it I mean, I got a hundred million
        dollars in this building you know.

UCA:    (Coughs.) But...

HM:     But if I can make a few cents I deal in millions of
        dollars and it's all wire transfers, it's all
        international, it's all (UI)

11

245H-MM-82334

UCA:     Okay.

HM:      See I'm scared of the little guys.  I'm scared of the
         independent guys.  You're not here, okay.

UCA:     Uh-huh.

HM:      Uhm...uhm...

(Pause.)

HM:      But I could do some numbers for you.

UCA:     How much.  Tell me how much?

HM:      I could do a couple hundred a month.

UCA:     Couple hundred thousand a month?

HM:      Yeah.

UCA:     Ah...at two and a half million dollars per year.  Okay.

HM:      But ah, I gotta take a (UI)

UCA:     Okay.  And I need to know...

HM:      I may need you to open an account in Canada.

UCA:     In Canada.

HM:      Yeah.

UCA:     Why Canada?

HM:      Why not?

UCA:     I never do business in Canada.

HM:      Yes, but I can move money for you, we can use a check
         or we can (UI).  I can make you legal in America you
         know.  If you want.

UCA:     Yeah, but then I pay taxes, I don't wanna.

HM:      Yeah, but you also have costs.

(Pause.)

HM:      I mean I don't care, I'm just saying ah, let me do your

12

245H-MM-82334

hundred for you, okay...

UCA:    Okay.  Let me tell...

HM:    ...and let's see how it works...

UCA:    Let me tell my ah...(UI) money.

(Beep.)

(Pause.)

UCA:    Hello ah, ah (Speaking Russian).  Yes.

HM:    I have, to give you an example...

UCA:    Can you call me...ah secretary tell (UI)

(Pause.)

HM:    See I have contracts you know.  And I bought a hundred
         thousand dollars.

         Hello.  Yeah.  Uhm, I have somebody coming in here, a
         gentleman will be coming through the front door.  Would
         you escort him to my office.

         What's his name?

UCA:    His name is Sasha.

HM:    Sasha.

UCA:    Thank you, bye-bye.

(Hangs up phone.)

HM:    So, what I'm saying ah, if we do a little business, let
         me figure out how to do it so that you're comfortable,
         I'm comfortable, you know.  I'll do the hundred, I don't
         want any money.  Okay?

UCA:    Okay, but how much money, because I need to talk to
         partner.

HM:    Let me, let me go ahead and do this and then I'll let
         you know.

UCA:    Okay.  But not too much.

13

245H-MM-82334

HM:     I'm looking about 20.

UCA:    At 20.  20 points.  Huh.

HM:     Think about it, okay?  I mean I know...

UCA:    Okay, but I, I...

HM:     ...if, if you do get, if I find a way that it's easy,
        okay?  And that I, and...and if I could do better with
        pleasure, okay, I don't need it.  Okay, that doesn't
        mean much to me.  20 - 30,000 dollars is one sale of
        one part today.  Okay?  My, I have salesmen here, they
        sold that much in you know, on one part.

UCA:    Well, yes.  Ah...Okay.   But ah, if you can move ah...
        200 ah, hundred thousand a month, ah...

HM:     To Canada is easy.

UCA:    To Canada?

HM:     Yes.

UCA:    What, my ah...

HM:     Through Canada is really easy.  I, we'll talk about
        that.

UCA:    I need my clearance, I need ah, to maybe bring back to
        United States...

HM:     Yes.

UCA:    And buy property here or buy something or, I don't want
        any ah...ah...ah...questions.  Ah, you, you understand
        what I say?

HM:     Yeah.

UCA:    Uhm...if we can ah, if you can ah move better than
        John, John says two ah hundred ah fifty...

HM:     A month.

UCA:    A month.

HM:     Let's see how he does.  You don't need me.  Let me do
        this.  Okay?

14

245H-MM-82334

UCA:    Okay, but I can, you know...

HM:     (SC) (UI) You don't need me.

UCA:    I'm not, I'm not, I'm not ah, ah...you know I can, if he
        move that...

HM:     Let him do it.

UCA:    Okay.

HM:     Let him do it.

UCA:    But if he, ah, but if he can do and you can do, and ah,
        he says do not put all your ah, eggs in, in one ah...

HM:     Basket.

UCA:    ...basket, yes.

HM:     Yes.

UCA:    So...

HM:     Let John do it. I'll, I'll stay out. Okay? I need
        this to do Elona's visa. It shows and investment,
        you're gonna get your money back and then you're fine.
        You see how John does. And if there's...anyway I can
        help you, fine.

