

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                 CASE NO. 00-6181-CR-HUCK
                                          Magistrate Judge Brown
             Plaintiff,

vs.                                       ORDER OF REFERENCE

HENRY HARRY McFLIKER, et al.

             Defendants.
_____/

    Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, <u>Defendant John Raffa,</u> Objection to Government's Transcripts of Tape Recorded Conversations, filed on August 07, 2000, and Trial been set the two-week trial period beginning on October 10, 2000, is hereby **REFERRED** to United States Magistrate Judge Stephen T. Brown to take all necessary and proper action as required by law.

    **DONE AND ORDERED**, in Miami, Florida, this 16 day of August, 2000.

                                          _____
                                          PAUL C. HUCK
                                          **UNITED STATES DISTRICT JUDGE**

cc: Hon. Stephen T. Brown
    Diana Fernandez, AUSA
    Marc Nurik, Esq.
    David Vinikoor, Esq.
    Samuel Montesino, esq.