UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by_____ D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

CASE NO.:   00-6181-CR-HUCK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOHN RAFFA, et al.

   Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

THIS MATTER came before the Court upon Defendant's Unopposed Motion for an Extension of Time to File Pretrial Motions, and the Court having considered same, it is hereby

ORDERED and ADJUDGED that the Defendant's Motion for an Extension of Time to File Pretrial Motions is hereby extended thirty (30) days from the date of this order.

DONE AND ORDERED in Miami, Florida this ___21st___ day of ___August___ 2000.

_____
PAUL C. HUCK
United States District Judge

Copies to:

DAVID G. VINIKOOR, ESQ.
  Attorney for the Defendant
DIANA FERNANDEZ
  Assistant U.S. Attorney
MARC NURIK, ESQ.
SAMUEL MONTESINO, ESQ.