UCA:    Okay. All right.

HM:     I'm there for you. If I can help you fine.

UCA:    Okay. Ah...and if I call from, ah, Moscow and say ah,
        and say ah...

HM:     You need to talk to me, that's all.

UCA:    Okay. And I say Henry ah I have friend, he goes you
        will ah, stop by and ah, do business and then you know
        it from (UI)

HM:     Yeah, that's fine, that's fine. That you know, ah, not
        a problem.

UCA:    Okay.

(Knocking on door.)

15

245H-MM-82334

HM:       Come in.

UCA:      Ah, ah, (speaking Russian).

UCA:      Okay.   (UI) Put it there.

(Pause.)

          (UI)

UCA:      Huh?

HM:       You need the security..

UCA:      Oh yeah, I ah, I no want like bring money all the time.
          I don't want to ah...I, I don't have...John know I don't
          have this.

HM:       (UI)

          Yeah.

UCA:      Ah...So ah...

HM:       Tell me about Skobeltsyn.

UCA:      Ha-ha.   Ah...

HM:       What's the story here.   I got him the visa you know.

UCA:      You got visa for Skobeltsyn?

HM:       Yeah.

UCA:      Uhm...   Ah, Skobeltsyn ah, from ah, from Nizhniy
          Novgorod...

HM:       (UI)

UCA:      That ah, ah...ah...we had ah...a fight.

HM:       Okay.   He came in here one day and says get me a visa.
          Somebody recommended me.   I got him a visa like that.
          And then...I said get your visa stamped, get your green
          card...he didn't know.   I don't know what he did with
          it.   He went and bought some clubs and he got into
          trouble.

UCA:      Uh-huh.   Well...ah...he, he you know, he in Moscow he
          got problems.   He hiding, people looking...

16

245H-MM-82334

HM:      (UI)

UCA:     Yeah...

(Shuffling.)

(Pause.)

HM:      That's the (UI)...Guatemala.

UCA:     What was in (UI)

HM:      When I was in, in Guatemala, I still, my friends over
         there.  And the had all the Army (UI).  They were
         selling them Israeli rebels in Israel.

         Yes.

HM:      And they had to sleep with girls...

(Laughing.)

HM:      (UI)

UCA:     (Coughs.)

(Door closes.)

(Pause.)

(Phone ringing.)

HM:      Okay, I need to know where it's going.

UCA:     Uhm...

HM:      I just want you to see.  This is Elona's company.

UCA:     Uh-huh.

HM:      It's called Rosoto (PH) Agency.

UCA:     Uh-huh.

HM:      Rosoto Agency.

UCA:     Uh-huh.

HM:      And it shows that she bought a hundred thousand dollars
         worth of inventory.

17

245H-MM-82334

UCA:    Uh-huh.

HM:     Okay, it, and...

HM:     You can have a copy of that.

HM:     I don't count, I trust you.

UCA:    Oh.

HM:     I trust you.

UCA:    Okay.

(Sounds of giving money.)

UCA:    If I make mistake, you tell.

HM:     Yeah, yeah.

HM:     How fast do you want this.  (UI) back to you (UI)

UCA:    Ah...

HM:     As far as she, her parts are gonna sell every, every couple of days.  So...it's constant.

UCA:    All right.

HM:     Tuesday, like, like...

UCA:    Yeah.

HM:     (UI)

        Let me give you a copy of that.

UCA:    Okay.

UCA:    Okay, ah...(speaking Russian).

HM:     (UI)

UCA:    No, no, (speaking Russian).  Okay?

        Not me, no, all right.

        Okay?

UCA:    Right, right, okay.

18

245H-MM-82334

(Pause.)

UCA:    Okay.

(Pause.)

(Beep.)

(Door closes.)

HM:     Do you want a copy of this or you don't care?

UCA:    Ah...

HM:     This is a contract for the embassy purposes.

UCA:    Uh-huh.

HM:     Everything is clean.  See.  And this is for her.  I
        needed her to come in and sign her copy.

UCA:    Okay.

HM:     Okay?

UCA:    Okay, ah, I'm Sergeant ah, (UI) with the FBI.   (UI)
        you want to go with me....(UI)

HM:     (UI)

        Special Agent (UI)

UCA:    Okay.

        Yes.   You are currently under arrest.

UCA:    He has no weapons on him.

        Do you have any weapons on ya?

UCA:    No.

        Any narcotics, anytime...

End of tape.