UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6181-CR-HUCK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOHN RAFFA,

          Defendant.

_____/



FILED

SEP 13 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## GOVERNMENT'S RESPONSE TO DEFENDANT RAFFA'S OBJECTIONS TO TRANSCRIPTS

The United States of America, through the undersigned Assistant United States Attorney, files this response to defendant Raffa's objections to the government's proposed transcripts of four recorded meetings which took place on April 10th and 13th, 2000, (tape numbers 18, 29, 31, and 34).

The government is filing this response beyond the thirty days designated by the Court's Order (Judge Zloch) dated July 18, 2000, through oversight and some confusion with the transfer of this case to a new district court judge. The Order itself had arrived in the U.S. Attorney's Office while the undersigned was on vacation. Because of the initial ten day requirement for the providing of transcripts to the defense, the undersigned was contacted several times during vacation concerning that situation and all the transcripts were made available to defense by another AUSA in the office on July 27, 2000. Unfortunately, upon my return to the office on July 31, 2000, I did not receive the copy of the Order

that had been entered by Judge Zloch and was unaware of the additional time requirements set by the Order until September 12, 2000.

I have spoken with David Vinikoor, counsel for defendant Raffa, who stated he has no objection to the untimely filing of this response.

### RESPONSE TO DEFENDANT RAFFA'S OBJECTIONS

On August 7, 2000, defendant Raffa filed objections to only four of the transcripts which the government had previously provided, specifically to tapes 18, 29, 31 and 34. The government has considered the defendant's objections to these four transcripts and has had the appropriate law enforcement officers review the transcripts and tapes. The government has prepared revised transcripts of these four meetings, copies of which are attached. The government's revised transcripts, however, are still in dispute with defendant Raffa's versions. The government has highlighted those portions of the transcripts which differ from defendant Raffa's versions. In addition, in order to comply with the Court's Order, the government is attaching copies of the four defense proposed transcripts in which are highlighted the specific portions to which the government objects.

The government respectfully suggests to the Court that rather than set this for an immediate hearing, defense counsel be first permitted to review the government's revised transcripts. Defense can then determine if they wish to submit at trial alternate transcripts pursuant to United States v. Rosenthal, 793 F.2d 1214

2

(11th Cir. 1986), 480 U.S. 919 (1987), and <u>United States v. Onori</u>, 535 F.2d 938 (5th Cir. 1976). The Court can then effectively address how this matter will be handled.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Diana W. Fernandez*

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was mailed this _13_ day of September, 2000 to:

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900
(Counsel for Henry McFliker)

Samuel Montesino, Esquire
c/o Wilbur Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401
(Counsel for Michael E. Fuller)

David G. Vinikoor, Esquire
420 SE 12th St.
Fort Lauderdale, FL 33316-1902
(Counsel for John Raffa)


DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

4

Defendant's Proposed Transcript

```
FILE NUMBER:              245H-MM-82334

TAPE NUMBER:              T-18

DATE OF TAPE:             04/10/2000

TIME OF TAPE:             4:10 - 5:00 PM

CASE AGENT:               SA RONNALYN CRAIN

REVIEWED BY:              DET. PETER SMOLYANSKI

TRANSCRIBED/TYPED BY:     BARBARA McGRAW

DATE TYPED:               05/01/2000

PARTICIPANTS:             UCA - UNDERCOVER AGENT
                          JR - JOHN RAFFA
                          MF - MICHAEL FULLER

ABBREVIATIONS:            (UI) UNINTELLIGIBLE
                          (SC) SIMULTANEOUS CONVERSATION
                          (PH) PHONETIC)
                          (IA) INAUDIBLE
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

245H-MM-82334

(Shuffling sound)

(Sound of zipper)

Today is Monday, April 10th, year 2000, approximately 4:20 PM, having a undercover meeting at the Hilton Hotel at the intersection of Griffin Road and Interstate 95 in North Hollywood, Danny Abeech.

(Talking (UI)...)

(Shuffling sounds)

(Sound of walking sounds)

(Sound of waterfalls)

(UI)... Michael...

(Voices in background (UI)...)

We get some coffee and...

JR:      Juice Ah... soda?

UCA:     Ah... diet Pepsi cola?

UM:      Diet coke?

JR:      Okay, that works for me.

         Orange juice

UM:      Orange juice ...all right.

JR:      You need to outside.

MF:      Yeah... we'll go outside ...we'll take the drinks out...there's a pool bar out there, we'll go out there.

JR:      You know what..

MF:      John, forget it.

JR:      There's a pool bar out, isn't it?

2

245H-MM-82334

| | |
|---|---|
| MF: | Well go outside. |
| | (Shuffling sounds) |
| JR: | Disney was cold huh? |
| UCA: | It was terribly cold yeah. |
| MF: | When it's cold, there is less people... |
| UCA: | Like numbers, when it's cold (UI)... |
| MF: | I was raised up on the Canadian Border, so. (UI)... |
| UCA: | Ah... but Ah... where you born... |
| MF: | Canadian Border so. |
| | (Voices in background (UI)...) |
| MF: | I have a lot of friends that lives in Helsinki, so I know...I know cold weather there.  Beautiful during July and August and June. |
| | Ah... (UI)... |
| JR: | (UI)... Moscow or (UI)... |
| UCA: | Ah... Moscow and (UI)... very beautiful. |
| JR: | Ah... yeah, beautiful... |
| | (UI)... |
| MF: | The exchange student Ah... thing over there for Ah... six months, (UI)...family... (UI)... (cracking sound on tape) tried to learn the language. |
| | (Pause) |
| | (Sound of walking) |
| | Coffee (UI)... |
| | Soda... |
| | Soda... Diet soda. |

24511-MM-82334

Diet soda...

Coffee...

(Shuffling, cracking sounds)

JR:     We're just trying to put each other at ease.

UCA:    I Ah... I Ah... I don't know people here and Ah...
        Ah... I know Ah... Ah... Ah... (UI)...

JR:     Well let me explain... we're very honest businessmen
        (UI)... we know...we know how to take care of
        things, and we also have very high respect, Ah...
        when we go into a business venture, we never...never
        hurt the people that we are partners with.  Because
        everybody wants to make money here.  You can't make money
        when you fuck your partner.  You only make money when you
        kiss your partner.

UCA:    I'm sorry... but Ah...

UM:     Hi, how are you doing?

MF:     Very good, hi...

UM:     What can I get for you all?

MF:     Ah... coffee by any chance.

UM:     unfortunately... no, we had to check on the
        restaurant and close everything up (UI)...

MF:     Ah... orange juice?

UM:     I have yeah... sodas, and juices ...full bar of
        course.

UCA:    Ah... the that Pepsi cola.

UM:     Ah... diet coke.

JR:     Yeah, I'll take Pepsi.

UM:     Okay, do you want ice with your juice.

MF:     Yes.

4

245H-MM-82334

MF:     Let me give you a little piece of the puzzle, Ah...
        if we're able to get together.  I'd have the same
        business in the same location since 1982.

UCA:    Uh..huh.

MF:     I've never had ...these are things that...that... a
        little piece of the puzzle, Um... I've never had one
        problem or one complaint in my business, since 1982.
        I (UI)... very carefully.

UCA:    What ta... business you get?

MF:     Um... we manage Um... account receivable
        portfolios... Um... mortgage companies, credit card
        companies, automobile companies, Ah... when their
        accounts go to the people won't pay.

UCA:    Can you talk slow...slow please.

JR:     All right (UI)... these conflict.  That same
        (UI)...$5,000 dollars credit accounts.

        (UI)...

JR:     Ah... you don't have the money to pay.

UCA:    Okay.

JR:     But his company does, the bank goes to his company
        for the Ah... the card company goes to his company
        and says... Alexander owes $5,000 ...(SC)...

UCA:    Oh... collect... collection Ah.. collection Ah...

JR:     (SC)...collect (UI)... right...

UCA:    (SC)... okay.

JR:     That's really kind of what he's... what he has, it's a
        very legitimate company  (UI)... resistance pain in
        the ass.  What I was saying to you earlier, is ...

        (Static on tape (UI)...)

JR:     (UI)... I'm Italian...I'm Sicilian... I'm very much
        part of the family, I'm a family man... My family

                            5

245H-MM-82334

```
                does what your family does... yeah...

UCA:        Um...

JR:         I understand.

UCA:        I don't know if Henry... Ah... Ah... (UI)...(SC)...

JR:         (SC)... Let me explain...

UCA:        Said what I do...

JR:         Yes.

UCA:        Okay.

JR:         Not a problem.

UCA:        If Ah..., not only the...the money business but if
            you Ah... and Henry... help in my business to.  Ah...
            Ah..  and Ah... I bring girls from Russia and Ah...
            will prostitute as Escort Ah...Service.  Ah... this
            business makes a lot of cash.

JR:         Right.

UCA:        Um... I also have my partners, who also have
            cash...but Ah... we need help in Ah...

JR:         Right.

UCA:        In Ah... Ah... to Ah... to Ah... to make money good.

JR:         Exactly.

MF:         Let me understand, since I'm going to be in the
            trenches with you.  Okay?

UCA:        You will be...

MF:         You and I...

UCA:        We'll do business.

MF:         ...work together.

UCA:        Okay.
```

6

245H-MM-82334

| | |
|---|---|
| MF: | I'm from the old school...Okay? |
| JR: | You know what old school means? |
| MF: | Ah... I do not believe in drugs... or guns, anything to do with that... |
| UCA: | I don't Ah... I don't want touch drugs, guns... |
| JR: | Good. |
| UCA: | I maybe finance... cocaine deal, but no I don't want touch... |
| MF: | No...Okay...no... |
| UCA: | I don't want Ah... |
| JR: | Good. |
| MF: | You understand, we understand each other. |
| UCA: | Yeah. |
| MF: | Um... I...my family is also an older family... okay? Um.. we're very...very careful that's why we're around as long we have that. |
| UCA: | Okay. |
| MF: | We do things slowly, Um... and we explain everything throughly to us, there are companies who could do what you want in a month...Okay? |
| UCA: | One month. |
| MF: | They would cause you problems, because there are (UI)... in a month to track... |
| UCA: | (Cough) Excuse... |
| MF: | ...this type of thing okay?  It has to be done carefully.  It has to be done slowly.  Any other way, will cause problems you will ...that will... |
| UCA: | How quick can you ... |

7

245H-MM-82334

MF:        For what you had indicated somewhere around 10 months
           to a year, and maybe a little bit quicker, Ah... and
           I would have to explain to you all the details of why
           it would take that long.

           (Pause)

UM:        Would you like anything off the menu or you okay.

           No... (UI)...(SC)...

UM:        Okay, great.

           Sorry excuse me... that's okay.

           Thank you sir.

UCA:       Um...

MF:        Let me say to you that I know that you look (UI)...
           people who do things too quickly, don't last...

UCA:       But Ah...

MF:        After it got going... it could be done faster and
           faster and faster...

UCA:       Henry, Henry Ah...told Ah... me that Ah... Ah... we
           can do fast... we can do ... you can do fast.

JR:        But Henry told me that you want it done, that at the
           end, it's white.

UCA:       Clean... clean...

JR:        Clean.  So clean that everything at the end the
           Government comes to look, **says** legitimate company.

UCA:       Not...**fear**... I don't **fear**... I want... I give you
           cash here and you send to Ah... Ah... Cayman...Cayman
           Island.

JR:        Cayman Islands.

UCA:       Or Bahamas...

JR:        That...that even complicates it, much more.

8

245H-MM-82334

UCA:        I no want money here.  I have in Hamburg... I need
            money, and I can bring money from there, I can bring
            money in check or a wire transfer from there, but
            here, but I need to clean cash here.

MF:         Wouldn't it be better for you if the money to be
            clean here and pay here and pay taxes on it here and
            all legitimately.  I'm just asking...

UCA:        How...

MF:         I am (UI)... but it's not... it's the quick way, it's
            not the way that most of these guys do, do it.
            Because they don't care about the person who
            (UI)...(Squeaking on tape)...  Let me explain to you
            that Ah... anytime you do something like this,
            everything creates computer prints... you understand?
            Computer prints.

UCA:        Yeah, a computer Ah...Ah... transfer.

MF:         Every bit of that information is monitored by large
            Government computers, I'm sure your aware of that.

UCA:        Not if you Ah... not if you fill out form the bank.
            To like 10,000 dollars that you have to fill out.

MF:         We're telling you that we know this is the fact...
            again in our house 1982...no problem...nobody has
            been saying ...nobody...

UCA:        So how can you do this and how fast...

MF:         Um... I would have to sit down and...and look at it
            exactly, but I would say probably, realistically 7,8,
            9 months something like that.  And there is a reason
            it has to be done this way, it has to be done
            incrementally, it has to be done slowly, it has to be
            done precisely and it has to be done so it doesn't
            trigger anything... there's ways to (SC)...

UCA:        If I... If I give you Ah... half a million dollars.

MF:         Okay, we wouldn't start off with ...we would start
            off maybe 50 grand or 100 grand.  May have you... we
            would do that...and I would explain to you
            why...precisely why we were going to do it this way.

                                9

245H-MM-82334

| | |
|---|---|
| UCA: | How? |
| MF: | We wouldn't start off with ...you would for your companies... |
| UCA: | No... (UI)... |
| MF: | (SC)... someone would...would purchase a portfolio or old accounts, legitimate accounts for our businesses here in the United States, that do nothing but buy bad debt, you know what I mean, when I say that? |
| UCA: | It...some...some of Ah... person owe money... |
| MF: | Right. |
| UCA: | Owe money. |
| MF: | And your the bank five grand... the bank account collect, they'll sell that debt to another person to collect, okay? |
| UCA: | Oh, at Ah... at Ah... lower percentage. |
| JR: | Right. |
| MF: | Right. |
| UCA: | Yeah. |
| MF: | It goes from anywhere's from it's brand new, you might pay .20 cents on a dollar. If it's real old you might pay, 5 cents, 4 cents on a dollar, and if it's real old maybe your pay a penny. |
| UCA: | Okay. |
| MF: | Okay... the way that this has to be done, is you have to purchase one of these portfolios, legitimately. Become the owner of it and then, well my company then in it's capacity, then generates the money by collecting from those debtors... Okay? So, you own the receivables, you have, let's say ... say you have 5 million in receivables, you can expect to collect realistically 20 to 30 percent of it. |
| UCA: | Oh...so Ah... I give you Ah... 100,000, 100,000... |

10

245H-MM-82334

JR:        Uh...huh.

UCA:       But Ah...

MF:        And then we (UI)... and then they go up as we... as
           we exceeds the ramp (SC)... I've done this before,
           okay, I've purchased receivables and then ramped up
           to the collection and then when their done, ramped
           down, so it's very simple.

JR:        Which means, let's say...to start with the actual...
           all of these bills, in the first month, we pay
           100,000 and second...

UCA:       I pay 100...

MF:        Right.

UCA:       ...or you pay me...

MF:        No, you ...you pay in (UI)... we have the accounts, 5
           million dollars worth.

UCA:       I bring cash.

MF:        Right. (SC)...

JR:        Right...(SC)...

UCA:       Okay.

JR:        Exactly... we explain that (UI)...

UCA:       Yeah... or you pay me ...

JR:        You first... you have 5 million in cash.  5 million
           dollars worth of money that's owed.

MF:        Bring them all in and that's all...

JR:        You can buy it at...buy it at a penny... thought
           about it...okay.

UCA:       I'm sorry... what'...what'...

MF:        One cent.

11

2451-MM-80334

| | |
|---|---|
| JR: | One cent on a dollar. |
| MF: | So that you have Ah... a 5 million dollar **portfolio or** you pay 50,000 dollars with your own 5 million dollars worth of accounts. |
| UCA: | People owe money. |
| MF: | Now they owe it to your company. |
| UCA: | 5 million dollars. |
| MF: | (SC)...(UI)... |
| UCA: | But I paid, I think... |
| MF: | 50,000... (SC)... (UI)... |
| JR: | By the...by the  ...By the account |
| MF: | You own them... they're legitimate. |
| JR: | Then what happens is, you pay them off.  So... the first month, we'll decide the points, every time you give, every time you send ... and go...go to Ah...Um... 7 -11, you know what 7 -11 is? |
| UCA: | Ah... Ah...the store... quick store. |
| JR: | (UI)...(SC)... |
| UCA: | Quick store. |
| JR: | Right.  You go to the quick store, for the person, you know we work out the person, goes to the quick store, I'm gonna tell him. |
| UCA: | Um... |
| JR: | Um... and they say okay, I need a money order. |
| MF: | I got to pay my grandma's medical bill for 1,800. |
| JR: | I need a money order for thousand dollars... |
| MR: | I got a letter from an agency that does this ... **this** way, so (UI)... call at your service... See. |

12

245H-MM-82334

JR:       And they get a 1,000 dollars cash.

UCA:      Uh...huh.

JR:       And the money order makes sense to him.  He turns
          around, puts it in the bank and then the bank.  Bank
          Check comes to you, it's legitimate.

MF:       For your percentage of the...

JR:       For your percentage of the what else it is.

MF:       So...so at the end of the month you would then get
          your points for you sign on, you would then get that
          back and in form of our issuance to you, money we
          collected in your behalf.

JR:       Now you can wire transfer to Cayman, you can take the
          check, bring it to Cayman, you know... It's a good
          check.

MF:       Man, I'm telling you... you will mass money in and
          out (UI)... see you with the money we collected in
          your behalf that...

UCA:      I'm sorry.

MF:       In the computer nets are set up in order to follow
          the money to...

UCA:      No...no... not Cayman Islands, Cayman Islands.  The
          way you do business, where you get many...many years.

MF:       I know...the gentleman who is the president of Martin
          Luther King... he'll sign the (UI)... I... many years
          ago we were (UI)...

          (Sound of traffic or plane)

MF:       You have to be real sure again... that your actions
          are (UI)... very sure your actions down
          they're...they're good up to a point, I'm just telling
          you that...that I'm required...

JR:       (UI)... if you have confidence... if you have
          confidence with your people in the Cayman, then we
          send...(SC)... (UI)... checks.

                                13

245H-MM-82334

UCA:      No but Ah... I...I Ah... would put money in Ah... go
          to to Cay...Cayman Islands... Then Ah... go to Ah...
          then Ah... go to Ah... Island of Man (PH)...

MF:       I know off the coast of Ah...

UCA:      Ah...it's in Great Britain.  Ah... and from there my
          ...

MF:       Luxembourg or (UI)...(SC)...

UCA       ...come back to Russia or (UI)... buy property or...

MF:       Well that's... your doing it the right way, I just
          want you to...to know that, it's... a lot of these
          guys sell it, (UI)... (noise on tape)  See that's...
          when your dealing with us, you have to understand
          something, our two families...

UCA:      Oh no...

MF:       ...in New York, go back 3 generations, okay?  Johns
          been at his...his same location 20 years, I've been
          at my location 20 years, there is reasons why we're
          still here.  Okay, it's just like every where just
          different.  (UI)... it's who you know... in this
          case, it's the same here in the United States.

UCA:      Uh...huh.

MF:       Um... I'm not going to give you Ah... big song and
          dance, give you bullshit, when I can tell you the
          truth, would I screw you ...no.  In a case a period
          of time and not cause any problems...

UCA:      Uh...huh.

MF:       It's expensive to do something like this.  There is
          going to be more points than your gonna be paying if
          you went with the other guys.

UCA:      Oh.

MF:       I don't wanta...to...to make that not understood up
          front.

UCA:      Ah...

14

245H-MM-82334

| | |
|---|---|
| MF: | But your...your... at the end of this you are clean. |
| UCA: | Okay... I give you money, 100,000 thousand. |
| MF: | Right. |
| UCA: | Half a million. |
| MF: | Whatever it is. |
| JR: | Whatever... |
| MF: | Ah... 10 days maybe...Ah... after I give you more money. |
| MF: | Don't worry about it. |
| UCA: | And then more money. |
| MF: | Then...then what happens... |
| UCA: | What...when...when do I... |
| MF: | At the first of each month...(SC)... |
| UCA: | (SC) When do I see... |
| MF: | The first of each month.  This all done through the banks and that's why it is so smooth.  First of each month, the bank goes in there as part of the system that we use and we got a contract, whatever that contract sends, the bank cuts a check, so... |
| UCA: | (Coughs) |
| MF: | Cuts a check for that amount, on the first day of each month, bank draft or whatever... |
| UCA: | For how much... |
| MF: | For the percentage of that you would owe about ...of the hundred grand, to give them that's what our ...what our points then would be. |
| UCA: | What Ah... point, I know what point... I pay five points... |

245H-MM-82334

MF:      Then we're no... we're not even in the ball game,
         we're so far out of the ball game that.

UCA:     What'...what do you charge?

MF:      25.

UCA:     "Ah!"

MF:      And...and that's the way it is... I didn't know if he
         explained this to you... and it dropped out, I knew
         that... there is plenty of guys that are going to be
         doing this for you, that have been around one or two
         years... there is nobody been around 20 years.  What
         you get is long term capability of doing this and
         being able to do it for probably white hair, doing it
         the other way is not going to work, long term.

UCA:     25 percent Ah... to much money.

MF:      I understand that... but I... but ...it's not
         interesting to me for anything less than that.

UCA:     If we do... lot of business, why you can...

MF:      You got to understand that, with me, it's not the
         dollar amount it's the issue ... I have to make sure
         it will fit within the system that exists.  I go out
         side that...

UCA:     We do lot of...

MF:      So I have to do it, we could ramp up to a lot more,
         it has to be done slowly, very carefully, there's a
         very precise way to do it and it requires a lot of
         personnel, I'd have to have 4 ... 4 full time
         personnel, in the street, professionals, people like
         ourselves... Handling the money to do it, so that it
         would end up clean.  You can't have a bunch of kids
         and ...

UCA:     (Coughs)

MF:      ...it has to be closed...

JR:      I know that sounds like a lot of points, but this is
         the other side of the story.  If you get ...if you

16

245H-MM-82334

> get 100,000 dollars today, May 1st... you have a
> check in your hand, for $75,000 dollars, no...
> (UI)..., no ... (UI)... hit you, it's there.

MF:       And it...and it's totally clean.

JR:       And you can take that check and buy a house in the
          United States tomorrow... with the check, it's very
          good...

UCA:      Ah... where is guarantee that I don't go loose
          money...

JR:       Mr. UCA...because we do it over a period of time...
          okay... we don't say to you, give me a million
          dollars, we say to you, give me 100 thousand and you
          get your 75. Give me 200 thousand and you get your
          150. Give me 500 thousand and you get 400 thousand
          and you get the 300 thousand...

MF:       Did you ...the guarantee what your looking for.
          Is...when I come to bat, your gonna know who I am
          (UI)... information, I know you guys want check me
          out... okay... your gonna see that I've been around
          since 1982, I've never created a blip anywhere... so
          that's what your getting. And I'll be honest with
          you, the only reason I'm doing this right now, is I
          have a wife that had a stroke in August, she requires
          around the clock care, it's going to be real
          expensive.

UCA:      I'm sorry, she has a...

MF:       Stroke.

JR:       A heart attack.

UCA:      Oh, I see...I...

MF:       She's a vegetable. So she somebody else right now...
          cause I have a wife that's ...has caused a tremendous
          amount of money, I keep doing what I'm doing right
          now, so I have no incentives, it's not going to be.

JR:       So the guarantee, that that we never (UI)... we never
          say to you, give me the money and you never see us,
          because... we don't want to go to (UI)... So... let

17

245H-MM-82334

|       |                                                                                                                                                                                                 |
|-------|-------|
|       | say in this case for two or three months and in two or three months time you move your money... okay... |
| MF:   | We couldn't do that to you... |
| JR:   | But, I'm just saying eventually (UI)... you. The fact that we do a little at a time, if you don't like the way it's going, let's say for instance we tell you May 1st you get your check and it...and then turns out to May 3rd or May 5th... and after awhile you say, this is nonsense, I don't want to wait the extra 5 days.  Then your done. |
| UCA:  | Why... |
| JR:   | We never want... we never want to put you in a position where you have too much money to lose. |
| MF:   | And we don't want to put ourselves in that position. |
| JR:   | Yeah, we don't want to put ourselves in that position...(SC)... |
| UCA:  | So Ah... if I bring Ah... |
| JR:   | That's be too cold. |
| MF:   | So you understand okay, number 1, we have to legitimately buy a portfolio to work with, this is what makes it important... it has to be legitimate (UI)... have to buy that... they're not going to pay more than penny... |
| UCA:  | For a hundred thousand or... |
| MF:   | Wait we're gonna... we're gonna start off with a small portfolio... 3 to 5 million dollars... it's all going to be in (UI)... |
| UCA:  | Oh... because Ah... discount. |
| MF:   | Yeah, and then that's how it has to be to... see I want to be in this next year, year after, 10 years down the road, if you get greedy and you make mistakes, it doesn't happen. |
| UCA:  | If Ah... how much can you do in the beginning? |

18

245H-MM-82334

| | |
|---|---|
| MF: | Be small in the beginning... I gonna tell ya.  The reason I would do it, would be take the (UI)... first month 50, your second month a 100... the third month (UI)... |
| UCA: | I have Ah... |
| MF: | The smaller you get (UI)... |
| UCA: | I wanted to Ah... there are many ...many... |
| MF: | Speak slower... |
| UCA: | Okay, the minimum I want to do is... I give a hundred... and ...and Ah... wait, I give (UI)... that. |
| MF: | Thank you. |
| UCA: | I give you Ah... Ah... 100. |
| MF: | Okay, that's fine. |
| UCA: | If everything okay.  Then I give 100 every 5 days...every... |
| MF: | Not...not until... it's a very... |
| | (Cough) |
| MF: | ... complex formula, that you have to work (UI)...buy money orders... with days of new purchase, days that you go into the bank and hand them the money orders (UI)... so it doesn't (UI)... a penny of (UI)... flags... computer systems have (UI)... so I have to have people on the street buying money orders, five days a week. |
| UCA: | All right... I don't know. |
| JR: | You buy the money order... |
| UCA: | Why money order, I give you money... |
| MF: | You got to understand us here... you give us the cash. |

245H-MM-82334

JR:         You give us the cash.

MF:         We have to convert that cash to something the bank
            will except, and the bank sees money orders coming
            through my account, 2 or 3 hundred a month.

UCA:        Oh...

MF:         Now instead of 2 or 3 hundred, it's going to be 4 or
            5 hundred money orders, then it's going to be 600
            money orders, then it's going to be 700, this has
            happened in the past.

UCA:        So your business Ah...

MF:         See as you buy a portfolio... I had it one time, we
            were getting 3,000 payments a month, I mean I had
            Ah... two girls that did nothing but make deposits in
            the morning and the afternoon and they... the banks
            I've done this with the same banks since Ah... since
            1985, so they've seen me go through...go through
            it... they'll facilitate it, it has to be
            done,(UI)...

RJ:         So... let's say... you take a thousand dollars
            again... 30... just to give you the money... you take
            a thousand dollars cash, give it to our man...  He
            goes to the convenience store, he gives them a
            thousand dollars for a money order, and he'll mail it
            back to us.

UCA:        Oh.

RJ:         And then...

MF:         And then...

RJ:         (UI)... the the bank gives...he goes to (UI)... that
            his pay.

MF:         See the banks right on Milan... (UI)... they'll go in
            there and they'll say okay, Mrs. Jones owes Community
            General Hospital $18,000.  Mrs. Jones to pay them
            1,500 dollars.  All of the...See how it goes, it goes
            just like this.

MF:         (UI)... but if you go outside that, you create big

20

245H-MM-82334

|       | tracks. I'm just... I'm not going to do it...<br>I'm...I'm not motivated by anything other than this.<br>I got to... I have to be the guy that's in the middle<br>of 4 pros working in responsible for our money and<br>I'll (UI)... it's like, I'm going to do it for long<br>term and I'm going to do it right. I'm going to do it<br>professionally. |
|-------|---|
| JR:   | So we take 100,000 dollars and we give it to 4 people<br>and we want them to go here for the money order next<br>day the go there for the money order, the next day<br>they go there... |
| MF:   | They go all over the place. |
| JR:   | All over. |
| UM:   | "NO" |
| JR::  | So that (UI)... there's no...there's no track,...<br>there's no back up. And then... |
| MF:   | And it's small transactions... |
| JR:   | And then money comes back in (UI)... account. |
| UCA:  | Uh...huh. |
| JR:   | And we pay you a check, we send you a check, give you<br>a check from ... |
| UCA:  | Can you transfer money. |
| JR:   | Yeah... oh yeah. |
| MF:   | Inside the United States yeah, but when you start<br>transferring outside the United States that's real<br>heavy. |
| UCA:  | So I need (UI)... take cash and deposit Ah... I mean<br>a check and... |
| MF:   | You'll take the check I'll make it out to Corporation<br>that's going to own these accounts. You have to have<br>a corporation that owns these accounts. |
| JR:   | Now your... Let's say... Let's say we do that, we |

245H-MM-82334

send you 100 thousand dollars for (UI)... That's how
it was, You make a company in United States... ABC...
Company number 1 to name the account... You write the
check with company number 1, goes into the U.S. bank,
and then you see your company, is a International
company so you can wire transfer yourself, your bank
account... the company... the company.

MF:        And ...and...the same thing is going to hold true.

JR:        Your gonna have to say International...

MF:        The accounts that are old, (UI)... your company is
           going to have 5 million dollars in assets... and next
           month it's going to have 10 million dollars in
           assets.  So that it all goes together, the problem
           with every else is they do it slop job at the
           beginning, somebody pays a price for it and it's
           usually not the guy that doing it... they disappear.

UCA:       I can not Ah... work here.

MF:        That's fine, it can be done a lot of different ways,
           I'm sure that they're Ah... there are ways to purchase
           corporations, skip tax...I need numbers set up on
           it...and so forth...

JR:        Why can you not work here?

UCA:       Huh?

JR:        You don't want to work here?

UCA:       No  Ah..., no... Ah... number of the Ah...

JR:        That's not bad.  We'll get you money.

MF:        That's what I'm saying...

UCA:       No... (UI)... Said something.

MF:        There's a lot of different ways to get this...

           (Coughing)

JR:        One of the other things too... with this...You'll
           make your money so legitimately that you can work

22

245H-MM-82334

with the (UI)... let's say you want to buy a house
on Palm Beach... a house in Miami on the beach and a
house (UI)... we'll put you in a position, you can
buy the house ...your own check... and nobody could
say where did they get the money from...

MF:     And it will create exactly the type of (UI)... that a
business like this will create you buy the
receivables ...we work it ...we pay you the money
that we get off of the receivables. You own the
receivables. And then at the end your gonna have am
asset face that's gonna be 100 million dollars that
you purchased for maybe 50 grand or 100 grand, you
know... a piece. See where we're going here. So
that this all is done legitimately, so you look like
the kind of a business man that's going to be able to
do what you need to do. Get long term.

UCA:    I one... I one price 100 because, you see...

MF:     The first part of it is... that we have to do this,
cause we have to... you have to set up the
corporation and we get it going and...

UCA:    At what price, what...

MF:     (UI)... I will find out exactly what's together...
what market, believe me you got one. (UI)...

UCA:    I Ah...

MF:     And what that would be is you get a printout of all
different names and addresses, social security number
and all this shit. And records for the company you
got...cause if we're going to do it, even the first
time it got to done right. Even first time. So
that's why I'm saying to you, I'm not going to slop
job anything... I'm

JR:     We...we provide you real proof so, if we say to you,
you bought maybe 4,000 accounts... we give you
certified real accounts, it's not make believe.

        (Cough)

MF:     Real social, real people.

245H-MM-82334

JR:        Real people...

UCA:       Ah... I promise to ...to pay your Henry... but I ...I
           don't think it Ah... it's so expensive.

MF:        Henry...Henry was ...

UCA:       Now, if you want to take care of...

JR:        I'll take care of Henry.

UCA:       You take care of Henry.

MF:        That will be understandable.  But yeah, we're going
           to go forward.  It has to be done, even if give him,
           it has to be done, correct?  You have to transfer
           the... the ownership of the receivables... that are
           some kind of a system... (UI)... it's got to be done
           by (UI)... Henry (UI)... like this (UI)...

UCA:       Yeah.

MF:        It could be done... it could be done.

UCA:       Okay, I Ah... I give you 100 thousand dollars, I want
           to see it.

MF:        But first we have to...again.

JR:        Do you have any companies now?

UCA:       No, not here.  (UI)... thousand dollars.  I don't
           want to sign anything... I give you money, you...you
           take care of everything.

JR:        Do you have somebody you can trust, to be a company
           for you?  A friend... a girlfriend.  A relative...
           somebody to own the company.

MF:        Cause that's part of ... this is ...we have to work
           as a team, you and I... so...there is certain things
           that... we're going to insist on...but there is
           certain things that you got to, to be able to do, one
           of those is ...is whatever company we end up bringing
           the money back, you got to call it.  Whoever we have
           as the principal, it doesn't make any difference, it
           just has to be a company.  There are companies right

24

245H-MM-82334

|          | now that you can purchase that are 3 or 4 years old (SC)... (UI)... Henry, can assist you in this ...I know people that do it and that you (Cough) club... Oh, yeah... it (UI)...a tax idea. |
|----------|----|
| UCA:     | When I Ah... Ah... give you money, you buy company and Ah... then (UI)... or ... |
| MF:      | We're gonna have to ... |
| JR:      | How about going through (UI)... |
| MF:      | There's no way, it's gotta be done... it's gotta be done just exactly this way, I've got to sit down and .. I have to.. Ah... costs to do this, to begin with, there's a set up cost to do it... and then there is a continuing cost and we have to be ... I have to lay this out, so you can see it... |
| UCA:     | How much? |
| MF:      | I don't know yet.  I'm about to get the numbers together which coming up... I have to find ...make sure the portfolio is transferable.  These are things that I have to do, I have to make sure the 5 million will look is transferable.  Once I believe that I'm sure that it is transferable, what exactly can I get that portfolio for... I want to make a bid on it, we'll see... that's the number 1... once you buy this then your... the company you set up whatever is going to own 5 million dollars over see it.  What exactly can I get (UI)... company, buy the receivables, we have to transfer the receivables to their company, then...then and only then can we then start on actually doing something, so there's an up front cost of doing that. |
| UCA:     | If I give you money this week, when do I get the check back? |
| MF:      | You would get the first one after everything is done, the first of each month, so if we did it today, what's this the 15th?  (UI)... |
| UCA:     | No, today is Ah... |
| JR:      | Ah... today is the... |

25

245H-MM-82334

UCA:        ...the 10th.

MF:         But either way, it would have to (UI)... it would
            only be the first day of each month... unless that
            was a Saturday or a Sunday.  That's when the system
            is set up to do it.  It just (UI)... we're going to
            set up a computer system...

            (Coughing)

MF:         The computer system is going to talk to the bank's
            computer system.  That computer system is going to
            talk to the company we set up for you and we're going
            to collect it at the end of the month... The first
            day of the month, the bank will get message from us
            to cut a check for $75,000 to ABC Corporation ...once
            issued a cashier's check or a bank draft and then
            wire it to application to the banker, there all made
            out... (UI)... 10, 20,30 checks... on the first of
            the month, going like (UI)... first of the month,
            that's how its starting my business, anything on a
            (UI)... raise (UI)...

JR:         So you know every month, from the first of the month,
            (UI)... an increases, not the money you give the
            month before, the first of the next month, you get a
            check, every month.

MF:         And I have to see exactly how managable this is and
            what it's going to take too.  So I wouldn't want to ramp up
            too fast because I'm going to have to be in the middle
            of this because I've got a wife that's dying so..You know,
            I gotta... I have to be the one, just like you have to
            be in front of you... your organization... I have to
            be (UI)... and I can't let nobody do this until I
            understand thoroughly myself... and I do it all myself.

UCA:        Okay, if I give you money, this week, you give check
            back May 1st.

MF:         Okay, well we can't do it... quite that fast... we
            got to... there's two phases we got to go through...

UCA:        If I give you money...

MF:         Prior to (UI)... the company is (UI)... receivables

26

245H-MM-82334

|     |     |
| --- | --- |
|     | could be anywhere from 25 to 30,000 thousand dollars...This company would own... |
| JR: | What would you buy 2 (UI)... |
| MF: | Never going to see that... (UI)... |
| UCA: | So you do not do before June 1st? |
| MF: | I think realistically it would be June first. We might be able to start earlier but we got to do it, especially the work, we buy a company that's at least a couple years old, we get a tax ID to that number and then we transfer it in there. Then I got to negotiate a meeting with them... I want to do things right. I want it fast, I want to do it right. Fast doesn't always equal right, I want to be slow, careful. If I'm going to be responsible for your money, I'm going to be responsible for you. For you to me... |
| JR: | We want to put you in a position where you call up, it's August, and you call up and say Michael, tomorrow I send you 200,000. |
| UCA: | Michael? |
| JR: | Him... |
| UCA: | Oh. |
| JR: | But you call up and say Michael tomorrow I send you 200,000, I'll be in... I'll be in England for a few weeks and then you know September first... money you got, that's there's nothing to think about, nothing to worry, is it going to happen again. |
| MF: | (UI)... |
|     | (Noise on tape overpowers conversation) |
|     | (UI...conversation) |
| JR: | I've been in business for many years... these are why these things (UI)... is because in our business associates are very honest... as you know, and we care about it because it doesn't work for you... |

245H-MM-82334

MF:         And if we make a mistake, **you want us to pay.**

            (Coughing)

MF:         (UI)... 20 years Prudential (UI)...  you know what
            those type of ventures are... I'm going to be real
            careful, real careful.

UCA:        Ah... what reputation...

JR:         Reputation... (SC)... reputation is what we are       .
            about...

UCA:        Ah...

JR:         And this is with before.

UCA:        Okay, I try... the 100,000 thousand, can you look for
            other, maybe I can ... because I have more money.

MF:         Ah... yes, I will, but...but again, you have to
            understand something, I'm being careful for both of
            us, okay?  In the long run, by doing it this way, **you
            know** it will be slow **and** steady, it won't **create a**
            problems, easy to do, we can do it for a year or two
            years, five years, ten years.  We can ramp it up for
            whatever size you want, it has to be done slowly...we
            might be able to get  2 million ... 2 million a
            month, man you got a hell of (UI)...

UCA:        But now, can you find Ah...

MF:         I can handle everything other than...other than...

UCA:        Find Ah...Ah... other persons **so** can do... with
            money.

            (Tape goes blank)

            (Can hear talking but cannot make it out)

End of side A.

Beginning of Side B:

            (A repeat of last couple of lines above)

28

245H-MM-82334

MF:        Yes, I have ...I have... other person other than me?

UCA:       Yeah.

MF:        No.  I have inside my own organizations, people that
           work ...**work**, but to do what you want to do... I
           understand that you have a need to purchase right?

UCA:       Ah... what you (UI)...

MF:        And...and I know that (UI)... you have people that
           can do it... if buy homes for ten something.  Ah...

JR:        And that's okay.

MF:        We're not...

JR:        Do some of it that way, and do some of it this way,
           and if this works better than that, this is what you
           stay with and if that works better than this...
           that's okay.  You have more than one option, you know
           what I mean by options...

UCA:       But...but...

JR:        More than one choice.

MF:        In my family where I was raised, reputation... a
           man's reputation was everything.

UCA:       I'm sorry.

MF:        You understand what I say...

UCA:       Yeah.

MF:        I don't... I don't know who any of these people are,
           it... you find somebody with a 20 year reputation,
           you understand what **the man's responsible** ... This is
           ... **and** that's what the reason why... I don't want to
           do anything **because your problem on you**... and I know
           what will and will not **do** ...okay... in the trenches
           for 20 years and so was you.

JR:        The trenches is digging the ditches...

245H-MM-82334

| | |
|---|---|
| MF: | Digging the ditch you know.  Ditch. |
| | (Sound of phone ringing) |
| UCA: | Well work in time... |
| | (Loud cracking on tape) |
| | (Sound of zipper) |
| UCA: | Ah... what Ah... Ah... company you have? |
| MF: | Noble... N o b l e... |
| UCA: | (UI)... |
| MF: | Noble:.. N ob ...N o b l e Enterprises... Ent period. |
| UCA: | Ah... E... |
| MF: | E... (UI)... |
| UCA: | N... |
| MF: | T... you know what I think I got a (UI)... |
| | (Sound of a zipper) |
| UCA: | E n t point. |
| | (Pause) |
| JR: | Now let's say 6 months from now okay?  And 6 months from now, you build up your ...your legitimate business that you have 3 million in assets, okay? |
| UCA: | Uh...huh. |
| | (Sound of zipper) |
| JR: | Now your business goes from now you find something else to claim...Let's say you find a hotel... |
| | (Loud noise on tape) |
| | (Sound of zipper) |

245H-MM-82334

JR:        (UI)... in cash... The business comes in and buys the
           hotel, you give them the difference in cash and it
           claims the (UI)... See once... we're to say... what
           we're trying to do is...

UCA:       If we start...

JR:        If we start like a regular normal business then,
           there is no question, like for instance if you ... if
           you go into ...let's say your ... let's say your
           girlfriend goes into the bank and says I want to open
           up an account and they say to her, how much do you
           want to deposit?  $10,000, the first question is
           where did you get the $10,000?

MF:        And your gonna have a company that's going to be
           allowed for all that.

JR:        And...and she can say I get it from ...(UI)...

           (Coughing)

JR:        It's a legitimate company, has a tax number, it's a
           regular company... I work for the company.

MF:        The company is gonna show assets, that your gonna
           own, that you will legitimately own, the first one
           will be 5 million dollars, that's the first asset,
           that your gonna own, which is 3 to 5 million, I don't
           know, that...that's gonna all show legitimate that
           you own it, that your asset based on that company, at
           that point, is 3 to 5 million dollars and your going
           to generate income from that 3 to 5 million dollars
           that you purchased and there's companies that do this
           in the United States, that...that are now on the
           stock exchange that do this...do this legitimately,
           buy the Ah... buy old account, so it's a big
           business... there sev... there are two companies
           doing over 10 million (UI)...

           (Shuffling sound (UI)...)

MF:        But it's got to be done slowly...

UCA:       But... I have so much Ah... money now that Ah...

MF:        I know.

                                31

245H-MM-82334

JR:        I understand.

MF:        I understand...but... again, we want to be at this a
           long time, right?

UCA:       But, if you find Henry, maybe Henry can take Ah...
           Ah... other money and put it...

MF:        We have to... it's got to be done...carefully...
           carefully.  This company that we're going to build,
           eventually (UI)... the center.

UCA:       Oh... Ah...

MF:        Yeah...middle...like.

UCA:       Yeah.

MF:        Do do anything that Henry wants to do or any of this,
           you have to have a legitimate company with assets.

UCA:       Henry Ah... Ah... told me to buy Ah... Ah... plane
           parts.

JR:        Uh...huh.

MF:        That's good.

JR:        That's good. That's good.

UCA:       Plane parts... and Ah... but Ah... take care or 6
           months for...

MF:        It's the same thing, if your gonna be careful, it
           takes time... There are several other ways to do
           this, but each one of them, be careful, you have to
           take the time, once your in a situation where you got
           to run in this... it's not a problem you can wrap it
           up and up, the problem is, if you start something out
           of the ordinary right away, it's gonna, it's gonna,
           cause people, it's gonna cause computers to start
           chipping away.

UCA:       But before we bring Ah... cash to a computer business
           and Ah... then they Ah... send wire transfer from
           Colombia to Cayman Island, there is no problems and
           you charge five points, maybe 6, 7.

                              32

245H-MM-82334

MF:        I'm telling you right now...

UCA:       But they close.

MF:        Every single one of those...everything single one of
           those transactions were tracked.  I know it for a
           fact.

JR:        There is a big **trail(UI)**... Read him the (UI)...

MF:        It's guaranteed... guaranteed it's tracked.  If
           anybody tells you differently they're not telling you
           the truth.

JR:        **Then** again Alexander, **he** Said earlier... try this **new**
           little thing...

UCA:       I tried it earlier.

JR:        You want to try something ...try something the same
           (UI)...

UCA:       I try Ah... 100 thousand...

           (Loud noise on tape)

MF:        **That first** (UI)... whose gonna be the (UI)... **your**
           **gonna get** somewhere 25 grand, that's gonna get you
           the accounts, that's gonna get you the corporation,
           you'll get it up front.

UCA:       One time.

MF:        One time.  It's done... then on the corporation **once**
           I'm **done**, that's it.

UCA:       Okay...

MF:        And that, it for that 25,000 your gonna have, it's
           **going** to get you the corporation,

UCA:       So ah...

MF:        And you have... and you'll have all the back up paper
           to it and everything.

JR:        And let's say, you have **computer partner and you'll**

33

245H-MM-82334

|       |                                                                                                                                                                 |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | receive (UI)... 25,000 and you don't want to be bothered, so you just tell him and you get your original 25,000 back, cause it still (UI)...                      |
| MF:   | Well we can't... we can't do that...                                                                                                                             |
| JR:   | But now... I'm saying it's... just... (UI)...(SC)...                                                                                                             |
| UCA:  | So if I bring 100,000 June Ah...1, I get 50,000.                                                                                                                 |
| JR:   | Right.                                                                                                                                                           |
| MF:   | Yes.                                                                                                                                                            |
| UCA:  | And...but from then ...                                                                                                                                         |
| MF:   | Then on... 75,000.                                                                                                                                              |
| JR:   | (SC)... 75...                                                                                                                                                   |
| UCA:  | 75...                                                                                                                                                           |
| JR:   | Yeah, right.                                                                                                                                                     |
| MF:   | But we'd have to have everything up and running before the first money is traded, we have to have the corporation up, we have to have the bank accounts set up, we have to have everything up and going.  I'm up and running right now. |
| JR:   | And then again I have to ask you the question... who do you trust, that you want to be the person in charge of the corporation never(UI)... the money to... Cause you don't want to sign it. |
| UCA:  | No...no...                                                                                                                                                       |
| MF:   | See what about your corporation that's 2 or 3 years old already.  That's already up and going, it's all part of this.  But it's got to be somebody....          |
| JR:   | That you trust.                                                                                                                                                 |
| UCA:  | I'm ... I send somebody.  I Ah...                                                                                                                               |
| MF:   | They'll have a Social Security number that can run to through the system (UI)...                                                                                 |

34

245H-MM-82334

| | |
|---|---|
| UCA: | Ah... American. |
| MF: | All right.  Okay. |
| UCA: | American. |
| MF: | Um... you understand, that who ever you send is just like us though, it's got to be reputation, good person... you understand what I'm saying? |
| UCA: | Yeah. |
| MF: | Trustworthy. |
| UCA: | Okay. |
| MF: | Cause I'm going to be introducing that person to...to very important people, cause that's how this has to be done, so that's not a problem to do that, but has to (SC)... |
| UCA: | (SC)...Yeah... I...I... |
| MF: | You understand the (SC)... |
| UCA: | I...trust...yeah... I wouldn't even do the business ... |
| MF: | (SC)... okay, no problem. |
| JR: | What you do for a living, and what we do for a living, it's all about trust...it's all about giving money (SC)... |
| UCA: | Yeah, no...no contact... |
| JR: | Right...right. |
| MF: | And even...even in my business now, we do a lot of bad checks, watch...to people issue bad checks, we work for the biggest company in the United States, at the beginning of each month, that company sends me... that's even... 10 million dollars a month, hand it to me on my reputation, that I won't take this 10 million in checks and do something bad with them, and they have been doing that for 20 years, so. |

245H-MM-82334

UCA:     So you collect Ah... (UI)... paid...

MF:      Whatever I get, I give them their piece and I keep
         ours... so and I've done that, you know... hundreds
         and hundreds of millions of dollars so.

JR:      If we start small and everything, and (UI)... a year
         and a half from now, (UI)... you have other
         associates that looking to ...everything's taken care
         of...

MF:      By the same...

JR:      No drugs... (UI)...bring your associates out,
         everything goes to you.

UCA:     No...no Ah... (UI)... no...they owe in a business of
         (UI)... but nobody touch ...nobody touch.

MF:      (UI)...

UCA:     Finance cocaine, okay, no touch.

JR:      (UI)... what I say to you is... next year.

MF:      You got that ...no touch.

UCA:     No.

JR:      Sometime after it starts getting bigger and one of
         your friends say to you ...UCA I have 2 million
         dollars... (UI)... you give me 2 million dollars for
         30 days, you'll have a check...

MF:      But after we get this thing off the bottom and it
         ramps up and it looks... you know, so it looks the
         way it's suppose to look.

UCA:     Okay, when do you want do this.

MF:      All right, I'm going to talk with the attorneys...
         the attorneys we need to talk to tomorrow morning,
         for the corporation, then your gonna need to have
         your person ready sometime this week, we're going to
         buy the corporation and that's going to cost 2 or 3
         thousand dollars to buy that corporation get it up
         and going, get a bank account set up and...

36

245H-MM-82334

| | |
|---|---|
| UCA: | Okay... I Ah... Ah... Ah...end of this week, I have to take care of Ah.. business here. |
| MF: | Okay. |
| UCA: | But end of this week, I have to fly back Moscow. |
| MF: | Okay...okay. |
| UCA: | Ah... I Ah... I will business here. |
| MF: | Okay. |
| UCA: | But am person and you take... |
| MF: | I'll handle it. |
| UCA: | And you take...(UI)...call (UI)... |
| MF: | That's all right, no problem. |
| JR: | When do you come back. |
| UCA: | I come back in maybe in 2 weeks. |
| JR: | Oh...okay. |
| UCA: | At 2 weeks. |
| MF: | When your calling from out of the country, I'm going to give you a separate number to call me.  Okay? |
| UCA: | Okay. |
| MF: | Ah...no... I have a secure phone. |
| UCA: | I'm sorry. |
| MF: | Satellite phone. |
| UCA: | Oh... satellite.  Okay. |
| JR: | Satellite. |
| UCA: | Yeah. |
| JR: | So nobody can listen. |

245H-MM-82334

| | |
|---|---|
| UCA: | Right. |
| MF: | I'm very careful. |
| UCA: | Okay. |
| MF: | Okay. |
| UCA: | Okay, no problem. |
| MF: | You can't ...and you can't be too careful. |
| UCA: | Okay...Ah... Let me meet with Ah... that Ah... other person. |
| MF: | Okay. |
| UCA: | Ah... talk and explain what Ah... and Ah... maybe Wednesday, or Thursday, I give you money and I tell you this ... |
| MF: | (SC)... main person then... okay. |
| JR: | Very good. |
| UCA: | Do you want me here or... |
| MF: | No... from here on we're going to meet Ah... in more secure surroundings.  Okay, and I don't have any problem coming to you, if you ...if you want me to. |
| UCA: | I may, I can Ah... Ah... rent room or I can Ah... I'm don't want to count money here, you know... |
| MF: | (UI)...(SC)... |
| UCA: | No... no... no. |
| MF: | Um... and ...and I'll have everything set up the next day or so. |
| UCA: | Okay. |
| MF: | You give me a call... today is Monday... |
| JR: | Monday... |

38

245H-MM-82334

| | |
|---|---|
| UCA: | Monday. |
| MF: | You call me Wednesday, I'll have everything ready to go. |
| UCA: | Okay, and Thursday, we'll meet and Ah... |
| MF: | Next Thursday, (UI)... first thing in the morning, have it set up, Ah... and then have that person go with me, right over to the attorney's office and Bah... |
| UCA: | Okay. good. |
| MF: | Then I'll make...make bank inquires and and etc. |
| UCA: | Okay... |
| | (Loud noise) |
| MF: | (UI)... yeah that might work okay... Ah... |
| JR: | Can you go to Lake Worth? |
| MF: | West Palm Beach... |
| UCA: | Oh...no ...I'm too... |
| MF: | Okay, that's fine. |
| UCA: | Yeah... wait a minute... I Ah... I in Miami, Fisher Island and Ah... |
| MF: | I understand, not a problem... we'll work it out. |
| JR: | Yeah. |
| MF: | I'll come down to you, you get us a nice room some place and away we go... |
| UCA: | Okay. |
| MF: | ... get something. |
| UCA: | Okay... |
| MF: | Sound good. |

39

245H-MM-82334

UCA:    Yeah.

MF:    That's fine.

UCA:    Yeah, wait a minute ... I Ah...

        (Static on tape)

        (Pause)

MF:    I got shot a couple times when I was in the Army in
        the legs. Vietnam... Stupid young... You do what
        you do... (UI)... be all right but I was too young,
        too stupid, you know. Take too much balls, and no
        brains... Now I'm paying for it... I got shot five
        times.

        (UI)...

MF:    Tell him... my leg was bothering (UI)... five times
        in Vietnam...

MF:    Like I  Said, no balls no brains... (ha...ha...) I
        learned that...

        (Conversation (UI)...)

UCA:    You call me on Ah... Wednesday...and we'll meeting on
        Thursday morning.

MF:    Done...

UCA:    And we'll meet like (SC)...

MF:    Yeah, and then he's gonna have to come with me to
        Ah... wherever I send him, we'll come up here then
        we'll and then we'll have an alternative (UI)... Ah...
        we're going to need to ...we're going to need to
        (UI)...

JR:    (UI)...

MF:    Yeah...the same (UI)... I'll have it all ready and
        Ah... probably John Nemo (PH)... at the bank and all
        (UI)... we'll try to all set up in the bedroom...so
        that I (UI)... by 1:00 o'clock on Thursday... every
        (UI)...

                                40

245H-MM-82334

(Cracking sound, conversation (UI)...)

JR:      (UI)...you need a ride.

UCA:    No I have a taxi, waiting for me...

JR:      Oh, you have waiting... oh...

        (Sound of walking with cracking sound)

        (Conversation (UI)...)

JR:      Have someone move faster...  This is the right way to do it... want to do fast...we fast too...

UCA:    Okay.

JR:      We'll talk.

UCA:    All right.

JR:      This is the right way.

UCA:    Okay.

JR:      Okay?

UCA:    Thank you very much.

JR:      Thanks a lot.

MF:      I'll see you later.

UCA:    Bye...bye.

        (Cracking while walking)

        All right, let's get out of here.

        (UI)...

        Ah... I got em' ...I got em'

        We're heading out, I got Pete, we're Ah... 51 back to the office, Ah..

        Tell him if he take that number down and he'll

245H-MM-82334

probably use the (UI)... and Glen can come out and
Ah... and Ah... come one to job...

Ah...we'll see.

(Beeps)

David (UI)...so.

What did you say?

I Said got a pee, we're leaving.

Ah...

We're leaving so hopefully, you know... I got to get
a hold of Gary, see if he can... dump on tags.  Hay
Ah... went to the John.

Yeah, I got...I got both of them.

(Beeps)

I'll tell you....

Yeah...

See... car (UI)... is grab a tag and ...and call it,
I can't get a hold of Kay, but Ah... we got business
cards and everything, there is no need to spook them
on this.

UCA:        Take 95 south...

            (Beep)

UF:         Yeah... (UI)...

            (Sound of zipper)

            (UI)... set up this whole package on foot.

            Ah... I don't think we need.

End of Tape.

42

Defendant's Proposed Transcript

| | |
|---|---|
| FILE NUMBER: | 245H-MM-82334 |
| TAPE NUMBER: | 29 |
| CONVERSATION DATE: | 04/13/2000 |
| CONVERSATION TIME: | 12:10 PM |
| TYPE OF TAPE: | VIDEO |
| CASE AGENT/SQUAD: | SA RONNALYN CRAIN/OC-3 |
| REVIEWED BY: | DET. PETER SMOLYANSKI |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 05/02/2000 |

PARTICIPANTS:
```
RC  - SA RONNALYN CRAIN
UCA - UNDERCOVER AGENT
JR  - JOHN RAFFA
MF  - MICHAEL FULLER
```

ABBREVIATIONS:
```
UI  - UNINTELLIGIBLE
PH  - PHONETIC
IA  - INAUDIBLE
SC  - SIMULTANEOUS CONVERSATION
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

245H-MM-82334

| | |
|---|---|
| UCA: | How do you do? |
| JR: | (UI) |
| UCA: | Okay. |
| | (background noise) |
| JR: | Take a seat. |
| UCA: | So ah... I ah have coffee and water. |
| JR: | Good, I can use a little coffee.  I had a late night. |
| UCA: | I'm sorry. |
| JR: | I had a late night last night. |
| UCA: | (UI)? |
| JR: | No, I went to a black tie with a lady. |
| UCA: | Oh, ah, a party. |
| JR: | It was wonderful. |
| | (static on recorder) |
| UCA: | Um, ah Mike he's late. |
| JR: | Few minutes. |
| UCA: | I have... |
| JR: | No, I mean literally five minutes. |
| UCA: | Okay.  I have... |
| JR: | I spoke to him and he was on ah... already passing through (UI).  But this gives us a chance to talk. |
| UCA: | Okay. |
| JR: | Um, What you do with Mike may be too cumbersome.  Do you know what that means? |
| UCA: | Hmm-nnn.  (UI) |
| JR: | Um, he may be too slow.  Ummm. |

2

245H-MM-82334

| | |
|---|---|
| UCA: | Slow, (UI) |
| JR: | You know a lot ah, a lot of different things. If you're not, if that doesn't work for you, I'll explain it to him, okay? |
| UCA: | Um-hmm. |
| JR: | Um, he's very, very, very, very careful, Mike, he does this than this than this than this than this and this, where sometimes you really only need to do this and this and this. You follow me? |
| UCA: | Okay, yeah. |
| JR: | So if you don't like what he wants to propose, fine. |
| UCA: | No, I ah... I, I like to, to make more, to do more. |
| JR: | Right, exactly. Um, when I tell you my other avenues, okay, cause (UI) is basically you'll be getting wire transfers from a number of different companies. |
| UCA: | Okay. |
| JR: | Today, you're buying furniture. You won't see the receipt, but we'll, I'll make sure we hold on to a receipt. |
| UCA: | Okay. |
| JR: | Just in case. Next time telephones, next time race horses, (UI). |
| UCA: | With cash. |
| JR: | You're buying, (UI) cash, um, for this, for you and me today, you give me today, tomorrow Monday to make two deposits. Okay? Tuesday afternoon, (UI) at this time. |
| UCA: | Um-hmm. |
| JR: | U.S. time. |
| UCA: | Um-hmm. |
| JR: | We send the wire transfer. |
| UCA: | To Cayman Islands. |

3

245H-MM-82334

JR:     To wherever you feel like, yeah.

UCA:    Cayman.

JR:     And we'll send you...

        (coughs)

JR:     ...copy that it went into the bank, the wire transfer was sent.

UCA:    Okay.

JR:     Cause once the wire transfer's in between the banks, you know.

UCA:    Okay, I ah... I ah... ah... (UI) but ah... but usually you keep ah... 15.

JR:     Hmmm.

UCA:    Percent.

JR:     Hmmm.

UCA:    Okay?

JR:     Right.

UCA:    And ah... that, the second time.

JR:     And then we go to the other person and the people we're going to...

UCA:    Okay.

JR:     But we'll talk about that when you come back, I... as you may have understood my... I know you checked me out, that's fine.

UCA:    I, I (UI).

JR:     Of course.  You have to.

UCA:    I talked with, I talked to **Genry**, Genry ah... says he knows you, he trusts you.  He doesn't know ah Michael...

JR:     Well.

4

245H-MM-82334

UCA:    Michael.

JR:     I know Mike, and I trust Mike, and I understand that
        I'm vou... that I'm vouching for Mike, I understand
        that, okay.

UCA:    Okay.

JR:     Um, I am a man of honor and I understand that you are
        also a man of honor.

UCA:    Um-hmm.

JR:     And ah, you notice no weapon.

UCA:    Oh no, why ah...

JR:     Yeah, no tape recorders.

UCA:    No, no, it's just us no.

JR:     This is two friends sitting and enjoying a cup of
        coffee together.

UCA:    Yeah.  I, I don't want ah...

JR:     I don't want craziness, you don't either.  We're getting
        too old for that shit.

UCA:    No, I ah, ah, I lost many friends.

JR:     Me too.

UCA:    That ah... my, my...

JR:     For stupid stuff.

UCA:    No, no stupid, ah my friend went to Colombia was ah
        sending cocaine to Russia.

JR:     Mmmm.

UCA:    And he disappear.
JR:     Mmmm.

UCA:    Ah... and ah one more friend ah... my partner was ah
        here in Miami ah buying cocaine from Cubans killed him.
        He brought ah, he brought money and they killed him.

5

245H-MM-82334

JR:        Well that's why I'm saying to you, we're too old for
           that crazy shit.

UCA:       Okay, I don't want (UI), I don't want to touch weapon, I
           ah, I finance cocaine deals, but I don't want to touch
           cocaine, I don't want to buy, **sell**.

JR:        When you and... when you and I see each other with now
           on, what you do with Michael is whatever you do with
           Michael.

UCA:       Okay.

JR:        When you and I see each other, just you, just me, we
           meet as friends, we meet sometimes (UI)... **sometimes**
           you come in the boat, sometimes you go to a restaurant
           (UI)

UCA:       (coughs)

JR:        Nice and easy, (UI).

UCA:       (UI)

JR:        **Okay**.

           (conversation low)

JR:        So, the other thing between us that I want to make
           straight is that I know a lot of people, and because
           I'm saying, I say that to you because of this reason,
           somewhere down the line I may get a phone call that
           says stop, stop, stop doing it.

UCA:       Oh.

JR:        Okay?

UCA:       Why?

JR:        Um, in the U.S. a lot of people look at you.

UCA:       Oh, you mean ah... police.

JR:        Mmm, yeah.

UCA:       Oh.

JR:        So you know, I know when, I know when to say, if I say

6

245H-MM-82334

|   |   |
|---|---|
| | to you let's say it's two months from now, and I say to you Alexander, let's not see each other for 30 days. You'll understand what I'm saying. |
| UCA: | Oh, okay. |
| JR: | Yeah, just so you know, cool down. |
| UCA: | Okay, ah, for now, ah, I ah, ah, I understand you take care of Genry. |
| JR: | Right. |
| UCA: | Okay, because I take too much money. |
| JR: | Henry, what Henry is doing is just doing you a favor. |
| UCA: | Oh ah... but Henry will talk with Henry he says you owe me, I said... |
| JR: | No, no, no, he doesn't mean, he doesn't mean. |
| UCA: | Oh. |
| JR: | He said some day you might get a favor. And you will find after a while between you and I, Henry do... Henry would have done you, this is going, you're gonna look at this as a favor. Some time down the... and when you, and when you do good, but that's what he means. |
| UCA: | What, what ah favor, what (UI). |
| JR: | Henry, you know what Henry doesn't need the money. |
| UCA: | He's got ah money. |
| JR: | (IA) |
| UCA: | But ah, he wants... |
| JR: | (UI) |
| UCA: | ...to do business with me too? |
| JR: | Yeah. But, you know, (UI). He might need a favor like some times you may need (UI) Russia. |
| UCA: | No, but I ah... |

7

245H-MM-82334

JR:     He may need to call you when he needs help.

UCA:    No, (UI) not to, I need to (UI) Henry today (UI).

JR:     Yeah.

UCA:    I meet with ah Henry and he wants to do, to do business
        too.

JR:     Okay.  You do whatever, your business is your business.
        (UI)

UCA:    (UI)

JR:     Michael's Michael.

        (clears his throat)

JR:     We all want to feed our families, that's what we're
        trying to do.

UCA:    Ah, ah, how much money maximum can you move?

JR:     Um, I'd say, when you come back we'll discuss it
        specifically, but without anyone looking, maybe two -
        two and a half a week.

UCA:    Two and a half million or 200... 200,000?

JR:     Yeah.

UCA:    Okay.

JR:     Yeah, cause see I don't like it traced.

UCA:    Yeah, yeah because I, I, I do a little bit (UI).

JR:     Yeah, right, right.

UCA:    (SC/IA)

JR:     This way it's, it's very spread out and.

UCA:    Yeah.

JR:     Yeah, that's definitely the right way to go.

UCA:    Hmmm.

8

245H-MM-82334

JR:      You know a little bit here and a little bit there.

UCA:     Um-hmm.  They did not bring the (UI).

JR:      But, and as I say, as we go along, if you say to me
         John, I need to push back fine, if I say to you
         Alexander I need to push back, fine.  You know what I
         mean?

UCA:     Okay.

JR:      Cause we, because we both a lot of, a lot of different
         things that come into our lives and we have to...

UCA:     Oh yeah, I can (IA).  What ah... where, where, what
         Michael?

JR:      Ah, he called me, we was at ah... Fort Lauderdale.

UCA:     Oh.

JR:      Ah, on the road.  Do you want to, do you want to give
         me this, (UI) you and I?

UCA:     Ah, I want ah, first ah, I have ah my ah, partner bring
         100 for Michael, and then maybe ah 1:30 or 1:15,100 for
         you.

JR:      Okay.

         (static on recorder)

JR:      (UI)

UCA:     He is on ah, he's on ah.

         (beep)

UCA:     (on telephone - Hello, ah... ah... (speaking Russian? -
         IA)

         (background noise)

MF:      Hey guy.

         (UI)

MF:      Alexander I am sorry I'm late, my wife had to have
         surgery.

9

245H-MM-82334

UCA:    Oh ah... I'm sorry.

MF:     (UI).

UCA:    Um, (IA).

MF:     You were already sitting there, let me have that.

UCA:    You, you want coffee?

MF:     No, the water would be good, I'm kind of living on
        coffee.  Hospital coffee's the worst.

UCA:    Oh.  (chuckles)

UCA:    Okay, what ah, what you need to ah from me?

MF:     Okay, so that we are getting, you understand, okay, I
        want to show you exactly what we're doing, (UI)...
        water.

        (background noise)

MF:     (UI) now.

        (beep)

MF:     This basically get the ball.

UCA:    Um-hmm.

MF:     Okay, there's five million dollars in receivables in
        this group.  5,345,000 dollars.

UCA:    Um-hmm, I don't, I...

MF:     But I mean, you have, I'm trying to show you.

UCA:    Okay.  Okay so...

MF:     You, you're, we're going to form a company which has
        already been done, okay?

UCA:    Um-hmm.

MF:     These assets are going to be owned by that company
        who's gonna be owned by the man that you give (UI).

UCA:    Um-hmm.

245H-MM-82334

MF:     His Social Security number will get a tax ID number,
        and then we'll get a bank account with that and then
        each month you'll get a check that will go into that
        account for the agreed upon amount of money.

UCA:    Ah, I give you money and you...

MF:     (SC)  (UI)

UCA:    (SC)  (UI)

MF:     Right.

UCA:    With (UI)

MF:     And then this company, whatever ABC company now has
        five million dollars worth of assets starting today.
        These assets.  We have 25 million more as we go along.

UCA:    What's the, why can't we do more than 100.

MF:     You have to be careful to begin with.  We probably can
        get it up to much more but got to go slow.

        (beep)

UCA:    I ah... gonna call to friend of mine.

MF:     Understood, I understand.  Water ahhhhhh.

        (brief pause in conversation)

        (coughs)

JR:     (low in background - IA)  Whenever you're done.

MF:     Of course.

JR:     And I'll call you when I (UI).

MF:     It's, sometimes in here it's hard to get out.

UCA:    Yeah.

JR:     Pull the antenna up, no?

UCA:    Ah, yeah, maybe.

        (dialing telephone in background)

11

245H-MM-82334

MF:       (UI)

JR:       Yeah.

UCA:      (speaking Russian in background?)

MF:       Alexander?

UCA:      Yes.

MF:       I know you wanted to move quick, but, slow in the long
          run will get us to the same place no problems.  When
          we're all done with this there won't, that... the
          company that, that will receive this money will have a
          value of 25 to 30 million dollars.  And it's gonna be
          receiving revenue off that of approximately 20 to 30
          percent, that doable, that, that, that's acceptable
          accounting practices, nobody will question any of that.

UCA:      But ah I do not understand, I put money and (UI).

MF:       Right, in other words you now own five million dollars.
          Okay?

UCA:      But no money.

MF:       No money now.  Now, I then, okay, we have five million,
          you own it, okay, or ABC company owns it, then my
          company collects, I pay it each month what I owe you,
          and all of these will be how we do it.  Okay?

UCA:      But why cannot I pay all five million dollars?

MF:       You can't work that way because it has to look as if
          the people who are on this sheet are going to be
          paying.  So Mrs. Jones owes $5,000.00, and Mrs.... I
          send Mrs. Jones a letter she says okay, I'll pay you
          $3,000.00, you understand, then she pays $3,000.00,
          that's how it happens, you got it so it's exactly how it
          is done all along.  I've been doing this for, since
          1982.  I'm like my own business.  I can't go outside
          what my own business looks like.

UCA:      (coughs)

MF:       Once we get going on this we can buy bigger and bigger
          pieces, there are some that have balances of 15 to
          20,000 dollars, so then maybe you can take 10,000 or I
          could, you see what I'm saying so that it looks like

                              12

245H-MM-82334

          what I do.  I collect money, and it can't be in big
          chunks, 3,000 here, 1,000 here, 852 here, it has to be
          like that.  So it has to equal something like that, so
          when the, when they look in my computer system it
          matches with that.

JR:       (UI)  every day he puts into his account 2,000, 5,000,
          the next day he puts in 400, the next day he puts in
          6,000, that's why he's, (UI) say it takes 30 days, every
          day of those 30 days, he puts a little bit, a little
          bit more in (UI)

UCA:      Right.

MF:       And then, then each month we put maybe one point 50 the
          next month, and then maybe 200.

JR:       And then...

MF:       Slow.

JR:       And then after the bulk, and since you, since your
          company owns it, he sends a check to your company that
          says this is what we collected.

MF:       (SC)  I owe...

JR:       This is what we owe you as a legitimate company.
          That's why he meant, that he, remember you said (UI) 30
          days, (UI) every single day just a little bit, little
          bit, little bit, little.

UCA:      Oh I, I (UI).

JR:       And at the end of the month it's one check is fine
          because then you can show this check represents $1,000,
          $300.00, $5,000.00, (IA).

MF:       And the bank, and the bank's on my, my computer system
          so they're gonna see it all.

          (coughs)

MF:       And they know I'm getting ready to expand because my
          wife is so sick I have to, can't do hardly anything,
          but we were getting ready to expand.  So they know
          that, they were expecting, they were expecting to see
          my volume go way up, like it has in the past, and now
          it can.  And, but it has to be done properly and

                                13

245H-MM-82334

|      |                                                                                                                                                            |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | slowly.  You, you must have looked into my background a little bit.                                                                                          |
| UCA: | I, I (UI).  I don't, I ask ah... Genry says he trust ah... John, ah, and John...                                                                            |
| MF:  | 20 years.  20 years.  How, how long we go back, 20 years.                                                                                                   |
| UCA: | With John.                                                                                                                                                  |
| MF:  | And, and, and with our family.  So, and I've been at the same place for 18 years.  Same place.  You understand what that means, I, I've credentials that will allow us to do this, but slowly, slowly. |
| UCA: | (UI)                                                                                                                                                        |
| MF:  | Well we're go... we're working on that with John, but in the long run you need two, two or three ways to do this.  Not just one.  And, and, and I've been here, listen... |
| UCA: | (UI)                                                                                                                                                        |
| MF:  | I know companies right now that are doing this, that are doing 100,000,000 dollars a year, but they (UI)... over night.  I'm saying we can go further but it has to be done appropriately and slowly. |
| JR:  | (UI)... a little bit from here, a little bit from this per... little bit from there.                                                                         |
| UCA: | (UI)                                                                                                                                                        |
| JR:  | Yeah.                                                                                                                                                       |
| MF:  | Right.                                                                                                                                                      |
| UCA: | With you and (UI)... with you John and then with Henry.                                                                                                     |
| JR:  | Yeah.                                                                                                                                                       |
| MF:  | Correct.                                                                                                                                                    |
| UCA: | And um... ah...                                                                                                                                             |
| JR:  | And then (UI)...                                                                                                                                            |

14

245H-MM-82334

MF:      Old, old, old saying from grandmother, don't keep all
         eggs one basket.

JR:      Remember I told you that the other day.  That's an
         American expression.

MF:      Okay?

UCA:     Um-hmm.  But ah...

MF:      My grandmother was Sicilian.  John's grandmother was
         Sicilian.

JR:      Sicilian.

MF:      So, the grandmother said that.

UCA:     Okay.

JR:      Cause if you drop your basket, all your eggs break, but
         if you drop one basket, you still have eggs over here.

UCA:     Mmmm.  Okay.

MF:      See we're, we're teaching you American.

UCA:     American.

MF:      Expressions.

UCA:     Well in, in, in ah Russia is a saying.

JR:      Yeah.

MF:      (UI)... yeah.  It's, it's universal.

UCA:     In Russia you say you do not ah ah get ah your money
         (UI)...

         (background noise/knocking)

JR:      Right, exactly.

         (background noise)

JR:      (UI).

MF:      Ah, okay, you want to...

245H-MM-82334

(static around recorder)

JR:      (UI)...

UCA:     Ummm, (UI).

JR:      What do you need to go home, (UI) some of these.

UCA:     What is this?

JR:      This shows whether or not it's ah real.

MF:      Or counterfeit money.

JR:      Or counterfeit money.

UCA:     Oh.

JR:      Yeah, and all you do is this. Here, show him. If it's brown, if it's brown it's good.

UCA:     (UI)... brown.

MF:      Yeah.

JR:      Yeah, and if it's this color, it's good. Okay?

UCA:     And what color no good?

JR:      Black.

UCA:     Black.

MF:      And all these are probably gonna be good but we'll, see, it's good.

UCA:     Oh.

MF:      (UI)

UCA:     Where do you buy?

JR:      In um... Office Depot. Uh, Office Depot, the any place where there's office supplies.

UCA:     (coughs) Okay.

JR:      They're good to have. When you, when someone gives you, the easiest way, you just do this, just make one

16

245H-MM-82334

|      | little.                                                                                           |
| ---- | ------------------------------------------------------------------------------------------------- |
| UCA: | Oh, okay.                                                                                          |
| JR:  | And this way you can... and then when you take them one at a time you only see a little, little piece. |
| UCA: | I see.                                                                                             |
| MF:  | All right John, since you took that one, let's go ahead and do, (UI). Okay? (UI)                   |
| JR:  | (UI)                                                                                               |
| UCA: | Okay.                                                                                              |
| JR:  | See. (UI)                                                                                          |
| UCA: | You want to, huh?                                                                                  |
| JR:  | You gonna count?                                                                                   |
| MF:  | John, that's up to you.                                                                            |
| JR:  | Count one and see if they're all the same size.                                                   |
| MF:  | Okay.                                                                                              |
| JR:  | That's easy.                                                                                       |
| JR:  | (IA)  But this is one of the best inventions ever made.                                            |
| UCA: | Um-hmm.                                                                                            |
| JR:  | (UI) in the U.S. hundreds are good, 20's are bad.  You got to be very careful with 20's.           |
| UCA: | Um-hmm.  Ah... a hundred bad some time no?                                                         |
| JR:  | Yeah, but not as much as 20's.                                                                     |
| MF:  | 20's are counterfeited 100 times more than 100's.                                                  |
| UCA: | Hmm.                                                                                               |
| MF:  | And 10's are counterfeited 100 times more than 20's.                                               |
| UCA: | Oh.  (coughs)                                                                                      |

17

245H-MM-82334

JR:        There our bad 20's, but where they come from is not
           here, they come from overseas.  Iran, Iraq, places like
           that.

UCA:       I deal with ah ah so much money I, I can't have 10's,
           20's.

MF:        (SC/IA)

JR:        Yeah, no, right.

JR:        Now you know when you go home, make sure you get some
           pens before you go home.

UCA:       Oh, okay.

JR:        And then when you go home you're gonna say that John
           knew what he was talking about.

UCA:       (laughs)

JR:        I don't know if it works with foreign currency.  (UI)

UCA:       But I don't ah, I deal with United States dollars.

JR:        Oh.

MF:        It works (UI)

JR:        (UI)  A wonderful invention.  The guy who made this pen
           makes more money than everybody.

UCA:       Hmm.

JR:        Just like the guy who made the, the sticks, the sticky
           paper.

UCA:       Um-hmm.

JR:        He made more money than everybody.

UCA:       Hmm.

MF:        You know his son was ah (UI) you know sang in Bob
           Montgomery's church.

JR:        Um-hmm.

MF:        And, and his son was the one that, that ah, the, the

18

245H-MM-82334

son, the guy that made those sticky notes, he bought the church and con... and contributed the land and the church, just did it out of his pocket. That was that (UI) church that those guys got into. Ten million bucks, he just put it on the table like it was nothing. So them sticky notes is real good.

JR:     Yeah, they make, they do real good. In the old days you had to take it and...

MF:     Oh Jesus Christ.

JR:     Pain in the ass.

UCA:    Um-hmm.

JR:     Oh my God you can't, you can't do that now. See how quick this is though.

UCA:    Um-hmm.

JR:     When you go, when you go home, I'm sure you have people say, tell you to bring stuff.

UCA:    Souvenirs.

JR:     Souvenirs.

UCA:    Right.

JR:     What do they, what do they ask for the most? Jeans ah...

UCA:    No ah... ah... American dollars.

JR:     (laughs) Mickey Mouse ears, (UI).

UCA:    (UI)

MF:     Always for the kids.

MF:     (UI)... I'm done.

JR:     Okay, (UI).

UCA:    If um... if I ah... I spent a lot of time in, in Russia. And ah... took my partners ah... if ah... ah, if some time they maybe bring girl lot of ah girls sometime they ah, they, they sell you know (UI).

19

245H-MM-82334

|       |                                                                                                                             |
|-------|-----------------------------------------------------------------------------------------------------------------------------|
|       | Ah, and I call from Moscow and ask can you take half, half a million...                                                      |
| MF:   | Yes, yes.                                                                                                                    |
| UCA:  | ...and then, then you put.                                                                                                   |
| MF:   | Correct.                                                                                                                     |
| UCA:  | And then you put every month ah...                                                                                          |
| MF:   | I'm going to be getting a, a secured cell phone, I'll give you that number ah...                                           |
| UCA:  | A, a what?                                                                                                                   |
| MF:   | Cell phones leave certain types of trails, you're aware of that, electronic trails that cell phones leave.                  |
| UCA:  | Right, police listening.                                                                                                     |
| MF:   | Yes, correct.                                                                                                                |
| UCA:  | Okay.                                                                                                                        |
| MF:   | Um, I work, I was a Green Beret in Vietnam, I worked for the government a long time. I do not trust the government. The gover... my wife was... |
| UCA:  | (coughs)                                                                                                                     |
| MF:   | My wife is dying a little piece at a time now because of the government. If they would step in and help with the medical bills I'd be in good shape, I owe a quarter of a million dollars in medical bills, and my wife's been eaten alive. So I have, you understand what I'm saying. That doesn't happen in other countries, you know they try to take care of their own. Ah... |
| UCA:  | You don't have ah... insurance?                                                                                             |
| MF:   | Yeah, that's over and above the insurance. She's been in the hospital since August of last year.                           |
| JR:   | Yeah, nursing homes are very expensive (UI).                                                                                |
| MF:   | She had first brain, then heart, now they're gonna take her leg. It's like (UI). (UI) So when you ask me that's yes, um... I'll be glad to do that, as we get to |

Defenda    s Proposed Transcript

| | |
|---|---|
| FILE NUMBER: | 245H-MM-82334 |
| DATE OF TAPE: | APRIL 13, 2000 |
| TIME OF TAPE: | 2:45 P.M. |
| TAPE NUMBER: | 31 |
| TYPE OF TAPE: | MICRO CASSETTE |
| TRANSCRIBED/TYPED BY: | EILEEN T. HOUGHTON (HRA) |
| CASE AGENT: | SA RONNALYN CRAIN (OC-3) |
| REVIEWED BY: | DET. PETER SMOLYANSKI |
| DATE TYPED: | MAY 2, 2000 |

PARTICIPANTS:        MF  -  MICHAEL FULLER
                         JR  -  JOHN RAFFA

ABBREVIATIONS:     (UI) - UNINTELLIGIBLE
                     (PH) - PHONETIC
                     (IA) - INAUDIBLE
                     (SC) - SIMULTANEOUS
                              CONVERSATIONS

245H-MM-82334

My name is Gregory M. Vecchi.  I'm employed as a Special Agent, with the Federal Bureau of Investigation, Miami, Florida.  Today's date, April 13, 2000.  The time is approximately 11:30 A.M.  Case number will be 245H-MM-82334.  After the ah, anticipated arrest of ah, subjects John Raffa and Michael F. Fuller, ah, they will be placed into a vehicle for any subsequent ah, unconsensual monitoring of any conversations they may have once they are in custody ah within the police car.  I'll be turning the tape off and I'll turn it back on after the arrest has been effective, ah effected in they are in place.

(Background noises - UI talking)

Agent:    (UI) still grab my card.

Agent:    Yeah.

JR:       Can I ah, get these off from behind me?

Agent:    Ah, probably when we transfer cars.  (UI) you have to ask (UI).  Here it is (UI).

(Background noises  barely audible voices)

Agent:    Ah 2:45 now I guess.  Let's get (UI).

(Background noises)

(UI talking)

JR:       You know all that shit about ah.  You know, how I know a guy it sounds like (UI) it's bullshit. I was fuckin' lying.

:         (UI)

JR:       I, I was making myself look big so that this guy didn't come back and try and kill us.

MF:       Of course.  Of course.

2

245H-MM-82334

JR:     You know I didn't, you know I didn't have
        anything in place.

MF:     (UI) these guys, these.  Apparently (UI).

JR:     Yeah, but I can't give them Henry cause I don't,
        I don't got that much.

MF:     Okay.

JR:     I'd give him up in a heartbeat.

MF:     Oh, for sure.

JR:     It don't make a difference.  And you know you.

MF:     Yeah.

JR:     I mean you know, the guy's a prick.  He put me in
        a bad spot.  All ah, I was trying to.  You know
        ah, you do something for the guy, okay, and I, I,
        and you ah, you're in a bad situation with your
        wife and trying to save your business and yeah,
        okay.  I was trying to give you a one shot deal
        and you're done. You know.  I was just.

MF:     You were helping me.

JR:     Right.  This fuckin' Henry guy he's (UI) into a
        world of shit.  And I'll give 'em anything they
        want on Henry it's.  Whatever I can get, I'll
        give 'em.  So.

MF:     Like I told the guy.  If Henry walked in right
        now, I wouldn't even recognize him.  I never
        (UI).

JR:     What, did you meet him a couple times?

MF:     Yeah, (UI) wasn't that ah, you know, (UI) try to
        put that travel club together.  And he wasn't
        even (UI) he just came and said hi and left.  And
        ah.

3

245H-MM-82334


JR:       And then once we ah, trying to get ah, your
          girlfriend we were still, ah, you know, (UI)
          that's it.

:         (UI).

JR:       I mean, I mean I don't even remember half of
          that.  I told him to, a couple of times now,
          that's all.

          (Background noises)

JR:       And they're looking at me like I'm crazy and I
          said you know, I wasn't, I, I really wasn't
          getting anything out of it.  They said well why
          you doing it.

MF:       Well I, I told 'em that was the truth, I told
          them that was the truth.

:         (UI).

MF:       They asked me, I said I was gonna get twenty-five
          percent because that was the normal collection
          fee.  And ah.  Then I was only gonna give you a
          couple hundred and that's just nothing.

JR:       Right.

MF:       He asked what about Henry and I said I don't
          know.  I wasn't the only (UI).  He trying to help
          me out cause my wife won't end up being eaten
          alive in a nursing home.

JR:       Well you know I didn't (UI).

MF:       Right.  So we're in a world of shit.  (UI) I tell
          ya.  But I know this is (UI).  It's ah (UI).  And
          foolish me, I thought this guy was gonna kill us.
          So then (UI).  If it's the other way around, and
          I said well no I.  He said it would have been
          (UI).  I said no.  (UI) I was paranoid (UI).

4

245H-MM-82334

JR:    **Ah huh.** This is why I gave him the whole bullshit story. I was paranoid the guy was gonna fuckin' kill me as soon as I walked in.

(Pause in conversations)

MF:    (UI - too low) They asked me if you lent me money to help (UI). And I said absolutely not. He didn't have any to lend me.

:    (UI).

:    Yeah.

:    **Yeah.**

MF:    I explained to him about the losses, how the business caved in. And (UI). (UI) I been trying to avoid what else is gonna happen. (UI) but there's no way that I can take care of Irene in the nursing home with all this going on.

:    (UI).

(Pause in conversations)

MF:    You're absolutely right John. We both had second thoughts. I go out to the hospital and I see Irene, I cry, I puke.

JR:    Yeah, to be honest with you (UI). I wasn't going to stick around for the business deal anymore so.

MF:    I can tell you were really nervous. So was I. Any when the other guy came in I said I thought they were gonna get us when we walk out. (UI).

JR:    Right.

MF:    But I played his (UI). I said I'm gonna fuckin' end up dying here. And fuckin' **saying.** I just had visions of some sort of rip, rip-off (UI).

245H-MM-82334

JR:     Right.

MF:     Against us.

JR:     Against us. (pause) Well that's why you were
        going to put this in place then do it
        legitimately.

MF:     Yeah.

:       And if you want me to (UI).

MF:     Well you never know. And they asked me who are
        the people that are going to buy all these money
        orders coming in. I said I have, I was gonna do
        that myself.

JR:     Right.

MF:     I was trying to make myself look bigger.

JR:     Right.

MF:     And he said well why weren't you gonna do it all?
        I said I didn't know what to do with it.

JR:     Yeah.

MF:     That's the truth. I didn't know what to do.

        (pause in conversations)

MF:     Well I didn't know what a hundred grand looked
        like that's why I got the big suitcase. (laughs)

JR:     Yeah.

MF:     (laughs) Oh God.

JR:     Yeah, I guess I have (UI).

MF:     I would assume they need heavy (UI). The
        Kiwanis, I know, the bail bonds guy. (UI). I
        would assume (UI).

6

245H-MM-82334


JR:       My wife is . . . she's going to totally fall
          apart.

          (Doors opens and shuts)

MF:       (UI) everybody (UI).

          (Pause in conversations)

MF:       Hummm.  So they're doing the operation I ask the
          guys if they could call in and find out if Irene
          passed away or something.  (UI).

:         (UI)

:         I like (UI).

:         That's really (UI) start asking (UI).

:         No I got that (UI).

JR:       (UI).

MF:       John, emotionally we've supported each other
          emotionally.  You can't ask for a better friend.
          My wife is dying.  You tried to come to my
          assistance ah.  We're trying to do right by her
          but that, you know, that put us in this situation
          and it's just destroyed both of our lives.

          (Pause in conversations)

MF:       So obviously Henry is the focus of this (UI).
          But I could never (UI) he seems like a very
          innocuous guy.  Kind of short and stocky.

          (Pause in conversations)

JR:       This hurts.

245H-MM-82334

MF:     Yeah, I know.  I started having ah, pressure on
        my chest.  (UI) he gave me (UI) medication so.
        (UI).  And he explained to me that I'm gonna go
        to Broward (UI) here.

JR:     Yeah.

MF:     And (UI).  Elian Gonzalez is.  Ah, bad things I
        guess are happening in Miami.  So everybody that
        would be available to do the magistrate (UI) is
        down there trying to (UI) the law.  They can't
        even get us to go to jail.

JR:     I don't think they're gonna get us to go home and
        how bad (UI) small chickens.  Trying to get . . .

MF:     You know I (UI).

JR:     . . . trying to get a life back together.

MF:     Again, I think these guys know that.  But they
        got a job they gotta do.  If (UI) they treat us
        both with respect, try and do the same back to
        them.  (UI).  I'm sure that ah, we're not the
        people they're looking for.  They probably don't
        know anymore than what the hell to do with us
        than the man in the moon.

JR:     Except we're (UI).

MF:     Well that's we participated in that,
        unfortunately (UI).

JR:     Yeah.

MF:     Yeah, your right.  And the pisser is that Irene
        is going to be left at a fuckin' concentration
        camp.  I mean.  What else is a Medicaid nurses
        home.  She can't move, she can't talk.  I would
        be there as her advocate.  (UI) is too far away.
        And her doctor's too far away.

JR:     (UI) help each other (UI).

245H-MM-82334

MF:     Correct.  Correct.

        (Sighing)

        (Background noises)

MF:     So do you have any vesting John?

JR:     Yeah, I have a pension.

MF:     Well that's one thing.  It's something.

MF:     John, we're both intelligent, hardworking guys
        when we get on the other end of this we'll, we'll
        figure out something.  It ain't gonna be easy but
        we'll figure out something.  John, there is ah,
        and I mean seriously, there is a huge market
        right now as the economy begins to go sour.  And
        there's cars, and trucks and everything that are
        going away.  We probably could make as much money
        doing locations as, as we're currently doing
        right now.  Business is skip locations on, on
        lost cars (UI) get a percentage of.  So I mean
        there's, there's ways that we can you know, work
        down the road.

JR:     Nah, I just hope I can get my pension.

MF:     And so.  (UI) it's best that we (UI).

        (Pause in conversation)

MF:     And of course they, you know, they have to be
        skeptical of everything that, that they see.  But
        I think that they, they've seen enough to realize
        that it is what it is.  (pause)  And what I was
        worried about was the (UI).  She had that
        operation today and she (UI).  (UI).  You know.
        And (UI).  (UI).

JR:     (UI).

        (UI conversations - too low)

245H-MM-82334

MF:     (UI) if I got over here and maybe we could like
        scootch a little bit.  Give yourself a (UI) does
        that help?

JR:     (UI).

MF:     Does (UI) that John?  (UI)?

        (pause in conversations)

JR:     The thing is I wasn't even gonna take it.  I was
        gonna say here Mike (UI).

MF:     Right.

        (pause in conversations)

JR:     And I didn't even - didn't even want it.  But
        they kept saying take it, take it, otherwise I
        would've been saying no, no, no.

MF:     Yeah.  I know you (UI) did this John for Irene so
        she wouldn't have to (UI).  (UI).

        (pause in conversations)

JR:     We can't get bailed out tonight (UI)?

MF:     No.  Cause it's.  Whatever happened with Elian
        Gonzalez, did something really weird in Miami.
        Cause normally people don't (UI) explain (UI) to
        Miami.  And (UI) the magistrate and (UI).  (UI).
        Ah, (UI).  We can't, we can't be (UI).  (UI)
        eventually we'll be taken to the Broward County
        Jail.

        (pause in conversations)

MF:     Since I (UI) set up (UI) what I can do is to.
        We're gonna need (UI) and so (UI).  (UI) do it
        (UI) I mean it's not (UI) but you gotta (UI).

JR:     (UI).

245H-MM-82334

MF:        I don't know.  I don't know.

JR:        I've never been in trouble before.

MF:        It depends (UI).  And I told 'em the truth (UI).
           You know that's gonna (UI).

JR:        And I expected to (UI).

           (Car door opens, car buzzer heard)

           (Background noises)

:          Mr. Raffa, we're gonna move you out, okay?  (UI).

           (Background traffic noises heard)

:          (UI) right here.

:          That's all right (UI).

           (Door shuts – background noises)

:          It's 3:05.  Ahhh.

           (END OF TAPE)

Defendant s Proposed Transcript

File Number:          245H-MM-82334

Tape Number:          #34

Date of Tape:         April 13, 2000

Time of Tape:         4:00 - 4:45 p.m.

Type of Tape:         Body Recorder

Case Agent:           SA RONNALYN CRAIN/OC-3

Reviewed by:          DET. PETER SMOLYANSKI

Transcribed/
Typed By:             MARY LOU TAYLOR/HRA

Date Typed:           May 2, 2000

Participants:         UCA: Undercover Agent
                      HM:  HENRY HARRY MCFLIKER

Abbreviations:        (UI): Unintelligible
                      (IA): Inaudible
                      (PH): Phonetic
                      (SC): Simultaneous Conversation

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

245H-MM-82334

         (UI) fucking (UI)

(Shuffling.)

(Zipping.)

(Shuffling.)

         Okay, you call me?

(Cough.)

         Try not to stay on the phone, so we can call you.

(Beep.)

         Okay, he's walking in now.

(Pause.)

(Exiting car, closing door.)

(UCA walking.)

(Background voices.

UF:      Is Henry back in?  He just walked back in, will he be in?

(Background voices.)

UF:      He what?

         (UI)

UF:      Oh, here he is, never mind (UI)

HM:      Hello Alex, how are you?

UCA:    (UI)

(Walking.)

HM:      Uh-huh.  Good.  This you can (UI)...

         Yeah, that's fine, that's not a problem.  That's not a problem.  (UI)  How are ya?

         Okay, okay.

2

245H-MM-82334

      (UI)

HM:     No, he wants to take it home tonight.

      (UI)

HM:     Yeah, oh yeah.

      Yeah.

HM:     (UI)  Okay?

      So, you're running around, you're going, you're going
home tomorrow?

      (UI)

(Laughing.)

      (UI)

HM:     (UI)

(Walking.)

(Conversation UI.)

HM:     Yeah, you can leave it here.

      Okay.

(Walking.)

(Pause.)

(Beep.)

UCA:    Hello Christina, hello Christina?  Okay.  He's ah, his
office is ah, ah...as you go in right, all right to the
right of several international clocks, large
international clocks.  Big clocks, okay like a, I think
one says Belgrade, one says ah, whatever, different
cities under each clock.  I think it says, yeah.  Yeah,
like ah, I think one says Belgrade, one says, ah,
whatever, different cities under each clock.  I think
it says, yeah...

(Pause.)

UCA:    No, it's, it's, it's, that's, that's easiest.  I go to

245H-MM-82334

the, to the left and (UI) receptionist, in the meantime
you go to, you'll, you'll see a large (UI)...  Okay?

(Pause.)

UCA:    No.  (UI)

(Walking.)

UCA:    (Coughs.)

(Pause.)

HM:     I called my friends in South Africa.

UCA:    Okay.

HM:     Ah.

(Noise on tape.)

HM:     How are you doing?

UCA:    Oh, okay, ah...

HM:     (UI) driving me crazy.

UCA:    ...I uhm...I had a meeting, meeting with ah John and  I
        think, I, I counted a hundred and five thousand (UI).
        I give a hundred to John and a hundred to...

HM:     To Michael?

UCA:    To Michael.  Ah...

HM:     I was, I was, with John I'm okay, with Michael I don't
        know.  I don't know.

UCA:    Okay.  I, I try.  I try.  If I lose, I ah...

HM:     Yeah, but...ah...

UCA:    Okay.

HM:     You have instructions where the money is to go?

UCA:    Ah, yes, I uhm...

HM:     Cause I have a whole file.  What I'm doing is I'm buying
        parts for Elona...

4

245H-MM-82334

UCA:        Okay.

HM:         ...and as she's selling them I'm wiring the money to
            you. I have a whole contract, everything for her.

UCA:        (Coughs.) How ah...how ah...ah, fast can you ah, move
            now.

HM:         Well...50 you have to leave for six months.

UCA:        Okay.

HM:         You understand that.

UCA:        Yes.

HM:         It's for the visa.

UCA:        For the visa, okay.

HM:         The other 50, I can move...next week I move five. Next
            week another five. I can't move much, but I can move
            to show that there is room in all the time so you could
            always have in and out, in and out. I cannot put in 50
            in Elona's account and write 50. I have to show that
            she's selling part, something constantly moving.

UCA:        Okay.

HM:         Constantly. Let's say...next Wednesday we do 4200...

UCA:        Uh-huh.

HM:         ...ah, Friday we do 2700...the following Monday we do
            1400, so it looks, it looks like we're busy.

UCA:        Uh-huh.

HM:         Okay. So, we can move in and out, in and out. So...
            If you tell me I need the full 50 in and out, you tell
            me how you wanna do it.

UCA:        I ah...ah, ah give you ah, ah bank ah, name and ah, and
            the number...

HM:         Uh-huh.

UCA:        And ah, you just transfer money to, to the bank.

HM:         Okay.

5

245H-MM-82334

UCA:    In the Cayman ah, Islands, that's all.

HM:    Do you wanna use Cayman?

UCA:    I use Cayman, I use Bahamas, and I use ah, ah Island...

HM:    Channel Islands.

UCA:    ...Island of Man.

HM:    I prefer to do it through Island of Man if you can...

UCA:    Island of Man?

HM:    Give me all three.

UCA:    Ah...

HM:    It looks better.

UCA:    ...but...it is difficult to, if I know that, you...

HM:    But you do.

UCA:    ...send money to one bank and I count because I need...

HM:    No, because what I, the guy, what I do, because you have other people sending in money.

UCA:    Yes.

HM:    What I will do is I will, I can't do it by fax, but I will...be able to fax your actual sales...parts sales...

UCA:    Okay.

HM:    ...and the amounts.

UCA:    And...

HM:    Or you can even call me from Moscow, and I'll tell you Elona sold 5,000 Friday, 7,000 you know next day. So you could always have a record so you know from the first 50 you got 42 already.

UCA:    Uh-huh.

HM:    Cause it's hard for you because you must have...

6

245H-MM-62334

UCA:    Yeah.

HM:     People helping you on it.

UCA:    Yeah, I, I... If you ah, tell me ah, I send ah, 4200
        ah, Friday, ah, to Island of Man...

HM:     Island of Man is better for me.

UCA:    What, why?

HM:     Uhm, cause I could use South Africa.  I could use
        England.  I could use Canada.  I don't have to use,
        Cayman Islands everybody watches.

UCA:    That ah...we do business for...a year.

HM:     Okay, but no, but no miracles.

UCA:    No miracles?

HM:     I don't care, whatever you want, that's fine.  Well
        what, which ever is easier for you.

UCA:    (Sighs.)  I use ah, I, Isle of Man for ah...

HM:     European.

UCA:    Europe, European.

HM:     Okay.

UCA:    I like to use ah...Cayman Islands for...

HM:     (SC) Do you ever, are you, you're corporate, right, you
        use it...

UCA:    No.

HM:     No.  Individual?

UCA:    Well it's ah, it's a, a...a...off-shore corporation.

HM:     Yeah, yeah, but it's corporations so when we wire
        transfer it'll be to XYZ Companies.

UCA:    Off-shore corporations.

HM:     Yes, **that's** what, ah, the remains of the corporation,
        or you have the information:

7

245H-MM-82334

UCA:    No, I, I'll, I'll give you all the information.  Uhm...
        And, and now if you can fax ah, to (UI), you're sending
        ah, 4700 dollars.

HM:     I'm gonna call you.

UCA:    Call me.

HM:     Cause I don't want the record.

UCA:    Okay.  You speak a little Russian or no?

HM:     Ah, I don't (UI).  My family came from Poland.

UCA:    From Poland.

HM:     Okay.  So I speak Polish.

UCA:    Okay.

HM:     Cause my father and mother used to speak Polish when I
        was a little boy...

UCA:    Yeah.

HM:     ...and, and so I understand Polish and many words,
        okay, so I can understand...ah, in ah, in Russian, and
        then...I have many Russian clients.

UCA:    Oh, okay.

HM:     Okay, so uhm...I have ah...in the last...nine years I
        have many Russian clients (UI), I learned the odd words
        but see but (UI) you know...

UCA:    Yeah.

HM:     ...these, the usual ah, the usual ah...  So where's
        your home?

UCA:    I live in Moscow and Kiev.

HM:     Oh, you told me, the Ukraine, Kiev is the...

UCA:    The Ukraine, the Ukraine are two different countries
        now.  But before it was ah, ah, ah Soviet ah, Union.

HM:     How come you're not here?  You could be if you wanted
        to.

8

2451I-MM-82334

UCA:     I could, yeah.  I, I...

HM:      But you don't want to.

UCA:     ...I, I travel everywhere and I wanna stay, my business
         is, is in Russia.

HM:      I know.

UCA:     So...so I ah...

HM:      How do you bring the money in?

UCA:     Ah, I ah...bring those from Russia...

HM:      Right.

UCA:     ...we put them to (UI)

HM:      Do they pay you in (UI)

UCA:     And they pay here in dollars.

HM:      Okay.

UCA:     And also...

HM:      But how do you do the girls.  Do you...

UCA:     I bring the girls, two (UI)

HM:      (UI)

UCA:     Two or three...and ah...

HM:      (SC) Two or three...

UCA:     ...they prostitute and...

HM:      Have they, they come to me because I have Elona work
         three or four places.

UCA:     Ah, they don't want to...

HM:      (SC) And just...

UCA:     ...I take her pass, passport.  I don't want her to stay
         here.  They work for a month or two, they go back.

HM:      Yeah, okay.

9

245H-MM-82334

UCA:     And ah, and also, ah, is ah, I ah, ah tell you before.
         I don't ah, touch narcotics.  I, I finance deals, the
         Russians if they need to buy cocaine, I finance.  But I
         don't touch.

HM:      I see.

UCA:     I finance cocaine and that's, that's, that's it.  But
         ah... no touch drugs or, or ah...or guns.  Uhm, and
         ah...

HM:      John said to me, what does ah, what does Alex look
         like.  I said like me.

(Laughing.)

HM:      But younger.

(Laughing.)

UCA:     I, I, I, I think you younger.

HM:      I'm 54.

UCA:     54?  No.  I'm younger.

HM:      You're younger.

UCA:     Yeah.

(Laughing.)

UCA:     I'm younger.

HM:      You have too many girls.  That's the problem.

UCA:     That's the problem but if you want some I can ah...

HM:      Well give me one.

UCA:     ...I could give you some.

(Laughing.)

HM:      Uhm...

UCA:     It's ah...

HM:      ...are you an organization or are you...

10

245H-MM-82334

| | |
|---|---|
| UCA: | No, yes.  Yes, I ah, part, partners and the we're together. |
| HM: | Yeah.  All right.  Cause what I'm trying to do. |
| UCA: | (Clears throat.) |
| HM: | I'm nervous about Michael, which I told you.  I don't stand behind him. |
| UCA: | I try if he wants... |
| HM: | I don't stand behind these guys... |
| UCA: | Right. |
| HM: | ...okay?  Now, but if you want me help him, I'm not sure I can get for the first time (UI) |
| UCA: | Okay. |
| HM: | I am not charging you for the first time, not one cent. |
| UCA: | After, how much? |
| HM: | What can you do? |
| UCA: | I paid ah, ah, five to ten points.  But he, Michael wants twenty-five points. |
| HM: | I know. |
| UCA: | And, and John... |
| HM: | And you paid that. |
| UCA: | ...ah, on the first one hundred thousand, wants fifteen points.  So, it's too much. |
| HM: | So with me, is very clean.  (UI)  I, I'm not, I don't do this.  If I do it I mean, I got a hundred million dollars in this building you know. |
| UCA: | (Coughs.)  But... |
| HM: | But if I can make a few cents I deal in millions of dollars and it's all wire transfers, it's all international, it's all (UI) |

245H-MM-82334

| | |
|---|---|
| UCA: | Okay. |
| HM: | See I'm scared of the little guys.  I'm scared of the independent guys.  You're not here, okay. |
| UCA: | Uh-huh. |
| HM: | Uhm...uhm... |

(Pause.)

| | |
|---|---|
| HM: | But I could do some numbers for you. |
| UCA: | How much.  Tell me how much? |
| HM: | I could do a couple hundred a month. |
| UCA: | Couple hundred thousand a month? |
| HM: | Yeah. |
| UCA: | Ah...at two and a half million dollars per year.  Okay. |
| HM: | But ah, I gotta take a (UI) |
| UCA: | Okay.  And I need to know... |
| HM: | I may need you to open an account in Canada. |
| UCA: | In Canada. |
| HM: | Yeah. |
| UCA: | Why Canada? |
| HM: | Why not? |
| UCA: | I never do business in Canada. |
| HM: | Yes, but I can move money for you, we can use a check or we can (UI).  I can make you legal in America you know.  If you want. |
| UCA: | Yeah, but then I pay taxes, I don't wanna. |
| HM: | Yeah, but you also have costs. |

(Pause.)

| | |
|---|---|
| HM: | I mean I don't care, I'm just saying ah, let me do your |

12

245H-MM-82334

                hundred for you, okay...

UCA:        Okay.  Let me tell...

HM:         ...and let's see how it works...

UCA:        Let me tell my ah...(UI) money.

(Beep.)

(Pause.)

UCA:        Hello ah, ah (Speaking Russian).  Yes.

HM:         I have, to give you an example...

UCA:        Can you call me...ah secretary tell (UI)

(Pause.)

HM:         See I have contracts you know.  And I bought a hundred
            thousand dollars.

            Hello.  Yeah.  Uhm, I have somebody coming in here, a
            gentleman will be coming through the front door.  Would
            you escort him to my office.

            What's his name?

UCA:        His name is Sasha.

HM:         Sasha.

UCA:        Thank you, bye-bye.

(Hangs up phone.)

HM:         So, what I'm saying ah, if we do a little business, let
            me figure out how to do it so that you're comfortable,
            I'm comfortable, you know.  I'll do the hundred, I don't
            want any money.  Okay?

UCA:        Okay, but how much money, because I need to talk to
            partner.

HM:         Let me, let me go ahead and do this and then I'll let
            you know.

UCA:        Okay.  But not too much.

                                    13

245H-MM-82334

HM:      I'm looking about 20.

UCA:     At 20.  20 points.  Huh.

HM:      Think about it, okay?  I mean I know...

UCA:     Okay, but I, I...

HM:      ...if, if you do get, if I find a way that it's easy,
         okay?  And that I, and...and if I could do better with
         pleasure, okay, I don't need it.  Okay, that doesn't
         mean much to me.  20 - 30,000 dollars is one sale of
         one part today.  Okay?  My, I have salesmen here, they
         sold that much in you know, on one part.

UCA:     Well, yes.  Ah...Okay.  But ah, if you can move ah...
         200 ah, hundred thousand a month, ah...

HM:      To Canada is easy.

UCA:     To Canada?

HM:      Yes.

UCA:     What, my ah...

HM:      Through Canada is really easy.  I, we'll talk about
         that.

UCA:     I need my clearance, I need ah, to maybe bring back to
         United States...

HM:      Yes..

UCA:     And buy property here or buy something or, I don't want
         any ah...ah...ah...questions.  Ah, you, you understand
         what I say?

HM:      Yeah.

UCA:     Uhm...if we can ah, if you can ah move better than
         John, John says two ah hundred ah fifty...

HM:      A month.

UCA:     A month.

HM:      Let's see how he does.  You don't need me.  Let me do
         this.  Okay?

14

245H-MM-82334

UCA:     Okay, but I can, you know...

HM:      (SC) (UI) You don't need me.

UCA:     I'm not, I'm not, I'm not ah, ah...you know I can, if he move that...

HM:      Let him do it.

UCA:     Okay.

HM:      Let him do it.

UCA:     But if he, ah, but if he can do and you can do, and ah, he says do not put all your ah, eggs in, in one ah...

HM:      Basket.

UCA:     ...basket, yes.

HM:      Yes.

UCA:     So...

HM:      Let John do it.  I'll, I'll stay out.  Okay?  I need this to do Elona's visa.  It shows and investment, you're gonna get your money back and then you're fine. You see how John does.  And if there's...anyway I can help you, fine.

UCA:     Okay.  All right.

HM:      I'm there for you.  If I can help you fine.

UCA:     Okay.  Ah...and if I call from, ah, Moscow and say ah, and say ah...

HM:      You need to talk to me, that's all.

UCA:     Okay.  And I say Henry ah I have friend, he goes you will ah, stop by and ah, do business and then you know it from (UI)

HM:      Yeah, that's fine, that's fine.  That you know, ah, not a problem.

UCA:     Okay.

(Knocking on door.)

15

245H-MM-82334

HM:      Come in.

UCA:     Ah, ah, (speaking Russian).

UCA:     Okay.  (UI) Put it there.

(Pause.)

         (UI)

UCA:     Huh?

HM:      You need the security.

UCA:     Oh yeah, I ah, I no want like bring money all the time.
         I don't want to ah...I, I don't have...John know I don't
         have this.

HM:      (UI)

         Yeah.

UCA:     Ah...So ah...

HM:      Tell me about Skobeltsyn.

UCA:     Ha-ha.  Ah...

HM:      What's the story here.  I got him the visa you know.

UCA:     You got visa for Skobeltsyn?

HM:      Yeah.

UCA:     Uhm...  Ah, Skobeltsyn ah, from ah, from Nizhniy
         Novgorod...

HM:      (UI)

UCA:     That ah, ah...ah...we had ah...a fight.

HM:      Okay.  He came in here one day and says get me a visa.
         Somebody recommended me.  I got him a visa like that.
         And then...I said get your visa stamped, get your green
         card...he didn't know.  I don't know what he did with
         it.  He went and bought some clubs and he got into
         trouble.

UCA:     Uh-huh.  Well...ah...he, he you know, he in Moscow he
         got problems.  He hiding, people looking...

                                16

245H-MM-82334

HM:        (UI)

UCA:       Yeah...

(Shuffling.)

(Pause.)

HM:        That's the (UI)...Guatemala.

UCA:       What was in (UI)

HM:        When I was in, in Guatemala, I still, my friends over
           there.  And the had all the Army (UI).  They were
           selling them Israeli rebels in Israel.

           Yes.

HM:        And they had to sleep with girls...

(Laughing.)

HM:        (UI)

UCA:       (Coughs.)

(Door closes.)

(Pause.)

(Phone ringing.)

HM:        Okay, I need to know where it's going.

UCA:       Uhm...

HM:        I just want you to see.  This is Elona's company.

UCA:       Uh-huh.

HM:        It's called Rosoto (PH) Agency.

UCA:       Uh-huh.

HM:        Rosoto Agency.

UCA:       Uh-huh.

HM:        And it shows that she bought a hundred thousand dollars
           worth of inventory.

17

245H-MM-82334

UCA:        Uh-huh.

HM:         Okay, it, and...

HM:         You can have a copy of that.

HM:         I don't count, I trust you.

UCA:        Oh.

HM:         I trust you.

UCA:        Okay.

(Sounds of giving money.)

UCA:        If I make mistake, you tell.

HM:         Yeah, yeah.

HM:         How fast do you want this.  (UI) back to you (UI)

UCA:        Ah...

HM:         As far as she, her parts are gonna sell every, every
            couple of days.  So...it's constant.

UCA:        All right.

HM:         Tuesday, like, like...

UCA:        Yeah.

HM:         (UI)

            Let me give you a copy of that.

UCA:        Okay.

UCA:        Okay, ah...(speaking Russian).

HM:         (UI)

UCA:        No, no, (speaking Russian).  Okay?

            Not me, no, all right.

            Okay?

UCA:        Right, right, okay.

18

245H-MM-82334

(Pause.)

UCA:        Okay.

(Pause.)

(Beep.)

(Door closes.)

HM:         Do you want a copy of this or you don't care?

UCA:        Ah...

HM:         This is a contract for the embassy purposes.

UCA:        Uh-huh.

HM:         Everything is clean.  See.  And this is for her.  I
            needed her to come in and sign her copy.

UCA:        Okay.

HM:         Okay?

UCA:        Okay, ah, I'm Sergeant ah, (UI) with the FBI.    (UI)
            you want to go with me....(UI)

HM:         (UI)

            Special Agent (UI)

UCA:        Okay.

            Yes.  You are currently under arrest.

UCA:        He has no weapons on him.

            Do you have any weapons on ya?

UCA:        No.

            Any narcotics, anytime...

End of tape.

**UNITED STATES v. HENRY HARRY MCFLIKER, et al.**
**00-6181-Cr-HUCK**

DATE:                APRIL 10, 2000

TIME:                4:20 P.M. - 5:00 P.M.

TYPE:                MEETING - HILTON HOTEL

PARTICIPANTS:        SPECIAL AGENT DANNY ABEECH
                     MICHAEL FULLER
                     JOHN RAFFA
                     SERGEANT PETER SMOLYANSKI
                     WAITER
                     UNKNOWN MALE (U/M)
                     SPECIAL AGENT RAND GLASS
                     SPECIAL AGENT

LANGUAGE(S):         ENGLISH

REFERENCE:           TAPE NUMBER 18

---

                     [Shuffling sound]

                     [Zipper]

S/A ABEECH:          Today is Monday, April 10th, year 2000, approximately 4:20 p.m.,
                     having a undercover meeting at the Hilton Hotel at the intersection of
                     Griffin Road and Interstate 95 in North Hollywood, Danny Abeech.

                     [U/I conversation]

                     [Shuffling sounds - Car door - Walking sounds - Sound of waterfalls]

FULLER:              Hi.

RAFFA:               Michael.

FULLER:              Michael.

                     [U/I conversation]

FULLER:              We get some coffee and.

April 10, 2000                                         U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                                  00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                    (U/I) juice ah, soda?

SGT. SMOLYANSKI:         Uh, uh, diet Pepsi-Cola?

WAITER:                  Diet Coke?

RAFFA:                   Okay.

SGT. SMOLYANSKI:         Okay.

RAFFA:                   That works for me.

FULLER:                  Orange juice.

WAITER:                  Orange juice, all right.

RAFFA:                   We need to go outside.

FULLER:                  Yeah, we'll go outside.  We'll, we'll take the drinks.  There's a pool
                         bar out there, we'll go out there.

RAFFA:                   You know what.

FULLER:                  John, forget it.

RAFFA:                   There's a pool bar out, isn't it?

FULLER:                  We'll go outside.

                         [Shuffling sounds]

RAFFA:                   Disney was cold, huh?

SGT. SMOLYANSKI:         It was uh, real cold, yeah.

FULLER:                  When it's cold, there's less people.

SGT. SMOLYANSKI:         Like numb, it's cold (U/I).

2

April 10, 2000                              U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                       00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:                  I, I was raised up on the Canadian border, so. Real cold up there too.

SGT. SMOLYANSKI:         Ah, but ah, where we're going?

FULLER:                  We're gonna go Canadian border soon.

                         [Voices in background]

FULLER:                  I have a lot of friends that live in Helsinki, so I know I know cold
                         weather there. Beautiful during July and August and June.

SGT. SMOLYANSKI:         Ah, it's uh, uh, in Russia also.

RAFFA:                   You live around Moscow or St. Petersburg?

SGT. SMOLYANSKI:         Ah, Moscow and Kiev. And Kiev.

RAFFA:                   Ah, yeah, beautiful.

FULLER:                  (U/I) an exchange student ah, thing over there for ah, six months,
                         (U/I) family (U/I). Tried to learn the language. (U/I).

                         [Pause in conversation]

                         [Sound of walking]

WAITER:                  Coffee, coffee John?

SGT. SMOLYANSKI:         Uh.

FULLER:                  Soda.

SGT. SMOLYANSKI:         Soda, uh.

WAITER:                  Diet soda. (U/I).

FULLER:                  Coffee.

                         [Shuffling, cracking sounds]

3

April 10, 2000                                    <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                      Let me just. Let's just try and put each other at ease.

SGT. SMOLYANSKI:            I ah, I ah, I don't know people here and ah, ah, I know ah, ah, ah
                           Henry (U/I).

RAFFA:                      Well let me explain. We're very honest businessmen. We know, we
                           know how to take care of things, and we also have very high respect.
                           Ah. When we go into a business venture, we never, we never hurt the
                           people that we're talking to. Because everybody wants to make
                           money here. You can't make money when you fuck your partner.
                           You only make money when you kiss your partner.

SGT. SMOLYANSKI:            I'm sorry, but ah.

WAITER:                     Hi, how're you doing?

FULLER:                     Very good. Hi, Tony.

WAITER:                     What can I get for you all?

FULLER:                     Oh, coffee, by any chance.

WAITER:                     Unfortunately, no.

FULLER:                     (U/I).

WAITER:                     Yeah, they shut down the restaurant and closed everything up and uh
                           (U/I).

FULLER:                     Uh, orange juice?

WAITER:                     I have yeah, sodas or juices, full bar of course.

SGT. SMOLYANSKI:            Uh, uh, diet Pepsi-Cola.

WAITER:                     Okay.

RAFFA                       (U/I).

4

*Redr*

| | |
|---|---|
| April 10, 2000 | **U.S. v. Henry McFliker, et al.** |
| 4:20 p.m. - 5:00 p.m. | 00-6181-Cr-Huck |
| Meeting - Hilton Hotel | |

WAITER:              Sir, do you want ice with your juice.

FULLER:              Yes.  Let me give you a little piece of the puzzle.  Um, if we're able to get together.  I've had the same business in the same location since 1982.  Okay.

SGT. SMOLYANSKI:     Okay.

FULLER:              I've never had, these are things that, that when a little piece of the puzzle.  Um, I've never had one problem or one complaint in my business, since 1982.  Never.  Very careful.

SGT. SMOLYANSKI:     What ta, business you did?

FULLER:              Um we manage, um account receivable portfolios.  Um, mortgage companies, credit card companies, automobile companies, ah when their accounts go to the point where the people won't pay.

SGT. SMOLYANSKI:     Can you talk slow, slow please.

RAFFA:               All right, let me try.  His company, these conflict.  Let's say you have a credit card, you run $5,000 dollars credit bills.  You can't pay.  Ah, you don't have the money to pay.

SGT. SMOLYANSKI:     Okay.

RAFFA:               What his company does, the bank goes to his company for the ah, or the credit card company goes to his company and says, Alexander owes us $5,000 dollars.

SGT. SMOLYANSKI:     Oh, collect, collection ah, collection ah.  Okay.

RAFFA:               Right.  Collection.  Right.  That's really kind of what he's, what he has, it's a very legitimate company (U/I) resistence, pain in the ass. What I was saying to you earlier is.

                     [Static]

SGT. SMOLYANSKI:     Um hm.

5

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:              I'm an Italian, I'm Sicilian.  I'm very much part of the family.  I'm
                    a family man.  Uh, my family does what your family does, here.

SGT. SMOLYANSKI:    Um.

RAFFA:              So I understand.

SGT. SMOLYANSKI:    I don't know if Henry, ah, ah, said.

RAFFA:              He explained.

SGT. SMOLYANSKI:    Said what I do.

RAFFA:              Yes.

SGT. SMOLYANSKI:    Okay.

RAFFA:              Not a problem.

SGT. SMOLYANSKI:    If ah, not only the, the money business but if you uh, (U/I) with Hen,
                    Henry help [static] in my business too.  Ah, I'll and ah, I bring girls
                    from Russia and work prostitutes as uh, you know, escort ah, service.
                    Ah, this business make a lot of cash.

RAFFA:              Right.

SGT. SMOLYANSKI:    Um.  I also ha, have my partners, who also have cash, but ah, we need
                    help in ah.

RAFFA:              Right.

SGT. SMOLYANSKI:    Ah, to ah, to ah, to make money good.

RAFFA:              Exactly.

FULLER:             Let me understand, since I'm going to be the one that's going to be
                    in the trenches with you.  Okay?

SGT. SMOLYANSKI:    You will be.

6

April 10, 2000                                    <u>**U.S. v. Henry McFliker, et al.**</u>
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:                 You and I.

SGT. SMOLYANSKI:        We'll do business.

FULLER:                 Work together.

SGT. SMOLYANSKI:        Okay.

FULLER:                 I'm from the old school okay?

RAFFA:                  You know what old school means?

FULLER:                 No, I do not believe in drugs or guns, anything to do with that.

SGT. SMOLYANSKI:        I don't ah, I don't want touch drugs, guns.

RAFFA:                  Good.

SGT. SMOLYANSKI:        I, I maybe finance cocaine deal, but no, I don't want touch.

FULLER:                 No, okay, no.

SGT. SMOLYANSKI:        I don't want ah.

RAFFA:                  Good.

FULLER:                 You understand.  We understand each other.

SGT. SMOLYANSKI:        Yeah.

FULLER:                 Um.  I, my family is also an older family, okay?  Um, we're very,
                        very careful that's why we're around as long we have been.

SGT. SMOLYANSKI:        Okay.

FULLER:                 We do things slowly.  Um.  **Henry explained** everything thoroughly
                        to us.  There are companies who could do what you want in a month,
                        okay?

7

**April 10, 2000**                                  **U.S. v. Henry McFliker, et al.**
**4:20 p.m. - 5:00 p.m.**                           **00-6181-Cr-Huck**
**Meeting - Hilton Hotel**

SGT. SMOLYANSKI:        One month.

FULLER:                 They would cause you problems, because there are (U/I) in a month to track.

SGT. SMOLYANSKI:        (Coughs).  Excuse.

FULLER:                 This type of thing, okay?  It has to be done carefully.  It has to be done slowly.  Any other way, will cause problems you will, that will.

SGT. SMOLYANSKI:        How quick can you?

FULLER:                 For, for what you had indicated, somewhere around ten months to year.  Maybe a little bit quicker, ah, and I would have to explain to you all the details of why it would take that long.

                        [Pause in conversation]

WAITER:                 Would you like anything off the menu or you okay?

FULLER:                 No (U/I).

WAITER:                 Okay, great.  Sorry, excuse me, that's okay.

U/M:                    Thank you, sir.

SGT. SMOLYANSKI:        Um.

FULLER:                 Let me say to you that I know that you look, your face.  People who do things too quickly, don't last.

SGT. SMOLYANSKI:        But ah.

FULLER:                 After it got going, it could be done faster and faster and faster.

SGT. SMOLYANSKI:        Henry, Henry ah, told ah, me that ah, ah, we can do fast.  We can do or you, you can do fast.

RAFFA:                  But Henry told me that you want it done, that at the end, it's white.

8

April 10, 2000                                              **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                                       **00-6181-Cr-Huck**
**Meeting - Hilton Hotel**

SGT. SMOLYANSKI:        Clean, clean, clean.

RAFFA:                  Clean. So clean that everything at the end, if the government comes
                        to look, it's a legitimate company.

SGT. SMOLYANSKI:        Not here, I don't here, I want, I give you cash here and you send to
                        ah, ah, ah, Cayman, Cayman Island.

RAFFA:                  Cayman Islands.

SGT. SMOLYANSKI:        Or Bahamas.

RAFFA:                  That, that even complicates it much more, (U/I).

SGT. SMOLYANSKI:        I no want money here.

RAFFA:                  And, and.

SGT. SMOLYANSKI:        I have in Bahamas. I need money, and I can bring money from there,
                        I can bring money in check or a wire transfer from there, but here, but
                        I need to clean cash here.

FULLER:                 Wouldn't it be better for you if the money to be cleaned here and pay
                        here and pay taxes on it here and all, all legitimately. I'm just asking.

SGT. SMOLYANSKI:        How?

FULLER:                 I am (U/I). But it's not, it's not the quick way. It's not the way that
                        most of these guys do, do it. Because they don't care about the
                        person who (U/I). [Squeaking on tape]. Let me explain to you that.
                        Anytime you do something like this, everything creates computer
                        tracks, you understand? Computer tracks.

SGT. SMOLYANSKI:        Yeah, a computer ah, ah, transfer.

FULLER:                 Every bit of that information is monitored by large government
                        computers, I'm sure you're aware of that.

SGT. SMOLYANSKI:        Not if you ah, if you fill out form in the bank. To like $10,000

9

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

dollars that you have to fill out.

FULLER:             We're telling you from, we know this as a fact. Again I've been
                    around since 1982, no problems. Nobody has been saying, nobody.

SGT. SMOLYANSKI:    So how can you do this and how fast?

FULLER:             Um, I would have to sit down and, and, and, and look at it exactly,
                    but I would say probably, realistically 7, 8 months, 9 months
                    something like that. And there's a reason it has to be done this way,
                    it has to be done incrementally, it has to be done slowly, it has to be
                    done precisely and it has to be done so it doesn't trigger anything.
                    There's ways to (U/I).

SGT. SMOLYANSKI:    If I, if I give you ah, half a million dollars.

FULLER:             Okay, we wouldn't start off with, we would start off with maybe 50
                    grand or 100 grand. Okay and we would, we would do that and I
                    would explain to you why, precisely why we're going to do it this
                    way.

SGT. SMOLYANSKI:    How?

FULLER:             Um.

SGT. SMOLYANSKI:    How is?

FULLER:             Okay, we wouldn't start off with. You would, for your companies,
                    where (U/I).

SGT. SMOLYANSKI:    No. Company.

FULLER:             Someone would, would, would purchase a portfolio, group of old
                    accounts, legitimate accounts for our businesses here in the United
                    States, that do nothing but buy bad debt, you know what I mean,
                    when I say that?

SGT. SMOLYANSKI:    If some, some if a person owe money.

10

**April 10, 2000**       <u>U.S. v. Henry McFliker, et al.</u>
**4:20 p.m. - 5:00 p.m.**     00-6181-Cr-Huck
**Meeting - Hilton Hotel**

| | |
|---|---|
| FULLER: | Right. |
| SGT. SMOLYANSKI: | Owe money. |
| FULLER: | And, and, and you, owe the bank five grand the bank cannot collect. They'll sell that bad debt to another person to collect, okay? |
| SGT. SMOLYANSKI: | Oh, at ah, at ah, lower percentage. |
| RAFFA: | Right. |
| FULLER: | Right. |
| SGT. SMOLYANSKI: | Yeah. |
| FULLER: | It goes from anywhere's from it's brand new, you might pay 20 cents on a dollar If it's real old you might pay, 5 cents, 4 cents on a dollar, and if it's real old maybe you'll pay a penny. |
| SGT. SMOLYANSKI: | Okay. |
| FULLER: | Okay. The way that this has to be done, is you have to purchase one of these portfolios, legitimately. Become the owner of it and the, my company then in it's capacity, then generates the money out of that by collecting from those debtors, okay? So, you own the receivables, you have, we'll say, for example 5 million in receivables, you can expect to collect realistically 20 to 30 percent of that. |
| SGT. SMOLYANSKI: | Oh, so ah, I give you ah, 100,000, 100,000. |
| RAFFA: | Uh huh. |
| SGT. SMOLYANSKI: | But ah. |
| FULLER: | And then we incrementally go up. As we, as we, the bank see, the ramp up. I've done this before, okay, I've purchased receivables and then ramped up to the collection and then when they're done, ramped down, so it's, it's very simple to do that. |

April 10, 2000                                 <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                          00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                    Which means, let's say to start with the actual, all of these bills, in the
                          first month, we pay 100,000 and the second month.

SGT. SMOLYANSKI:          I pay 100.

FULLER:                   Right.

SGT. SMOLYANSKI:          Or you pay me.

FULLER:                   No, you, you pay in, in (U/I).

RAFFA:                    We have the accounts, it's 5 million dollars worth.

SGT. SMOLYANSKI:          I bring cash.

FULLER:                   Right.

RAFFA:                    Right.

SGT. SMOLYANSKI:          Okay.

RAFFA:                    Exactly.  We'll explain how this works.

SGT. SMOLYANSKI:          Yeah or you pay me.

RAFFA:                    You first, you have 5 million in accounts.  5 million dollars worth of
                          money that's owed.

FULLER:                   Bring 'em all in and it's all (U/I).

RAFFA:                    You can buy it at, buy it at a penny on the dollar, okay.

SGT. SMOLYANSKI:          I'm sorry, what, what?

FULLER:                   One cent.

RAFFA:                    One cent on a dollar.

FULLER:                   So is you have a 5 million dollar pony, would you pay $50,000

                                        12

April 10, 2000                                    <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

                    dollars and you own 5 million dollars worth of accounts.

SGT. SMOLYANSKI:     Uh huh.  People owe money.

FULLER:              Now they owe it to your company.

SGT. SMOLYANSKI:     5 million dollars.

FULLER:              (U/I).

SGT. SMOLYANSKI:     But I paid, I think

FULLER:              50,000 (U/I).

RAFFA:               Cause you buy, you buy the, you buy the accounts.

FULLER:              You own them.  They're legitimate.

RAFFA:               Own.  Legitimate.  Then what happens is, you pay them off.  So the
                     first month, we'll decide the points, every time you give, every time
                     you send and go, go to ah, um, 7-11.  You know what 7-11 is?

SGT. SMOLYANSKI:     Ah, ah, the store, quick store.

RAFFA:               Right.  You go to the quick store, or the person, you know we work
                     out the person goes to the quick store, I'm gonna tell him.

SGT. SMOLYANSKI:     Um.

RAFFA:               Um, and they say okay, I need a money order.

FULLER:              I got to pay my grandma's medical bill for $1,800 dollars.

RAFFA:               I need a money order for a $1,000 dollars.

FULLER:              I got a letter from an agency that does this, they're been out this way,
                     so (U/I) all matches up, you see.

RAFFA:               And, and they give a $1,000 dollars cash.

13

April 10, 2000                                      U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                               00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Um hm.

RAFFA:                  And the money order makes sense to him. He turns around, puts it in
                        the bank and then the bank. Bank check comes to you, it's legitimate.

FULLER:                 For your percentage of what's.

RAFFA:                  For your percentage of whatever it is.

FULLER:                 So, so at the end of the month, you would then get your, whatever the
                        points we decide on, you would then get that back in the form of our
                        issuance to you, money we collected in your behalf.

RAFFA:                  Now you can wire transfer to Cayman, you can take the check, bring
                        it to Cayman, you know. It's a, it's a good check.

FULLER:                 Man, I'm telling you, you're moving lots of money in and out of the
                        islands, to the money we collected in your behalf. That, okay.

SGT. SMOLYANSKI:        I'm sorry.

FULLER:                 The, the computer nets that are set up in order to, to follow the money
                        to.

SGT. SMOLYANSKI:        No, no, not Cayman Islands, Cayman Islands. They uh, I really do
                        business from here many, many years.

FULLER:                 I know the gentleman who is the president of Martin Luther King,
                        okay. I know Simon (U/I) personally. I, many years ago we worked
                        together. I've worked probably in excess of (U/I).

                        [Sound of traffic or plane]

FULLER:                 (U/I). You, you have to be real sure again, I don't know what your
                        connections are, but you have to be very sure who your connections
                        are down there. Um, they're, they're good up to a point, I'm just
                        telling you that, that I'm required.

RAFFA:                  (U/I) if you have confidence, if you're confident with your people in

                                        14

April 10, 2000                                    **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                             **00-6181-Cr-Huck**
Meeting - Hilton Hotel

|  |  |
|---|---|
|  | the Cayman, then we send (U/I) checks. |
| SGT. SMOLYANSKI: | No but ah, I, I ah, would put money in ah, go to, to Cay, Cayman Islands. Then ah, go to ah, then ah, go to ah, Island of Man. |
| FULLER: | I know, off the coast of ah. |
| SGT. SMOLYANSKI: | Ah, in, in Great Britain. Ah, and from there my. |
| FULLER: | Luxembourg or wherever (U/I). |
| SGT. SMOLYANSKI: | Come back to Russia or here, buy property or. |
| FULLER: | Well that's, you're doing it the right way, I just want you to, to know that it's. A lot of these guys sell it, (U/I) you got to beware. See that's when you're dealing with us, you have to understand something, our two families. |
| SGT. SMOLYANSKI: | Oh no. |
| FULLER: | In New York, go back three generations, okay? John's been at his, his same location twenty years, I've been at my location twenty years. There's reasons why we're still here. Okay, it's just like everywhere, it's just different. In Russia, it's who you know to make things happen. It's the same here in the United States. |
| SGT. SMOLYANSKI: | Um hm. |
| FULLER: | Um, I'm not going to give you a big song and dance, give you bullshit, when I, when I can tell you the truth. Would I screw you, no. (U/I) a period of time and not cause any problems. |
| SGT. SMOLYANSKI: | Um hm. |
| FULLER: | And it's expensive to do something like this. You're gonna pay more points than you're gonna be paying if you went with the other guys. |
| SGT. SMOLYANSKI: | Okay. |

April 10, 2000                                    **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                             **00-6181-Cr-Huck**
Meeting - Hilton Hotel

FULLER:                I don't wanta, to, to make that not understood up front.

SGT. SMOLYANSKI:       Ah.

FULLER:                But your, your, at the end of this you're clean.

SGT. SMOLYANSKI:       Okay.  I give you money, 100,000.

FULLER:                Right.

SGT. SMOLYANSKI:       Half a million.

FULLER:                Whatever it is.

SGT. SMOLYANSKI:       Whatever.  Ah, at ten days maybe, ah, after I give you more money.
                       And then more money.

FULLER:                Then, then what happens.

SGT. SMOLYANSKI:       What, when, when do I?

FULLER:                At the first of each month.

SGT. SMOLYANSKI:       See?

FULLER:                At the first of each month.  There, this is all done through the banks
                       and that's why it is so smooth.  First of each month, the bank goes in
                       there as part of the system that we use and we've got a contract,
                       whatever that contract says, the bank cuts a check.

SGT. SMOLYANSKI:       (Coughs).

FULLER:                Cuts a check for that amount, on the first day of each month, bank
                       draft or whatever.

SGT. SMOLYANSKI:       For how much?

FULLER:                For the percentage of that you would owe of that, of the hundred
                       grand you given me, then it's going to depend on what our, what our

16

April 10, 2000                                          U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                                   00-6181-Cr-Huck
Meeting - Hilton Hotel

|   |   |
|---|---|
| | points end up being. |
| SGT. SMOLYANSKI: | What ah, point, I know what points. I pay five points. |
| FULLER: | Then we're no, we're no, we're not even in the ball game, we're, we're so far out of the ball game that. |
| SGT. SMOLYANSKI: | What, what do you charge? |
| FULLER: | Twenty. |
| SGT. SMOLYANSKI: | Ah! |
| FULLER: | And, and that's the way it is. I didn't know if he explained this to you, then (U/I). I knew that, there's plenty of guys that are going to be doing this for you, that have been around one or two years. There's nobody been around twenty years. What you get is long term capability of doing this and being able to do it until you and I have totally white hair. Doing it the other way is not going to work, long term. |
| SGT. SMOLYANSKI: | 25 percent ah, too much money. |
| MCFLIKER: | I understand. |
| SGT. SMOLYANSKI: | 20, 25 percent. |
| MCFLIKER: | I understand that, but I, but it's not interesting to me for anything less than that. |
| SGT. SMOLYANSKI: | If we do lot of, lot of business, why can. |
| FULLER: | You got to understand that, with me, it's, it's not the dollar amount that's the issue is. I have to make sure it will fit within the system that exists. If I go outside that. |
| SGT. SMOLYANSKI: | We do lot of. |
| MCFLIKER: | So I have to do it, we could ramp up to a lot more. It has to be done |

17

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

slowly and very carefully. There's a very precise way to do it and it requires a lot of personnel. I'd have to have four, four full time personnel, in the street, professionals, people like ourselves, handling the money, to do it so that it would end up clean. I, you can't have a bunch of kids or (U/I).

SGT. SMOLYANSKI:        (Coughs).

MCFLIKER:               It has to be closed.

RAFFA:                  I know, I know that sounds like a lot of points, but this is the other side of this. If you give, if you give $100,000 dollars today, May 1st you have a check in your hand for $75,000 dollars, no, no bullshit. It's there every single time.

FULLER:                 And it's, and it's, and it's totally clean.

RAFFA:                  And you can take that check and buy a house in the United States tomorrow cause the check is very clean.

SGT. SMOLYANSKI:        Ah, where is guarantee that I don't lose money.

RAFFA:                  Here's the guarantee. Because we do it over a period of time, okay, we don't say to you, give me a million dollars, we say to you, give me 100 thousand and you get your 75. Give me 200 thousand and you get your 150. Give me 500 thousand, I'll give you 400 thousand and you get the 300 thousand.

MCFLIKER:               The, the guarantee.

RAFFA:                  All the time.

FULLER:                 That you're looking for is when, when I come to bat, you're gonna know who I am, I'm gonna give you all my background information. I know you guys are gonna check me out, okay. You're gonna see that I've been around since 1982. I've never created a blip anywheres. That's what you're getting. And I'll be honest with you, the only reason I'm doing this right now, is I have a wife that had a stroke in August, she requires around the clock care, it's going to be

18

April 10, 2000                                   **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

                          real expensive.

SGT. SMOLYANSKI:          I'm sorry, she has a.

FULLER:                   Stroke.

RAFFA:                    A heart attack.

SGT. SMOLYANSKI:          Oh, okay.

FULLER:                   She's a vegetable.  So she's somebody else right now cause I have a
                          wife that's has, this costs tremendous amount of money or I'd keep
                          doing what I'm doing right now, so I have no incentives, it's not
                          going to be.

RAFFA:                    So the guarantee is that, that we don't, we never (U/I) we never say
                          to you, give me the money and you never see us, because we don't
                          want to go (U/I) once.  So let's say this goes for two or three months
                          and in two and three months time you move your money, okay.

FULLER:                   We couldn't do that to begin.

RAFFA:                    But, I'm just saying.

MCFLIKER:                 Eventually (U/I).

RAFFA:                    The fact that we do a little at a time, if you don't like the way it's
                          going, let's say for instance we tell you May 1st you get your check
                          and it, and then turns out to May 3rd or May 5th and after awhile you
                          say, this is nonsense, I don't want to wait the extra five days.  Then
                          you're done.

SGT. SMOLYANSKI:          But.

RAFFA:                    We never want, we never want to put you in a position where you
                          have too much money to lose.

FULLER:                   And we don't want to put ourselves in that position.

                                          19

April 10, 2000                                  U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                           00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                    And we don't want to put ourselves in that position either. Now.

SGT. SMOLYANSKI:          So ah, if I bring ah.

MCFLIKER:                 It has to be two fold so that you understand okay. Number one, we
                          have to legitimately buy a portfolio to work with, this is what makes
                          it important, it has to be legitimate bad debt, we have to buy that.
                          They're not going to pay more than penny.

SGT. SMOLYANSKI:          For a hundred thousand or.

FULLER:                   Wait we're gonna, we're gonna start off with a small portfolio, 3 to
                          5 million dollars. It's all going to be in this area.

SGT. SMOLYANSKI:          Oh, because ah, discount.

FULLER:                   Okay. And then that's how it has to be to, see I want to be in this next
                          year, year after, ten years down the road. If you get greedy and you
                          make mistakes, it doesn't happen.

SGT. SMOLYANSKI:          If ah. How much can you do in the beginning?

FULLER:                   It would be small in the beginning, I would take, I. The reason I
                          would do it, we'd take like maybe the first month 50, the second
                          month a 100, the third month 150 (U/I).

SGT. SMOLYANSKI:          I have ah.

FULLER:                   It would be small at the beginning, I would take.

SGT. SMOLYANSKI:          I want to ah, the minimum.

FULLER:                   It has to be slow.

SGT. SMOLYANSKI:          Okay, the minimum I want to do is, I give a hundred.

MCFLIKER:                 Okay.

SGT. SMOLYANSKI:          And, and ah, wait, I get check back that.

20

**April 10, 2000**                           **U.S. v. Henry McFliker, et al.**
**4:20 p.m. - 5:00 p.m.**                     **00-6181-Cr-Huck**
**Meeting - Hilton Hotel**

FULLER:                 Okay.

SGT. SMOLYANSKI:        I give you ah, ah, 100.

FULLER:                 Okay, that's fine.

SGT. SMOLYANSKI:        If everything okay, then I give 100 every five days, every.

FULLER:                 Not until, it's a very.

SGT. SMOLYANSKI:        (Coughs).

FULLER:                 Complex formula, that you have to work, where, where you buy the
                        money orders, where, the days that they're purchased, the days that
                        you go into the bank and the day that the money order is purchased,
                        so that it doesn't trigger any of the flags that the computer systems
                        have going. So I have to have people on the street buying money
                        orders, five days a week.

SGT. SMOLYANSKI:        All right, I don't.

FULLER:                 You buy.

RAFFA:                  You buy the money order.

SGT. SMOLYANSKI:        Why money order, I give you money.

FULLER:                 You got to understand us here, you give us the cash.

RAFFA:                  You give us the cash.

FULLER:                 We have to convert that cash to something the bank will accept, okay,
                        the bank sees money orders coming through my account, 2 to 3
                        hundred a month.

SGT. SMOLYANSKI:        Oh.

FULLER:                 Now instead of 2 and 3 hundred, it's going to be 4 or 5 hundred
                        money orders, then it's going to be 600 money orders, then it's going

21

April 10, 2000                          <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                    00-6181-Cr-Huck
Meeting - Hilton Hotel

to be 700, this has happened in the past. We had it over.

SGT. SMOLYANSKI:     So your business ah.

FULLER:              Right. See as you buy a portfolios.

SGT. SMOLYANSKI:     Go big.

FULLER:              I had it one time, we were getting 3,000 payments a month. I mean I had a, two girls that did nothing but make deposits in the morning and the afternoon. And, and the banks I've been this, with the same banks since uh, 1985, so they've seen me go through it and go through it, they'll facilitate it. It has to be done really carefully.

RAFFA:               So let's say you take a thousand dollars again 30, just to give you the numbers. You take, take a thousand dollars cash, give it to our man. He goes to the convenience store, he gives them a thousand dollars for a money order, and they mail it back to us.

SGT. SMOLYANSKI:     Oh.

RAFFA:               And then.

FULLER:              And then.

RAFFA:               (U/I) the bank, and then the bank gives. He goes to the (U/I), that his pay.

FULLER:              See the bank's right on my, my computer. So they'll go in there and they'll say okay, Mrs. Jones owes Community General Hospital $18,000 dollars. Mrs. Jones is paying $1,500 dollars. All of, you see how it goes, it goes just like this. (U/I). But if you go outside that, you create big tracks. I'm just, I'm not going to do it. I'm, and I'm not motivated by anything other than this. I got to, I have to be the guy that's in the middle of four pros working, being responsible for your money and (U/I). I, I'm going to do it for long term and I'm going to do it right. I'm going to do it professionally.

RAFFA:               So we take $100,000 dollars and we give it to four people and one

22

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

|  |  |
|---|---|
|  | day they go here, for the money order, next day they go there for the money order, the next day they go there. |
| FULLER: | They go all over the place. |
| RAFFA: | All over. |
| U/M: | No. |
| FULLER: | So that's there (U/I). |
| RAFFA: | So that (U/I), there's no, there's no track, there's no back up.  And then. |
| FULLER: | And it's small transactions. |
| RAFFA: | And then money comes back in (U/I) account. |
| SGT. SMOLYANSKI: | Um hm. |
| RAFFA: | And we pay you a, a check, we send you a check, we give you a check from (U/I). |
| SGT. SMOLYANSKI: | Can you transfer money? |
| RAFFA: | Yeah, (U/I). |
| FULLER: | In, inside the United States yeah, but when you start transferring it outside the United States, it gets real heavy. |
| SGT. SMOLYANSKI: | So I need uh, to pay cash and deposit ah, I mean a check and. |
| FULLER: | Yeah, you'll take the check I'll make it out to corporation that's going to own these accounts.  You have to have a corporation that owns these accounts, okay. |
| RAFFA: | Now your, let's say, let's say we do that, we send you $100,000 dollars for a month.  Because you know, that's how it works.  You make a company in the United States, Company ABC.  Company |

23

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

|  |  |
|---|---|
|  | number 1 is the name of your company.  You write the check to Company number 1, goes into the U.S. bank, and then you see, your company is a international company so you can wire transfer yourself, your bank account, the company, the company. |
| FULLER: | And, and the same thing is going to hold true, you're gonna. |
| RAFFA: | It's a international company. |
| FULLER: | The accounts that are owed, owned by (U/I), your company is going to have 5 million dollars in, in assets and then, and then the next month it's going to earn, in six months about 10 million dollars in assets.  So that it all goes together.  The problem with everybody else is they do it slop job and at the end, somebody pays a price for it and it's usually not the guy who's doing it, cause they disappear. |
| SGT. SMOLYANSKI: | I cannot ah, work here. |
| FULLER: | That's fine, it can be done a lot of different ways.  I'm sure that there's ah, there are ways to purchase corporations, get taxation numbers set up on it and so forth.  That's not a problem. |
| RAFFA: | Why can you not work here? |
| SGT. SMOLYANSKI: | Huh? |
| RAFFA: | You don't want to work here? |
| SGT. SMOLYANSKI: | No ah, no ah, number of the ah. |
| RAFFA: | That's not a problem.  You'll get your number. |
| FULLER: | We can, that's what I'm saying. |
| SGT. SMOLYANSKI: | No, said something, Henry said something. |
| FULLER: | There's a lot of different ways to do this. |
| SGT. SMOLYANSKI: | (Coughing). |

24

April 10, 2000                               **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                           00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                      One of the other things too with this. You'll make **more** money so legitimately that you can work **into it and you want to**. Let's say you want to buy a house on Palm Beach, a house in Miami on the beach and **the** house is (U/I). We'll put you in a position **where** you can buy the house with your own check and nobody could say where did they get the money from.

FULLER:                     **Cause** it will create exactly the type of **trail** that a business like this will create. You buy the receivables, we work it, we pay you the money **that**. that we get off of the receivables. You own the receivables. And then at the end **you're** gonna have **an** asset **fact** that's gonna be $100 million dollars that you purchased for maybe 50 grand or 100 grand, you know, a piece. **You** see where we're going here. So that this all is done legitimately, so you look like the kind of **b**usinessman that's going to be able **to. to,** to do what you need to do. Get long term.

SGT. SMOLYANSKI:      I **want,** I **want** price 100 because, you see.

FULLER:                     **Then** the first part of it is that we have to do this, **that** we have to, you have to set up the corporation and we get it going.

SGT. SMOLYANSKI:      At what price, what?

FULLER:                     (U/I) **l will.** I will find out exactly what's **available on the** market. I believe **that we** got one **that** (U/I).

SGT. SMOLYANSKI:      I ah.

FULLER:                     And what that would be is you get a printout of all **these people's** names and addresses, social security numbers, all this shit. **The** records for the company you got **to get**. Cause if we're going to do it, even the first time, it's got to done right. Even **the** first time. So that's why I'm saying to you, I'm not going to slop job anything, I'm **(U/I).**

RAFFA:                      We, we provide you real proof so, if we say to you, you bought maybe 4,000 accounts.

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:              An average.

RAFFA:               You bought 4,000 accounts, we give you certified real accounts, it's
                     not make believe.

SGT. SMOLYANSKI:     (Coughs).

FULLER:              Real social, real people.

RAFFA:               Real people.

SGT. SMOLYANSKI:     Ah, I promise to, to pay ah, Henry, but I, I don't think it ah, it's so
                     expensive.

FULLER:              Henry, Henry was.

SGT. SMOLYANSKI:     Now, if you want to take care of.

RAFFA:               I'll take care of Henry.

SGT. SMOLYANSKI:     You take care of Henry.

FULLER:              That will be understood. But again, if we're gonna go forward, it has
                     to be done, even to begin with, it has to be done correctly. You have
                     to transfer the, the, the ownership of the receivables you have depend
                     on some kind of a system (U/I). It's got to be done by (U/I), you got
                     to set up ah, Henry can help you get (U/I) things like this, get you a
                     (U/I).

SGT. SMOLYANSKI:     Yeah.

FULLER:              It could be done, it could be done very, very carefully.

SGT. SMOLYANSKI:     Okay, I ah, I give you $100,000 dollars, I want to see it.

FULLER:              But first we have to, again.

RAFFA:               Do you, do you have any companies now?

26

April 10, 2000                                      <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                               00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:    No, not here. (U/I) thousand dollars. I don't want to sign anything.
                   I give you money, you, you, you take care of everything.

RAFFA:             Do you have somebody you can trust to be a company, for you? A,
                   a friend, a girlfriend, a relative, somebody that can own the company.

FULLER:            Cause that's part of, I mean this is. We have to work as a team, you
                   and I, so, there's certain things that, that we're going to insist on, but
                   there's certain things that you got to, to be able to do, and one of
                   those is, is whatever company we end up bringing the money back,
                   you got to control it. Whoever's, whoever we have, have as the
                   principal, it doesn't make any difference, it just has to be a company.
                   There are companies right now that you can purchase that are, that are
                   three or four years old (U/I). Um, Henry can assist you in this. I
                   know people that do it and that you.

SGT. SMOLYANSKI:    (Coughs).

FULLER:            Club of a, get a tax id on.

SGT. SMOLYANSKI:    When I ah, ah, give you money, you buy company and ah then
                   transfer or.

FULLER:            We're gonna have to.

RAFFA:             How about going through (U/I).

FULLER:            There's no way, it's gotta be done, it's gotta be done just exactly this
                   way. I've got to sit down and I have to, there are costs to do this, to
                   begin with, there's a set up cost to do it and then there is a continuing
                   cost and we have, you have to be, I have to lay this out so you can see
                   it.

SGT. SMOLYANSKI:    How much?

FULLER:            I don't know yet. I've got, I've got to get the numbers together (U/I)
                   come up. I have to find, make sure the portfolio is transferable.
                   These are things that I have to do, I have to make sure the 5 million
                   I look and it's transferable. Once I believe that I'm sure that it is

27

April 10, 2000                                          U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                                    00-6181-Cr-Huck
Meeting - Hilton Hotel

                            transferable, what exactly wha, can I get that portfolio for. I want to make a bid on it, we'll, we'll see, that's the number one. Once you buy this then your, the company you set up or whatever is going to own 5 million dollars in receivable. What exactly will, can I get (U/I) company, buy the receivables, we have to transfer the receivables to their company, then, then and only then can we then start on actually doing something. So there's an up front cost of doing that, (U/I) what it is.

SGT. SMOLYANSKI:    If I give you money this week, when do I get the check back?

FULLER:    You would get the first one after everything was done, the first of each month. So if we did it today, what's this, the 15th? Then yeah, but we can't. (U/I)

SGT. SMOLYANSKI:    No, today is ah.

RAFFA:    Ah, today is the.

SGT. SMOLYANSKI:    The 10th.

FULLER:    But either way, it would, it would have to eq (phonetic). It would only be the first day of each month, unless that was a Saturday or a Sunday, because that's when the systems are set up to do it. It just automatically, we're going to set up a computer system.

SGT. SMOLYANSKI:    (Coughs).

FULLER:    The computer system is going to talk to the bank's computer system. That computer system is going to talk to whatever company we set up for you (U/I). And then we're going to collect it at the end of the month, the first day of the month, the bank will get a, a electronic message from us to cut a check for $75,000 dollars to ABC Corporation, we want issued either from a cashier's check or a bank draft and then wire it to that location. The bank does it with all my accounts. Cause they'll knock out 10, 20, 30 checks, 100 checks a month are going like (U/I), on the first of the month. That's how it's done in my business. Anything outside of this, will raise (U/I).

28

April 10, 2000                                  U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                           00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:               So you know, every month from the first of the month, (U/I) it increases, not the money you give the month before, the first of the next month, you get a check, every month.

FULLER:              And I have to see exactly how manageable this is and what it's going to take too. So I wouldn't want ramp up with it too fast. If I going to have to be in the middle of it, I got wife's that dying. You know, I gotta, I have to be the one, just like you have to be in front of your, your organization, I have to be in front of mine. And I can't let nobody do this until I understand thoroughly myself and I do it all myself.

SGT. SMOLYANSKI:     Okay, if I give you money, this week, you give check back May 1st.

FULLER:              Correct. But we can't do it quite that fast. We got to, there's two phases we got to go through.

SGT. SMOLYANSKI:     If I give you money.

FULLER:              Prior to receivables, the company is (U/I). Receivables could be anywheres from 25 to 30,000 dollars that this company would own.

RAFFA:               What would you buy a piece of portofolio.

FULLER:              Never going to see that. (U/I).

SGT. SMOLYANSKI:     So you do not do before June first?

FULLER:              I think realistically it would be June first. We might be able to start earlier but we got to do it such that we're, we buy a company that's at least a couple years old, we get a tax id to that number and then we transfer it in there. Then I got to negotiate a (U/I). I want to do things right. I want it, I want it fast, I want to do it right. Fast doesn't always equal right. I want to be slow, careful. Cause I'm gonna be responsible for your money, I'm going to be responsible for you. And you to me.

RAFFA:               We want to put you in a position where you call up, it's August, and you call up and say Michael, tomorrow I send you 200,000.

29

April 10, 2000                              U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                        00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:       Michael?

RAFFA:                 Mike.

SGT. SMOLYANSKI:       Oh.

RAFFA:                 But you call up and say Michael, tomorrow I send you 200,000, I'll be in, I'll be in England for a few weeks. And then you know September first, the money is back. That's there's no, there is nothing to think about, there's nothing to worry, is it going to happen again.

                       [Background noise]

FULLER:                (U/I) myself personally till I'm satisfied with exactly how it works. (U/I).

RAFFA:                 We've been in another business for many years. These are why these things (U/I), is because with our business associates are very honest. (U/I) you know that we care about it because, if it doesn't work for you.

FULLER:                And if we make a mistake.

RAFFA:                 And if we make a mistake, we wants to pay.

SGT. SMOLYANSKI:       (Coughs).

FULLER:                We're, we're all sitting here for twenty years Prudential (U/I) got started. So, you know what those kind of credentials are. And I'm going to be real careful.

SGT. SMOLYANSKI:       Ah rep, reputation.

RAFFA:                 Reputation. Reputation is what we are about.

SGT. SMOLYANSKI:       Ah.

RAFFA:                 And this is with before.

                                    30

April 10, 2000                                      <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                               00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Okay, I try with 100,000, can, can you look for other, maybe I can
                        because I have more money.

FULLER:                 Ah, 1, yes, I will, but, but again, you have to understand something,
                        I'm being careful for both of us, okay? In the long run, by doing it
                        this way, even though it'll be slow, it's be steady, it won't create a
                        problems, easy to do. We can do it for a year or two years, five years,
                        ten years. We can ramp it up for whatever size you want, but it has
                        to be done slowly. We might be able to get up to a million or two
                        million a month. But man you, I'm telling you it has to be done
                        professionally, it has to be slowly.

SGT. SMOLYANSKI:        But now, can you find ah?

FULLER:                 I can handle everything other than, other than.

SGT. SMOLYANSKI:        Find ah, ah, other pers, persons that can do with money.

FULLER:                 Yes, I have, I have, other persons other than me?

SGT. SMOLYANSKI:        Yeah.

FULLER:                 No. I have inside my own organizations people that will work for
                        me, but to do what you want to do. I understand that you have a need
                        to purchase, right?

SGT. SMOLYANSKI:        Ah, what you (U/I).

FULLER:                 And, and I know that (U/I) people that can do it quick for, for five
                        points, or ten something. Um.

RAFFA:                  And that's okay.

FULLER:                 We're not.

RAFFA:                  Do some of it that way, and do some of it this way. And if this works
                        better than that, this is what you stay with. And if that, and if that
                        works better than this, that's, that's okay. You have more than one
                        option, you know what I mean by options.

31

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:      Right, right.

RAFFA:                More than one choice.

FULLER:               In my family where I was raised, reputation, a man's reputation was
                      everything.

SGT. SMOLYANSKI:      Okay.

FULLER:               You understand what I say.

SGT. SMOLYANSKI:      Yeah.

FULLER:               I don't, I don't know who any of these people are. It. You find
                      somebody with twenty year reputation, you understand what a man
                      stands for. This is, that's what the reason why, I don't want to do
                      anything that's going to rai, cause you a problem or me a problem.
                      And I know what will and will not because I've been for twenty years
                      and so was John.

RAFFA:                The trenches is digging the ditches.

FULLER:               Digging the ditch you know. Ditch.

                      [Ringing]

SGT. SMOLYANSKI:      Wor, wor, work in time.

                      [Loud cracking on tape]

                      [Zipper]

SGT. SMOLYANSKI:      Ah, what ah, ah, ah, company you have?

FULLER:               Noble, N-O-B-L-E.

SGT. SMOLYANSKI:      I'm sorry.

FULLER:               Noble. N-O-B, N-O-B-L-E Enterprises. E-N-T period.

                                       32

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Ah, E.

FULLER:                E (U/I).

SGT. SMOLYANSKI:        N.

FULLER:                T period.  You know what, I think I got a (U/I).

                       [Zipper]

SGT. SMOLYANSKI:        E-N-T point.

                       [Pause in conversation]

RAFFA:                 Now let's say in six months from now, okay?  And six months from
                       now, you build up you're your legitimate business that you have 3
                       million in assets, okay?

SGT. SMOLYANSKI:        Um hm.

                       [Zipper]

RAFFA:                 Now your business goes from, now we find something else to clean.
                       Let's say you find a hotel.

                       [Loud noise]

                       [Zipper]

RAFFA:                 To clean.  (U'I) in cash.  The business comes in and buys the hotel,
                       you give them the difference in cash and it cleans it to (U/I).  See
                       once, what we're trying to say and what we're trying to do is.

SGT. SMOLYANSKI:        If we start business.

RAFFA:                 If we start like a regular normal business then, there's no question.
                       Like for instance if you, if you go into, let's say your, let's say your
                       girlfriend goes into the bank and says I want to open up an account
                       (U/I).  And they say to her, how much do you want to deposit?

                                          33

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

$10,000 dollars. The first question is where did you get the $10,000 dollars?

FULLER:    And you're gonna have a company that's gonna be able to cover all that.

RAFFA:    And, and, and she can say, I get it from this company.

SGT. SMOLYANSKI:    (Coughs).

RAFFA:    It's a legitimate company, it has a tax number, it's a regular company. I work for the company.

FULLER:    And not only that, the company is gonna show assets that you're gonna own, that you will legitimately own, the first one will be 5 million dollars, that's the first asset that you're gonna own, which is 3 to 5 million, I don't know. That, that's gonna all show legitimate that you own this, that your asset based on that company at that point is 3 to 5 million dollars and you're gonna generate income from that 3 to 5 million dollars that you purchased and there's companies that do this in the United States, that, that are now on the stock exchange that do this, do this legitimately, buy the ah, buy old accounts. So it's a big business.

SGT. SMOLYANSKI:    Um hm.

FULLER:    There sev, there are two companies doing over 10 million (U/I).

[Shuffling sounds]

FULLER:    But it's got to be done slowly.

SGT. SMOLYANSKI:    But, I, I have so much ah money now that ah.

FULLER:    I know.

RAFFA:    I understand.

FULLER:    I understand but, again we want to be at this a long time, right? But.

34

April 10, 2000                                              **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                                       00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:    If you find Henry, maybe Henry can take ah, ah, other money and put it.

FULLER:    We have to, it's got to be done carefully, carefully. This company that we're going to build, eventually be a kin (phonetic), a, a, a center.

SGT. SMOLYANSKI:    Oh, ah, yeah.

FULLER:    Middle.

SGT. SMOLYANSKI:    Middle.

FULLER:    Past like.

SGT. SMOLYANSKI:    Yeah.

FULLER:    To do anything that Henry wants to do or any of this, you have to have a legitimate company with assets.

SGT. SMOLYANSKI:    Henry ah, ah, told me to buy ah, ah, plane parts.

RAFFA:    Uh huh.

FULLER:    That's good.

RAFFA:    That's good. That's good.

SGT. SMOLYANSKI:    Plane parts and ah, but ah, it take care uh, uh six months to.

FULLER:    It's the same thing, if you wanna be careful, it takes time. There's several other ways to do this, but each one of 'em, you gotta be careful, you have to take the time. Once you're in a situation where you got to run in this, it's, it's not a problem you can ramp it up and up. The problem is, if you start something out of the ordinary right away, it's gonna, it's gonna, cause people, it's gonna cause computers to start clicking away.

SGT. SMOLYANSKI:    But before we bring ah, ah, cash to a computer business and ah, then they ah, send uh, wire transfer from Colombia to Cayman Island, and

35

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

|                    | no problem and you charge five points, maybe six, seven. |
|--------------------|-----------------------------------------------------------|
| FULLER: | I'm, I'm telling you right now. |
| SGT. SMOLYANSKI: | But they close. |
| FULLER: | That every single one of those, every single one of those transactions were tracked. I know it for a fact. |
| RAFFA: | There's a big jail behind. We have no tracks. |
| FULLER: | It's guaranteed, guaranteed there's a track. If anybody tells you differently they're not telling you the truth. |
| RAFFA: | Now again Alexander, as we said earlier, try this a little bit. |
| SGT. SMOLYANSKI: | I try with ah. |
| RAFFA: | You want to try something, try something the same time. |
| SGT. SMOLYANSKI: | Okay. I try ah, a 100, ah, thousand. |
| FULLER: | Okay, well then first off we gotta, there's gonna be the ramp up costs, which are gonna be somewhere around 25 grand. That's gonna, that's gonna get you the accounts, that's gonna get you the corporation, you get it up front. Okay. |
| SGT. SMOLYANSKI: | One time. |
| FULLER: | One time. It's done. And then, from then on the corporation runs on its own, that's it. |
| SGT. SMOLYANSKI: | Okay. |
| FULLER: | And then that, for that 25,000 you're gonna have freedom, it's gonna get you the corporation, that you're gonna own. |
| SGT. SMOLYANSKI: | So ah. |

36

April 10, 2000                                    U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

| | |
|---|---|
| FULLER: | And you'll have and you, you'll have all the back up paper to it and everything. |
| RAFFA: | And let's say, you have 5 million in receivables, it cost you 25,000, and you don't want to be bothered, all you do is sell them and you get your original 25,000 back, cause it still works the same. |
| FULLER: | Well we can't, we can't do that. |
| RAFFA: | But you know, I, I'm saying it's (U/I). |
| SGT. SMOLYANSKI: | So if, if I bring 100,000 June ah, one, I get 50,000. |
| RAFFA: | Right. |
| FULLER: | Yes. |
| SGT. SMOLYANSKI: | And but from next? |
| FULLER: | Then on 75,000. |
| RAFFA: | 75. |
| SGT. SMOLYANSKI: | 75. |
| RAFFA: | Yeah, right. |
| FULLER: | But we'd have to have everything up and running before the first monies was paid. We have to have the corporation up, we have to have the bank accounts set up, we have to have everything up and going. I'm up and running right now. |
| RAFFA: | And then again I have to ask you the question, who do you trust, that you want to be the person in charge of the corporation that we send the money to? Cause you don't want to sign it, right? |
| SGT. SMOLYANSKI: | No, no. |
| RAFFA: | But you need somebody to sign this. |

37

April 10, 2000                                      U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                               00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:              See we're going to get you a corporation that's two or three years old
                     already, that's already up and going.  That's all part of this.  But it's
                     got to be somebody.

RAFFA:               That you trust.

SGT. SMOLYANSKI:     I'm, I send somebody.  I ah.

FULLER:              They, they'll have a social security number that can run through the
                     (U/I) system (U/I).

SGT. SMOLYANSKI:     Ah, American.

FULLER:              Okay.  Okay.

SGT. SMOLYANSKI:     American.  Um.

FULLER:              You understand, that whoever you send is just like us though, it's got
                     to be reputation, good person, you understand what I'm saying?

SGT. SMOLYANSKI:     Yeah.

FULLER:              Trustworthy.

SGT. SMOLYANSKI:     Okay.

FULLER:              Cause I'm going to be introducing that person to, to very important
                     people, because that's how this has to be done, so that's not a
                     problem, we can do that, but has to be trustworthy.

SGT. SMOLYANSKI:     Yeah, I, I.

FULLER:              You understand what I'm saying?

SGT. SMOLYANSKI:     I trust, I trust, yeah.  I wouldn't do the business.

FULLER:              Okay, not a problem.

RAFFA:               What you do for a living and what we do for a living, it's all about

38

April 10, 2000                          **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                   00-6181-Cr-Huck
Meeting - Hilton Hotel

|  |  |
|---|---|
| | trust, it's all about giving money to people (U/I). |
| SGT. SMOLYANSKI: | Yeah, no, no contact. |
| RAFFA: | Right, right. |
| FULLER: | And even, even in my business now, we do a lot of bad check collections. People issue bad checks, we work for the biggest company in the United States. At the beginning of each month that company sends me, that's even, even, 10 million dollars a month. And they hand it to me on my reputation, that I won't take this 10 million dollars in checks and do something bad with them. And they have been doing that for twenty years, so. |
| SGT. SMOLYANSKI: | So you collect ah (U/I) paid. |
| FULLER: | Whatever I get, I give them their piece and I keep mine. So and I've done that, you know, hundreds and hundreds of millions of dollars so. |
| RAFFA: | If we start small and everything and (U/I) big, big, a year and half from now, what you're saying, you have other associates that looking to, everything's taken care of. |
| FULLER: | By the same. |
| RAFFA: | No drugs. Whoever your associates are, everything goes to you. |
| SGT. SMOLYANSKI: | No ah, no ah, you said no cocaine, no, they all in a business of pay, finance, but nobody touch, nobody touch. |
| FULLER: | (U/I). |
| SGT. SMOLYANSKI: | Finance cocaine, okay, no touch. |
| RAFFA: | (U/I). |
| SGT. SMOLYANSKI: | No touch. |
| RAFFA: | So but, what I say to you is, next year. |

39

April 10, 2000                                      U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                              00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:              You got that, no touch.

SGT. SMOLYANSKI:     No.

RAFFA:               Sometime after it starts getting bigger and someone, one of your
                     friends says to you Alexander, I have 2 million dollars (U/I).  You
                     give me 2 million dollars for thirty days, you'll have a check.

FULLER:              But that's after we get this thing up and running and it, and it ramps
                     up and it looks, you know, so it looks the way it's supposed to look.

SGT. SMOLYANSKI:     Okay, when do you want do this?

FULLER:              All right, I'm going to talk with the, the attorneys we need to talk to
                     tomorrow morning, for the corporation, then you're gonna need to
                     have your person ready sometime this week, we're going to buy the
                     corporation and that's going to cost two or three thousand dollars to
                     buy that corporation, get it up and going, get a bank account set up in
                     it.  And that'll, then.

SGT. SMOLYANSKI:     Okay, I ah, ah, ah, end of ah, this week, I have to take care of ah
                     business here.

FULLER:              Okay.

SGT. SMOLYANSKI:     But end of this week, I have to eh, eh, fly back Moscow.

FULLER:              Okay, okay.

SGT. SMOLYANSKI:     But am person and you take.

FULLER:              I'll handle it.

SGT. SMOLYANSKI:     And you take, and I'll call from Moscow.

FULLER:              That's fine, not a problem.

RAFFA:               When do you come back?

40

**April 10, 2000**                             <u>**U.S. v. Henry McFliker, et al.**</u>
**4:20 p.m. - 5:00 p.m.**                       **00-6181-Cr-Huck**
**Meeting - Hilton Hotel**

SGT. SMOLYANSKI:        I come back in maybe in two weeks.

RAFFA:                  Oh, okay.

FULLER:                 Okay.

SGT. SMOLYANSKI:        Two weeks.

FULLER:                 When you're calling from out of the country, I'm going to give you
                        a separate number to call me.  Okay?

SGT. SMOLYANSKI:        Okay.

FULLER:                 Ah, no.  I have a secure phone.

SGT. SMOLYANSKI:        I'm sorry.

FULLER:                 A satellite phone.

SGT. SMOLYANSKI:        Oh, satellite.  Okay.  Satellite.  Yeah.

FULLER:                 John.

RAFFA:                  So nobody can listen.

SGT. SMOLYANSKI:        Right.

FULLER:                 I'm very careful.

SGT. SMOLYANSKI:        Okay.

FULLER:                 Okay.

SGT. SMOLYANSKI:        Okay, no problem.

FULLER:                 You can't and you, you can't be too careful.

SGT. SMOLYANSKI:        Okay.  Ah, okay, let me ah, meet with ah, that ah, other person.

April 10, 2000                                      U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                               00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:              Okay.

SGT. SMOLYANSKI:     Ah, talk and explain what ah, and ah maybe Wednesday, or Thurs,
                     Thurs, uh, Thursday, I give you money and I tell you this so.

FULLER:              (U/I) main person then, okay.

SGT. SMOLYANSKI:     Okay.

FULLER:              Fine. Very good.

SGT. SMOLYANSKI:     Okay. Do you want meet here or?

FULLER:              No, from here on we're going to meet ah, in more secure
                     surroundings. Okay, and I don't have any problem coming to you, if
                     you, if you want me to

SGT. SMOLYANSKI:     Okay. I mean, I can ah, ah, rent room.

FULLER:              Okay.

SGT. SMOLYANSKI:     Or I can ah, I no want to count money here, you know.

FULLER:              (U/I).

SGT. SMOLYANSKI:     No, no, no.

FULLER:              Um, and, and I'll have everything set up in the next day or so, (U/I).

SGT. SMOLYANSKI:     Okay.

FULLER:              But you give me a call. Today's Monday.

RAFFA:               Monday.

SGT. SMOLYANSKI:     Monday.

FULLER:              You call me Wednesday, I'll have everything ready to go.

42

April 10, 2000                                          **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                                   00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Okay, and Thursday, we'll meet and ah.

FULLER:                Yeah Thursday, done. We got to meet first thing in the morning,
                       have it set up, ah, and then have that person go with me right over to
                       the attorney's office and bah.

SGT. SMOLYANSKI:        Okay. Good.

FULLER:                And then, I'll make banking priorities and etcetera.

SGT. SMOLYANSKI:        Okay.

FULLER:                (U/I). Yeah that might work okay.

RAFFA:                 Um, could you go to um, Lake Worth?

FULLER:                West Palm Beach.

SGT. SMOLYANSKI:        Oh, no, I'm too.

FULLER:                Okay, that's fine.

SGT. SMOLYANSKI:        Yeah, (U/I). I ah, I in Miami, Fisher Island and ah.

FULLER:                I understand, not a problem, we'll work it out.

RAFFA:                 Yeah.

FULLER:                I'll come down to you, you get us a nice room some place and away
                       we go.

SGT. SMOLYANSKI:        Okay.

FULLER:                Get something.

SGT. SMOLYANSKI:        Okay.

FULLER:                Sound good?

43

April 10, 2000                               U.S. v. Henry McFliker, et al.
4:20 p.m. - 5:00 p.m.                        00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Yeah.

FULLER:                 That's fine.

SGT. SMOLYANSKI:        Yeah, um, I ah.

                        [Static]

                        [Pause in conversation]

FULLER:                 I got shot a couple time when I was in the Army in the legs.
                        Vietnam. Stupid young. You do what you fuck got to do. It'll be all
                        right but I was too young, too stupid, you know. Take too much
                        balls, and no brains. Now I'm paying for it. I got shot five times.

RAFFA:                  (U/I).

FULLER:                 Tell him, my leg was bothering, I tell him I got hit in Vietnam.

RAFFA:                  Yeah. Like you said, all balls, no brains. (Laughs). I learned that.

                        [U/I background conversation - Walking sounds]

FULLER:                 You'll, you'll, you'll call me on ah, Wednesday and we'll be ready
                        to go Thursday morning.

SGT. SMOLYANSKI:        Thursday.

FULLER:                 Done. We'll meet, yeah, and then he's gonna have to come with me
                        to ah, wherever I send him. He'll come up here and then we'll (U/I).
                        Um, we're going to need to, we're going to need to (U/I).

RAFFA:                  Oh, that's true. (U/I).

FULLER:                 Yeah, I'm just saying though. (U/I). I have it all right here and ah,
                        probably John Nemo (phonetic) at the bank and all (U/I). We'll try
                        to get it all set up in (U/I) so that I by noon or 1:00 o'clock on
                        Thursday everything is (U/I). And then plus John, (U/I) in a day or
                        two.

April 10, 2000                                    <u>U.S. v. Henry McFliker, et al.</u>
4:20 p.m. - 5:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                    You ah, you need a ride?

SGT. SMOLYANSKI:          No, I have a taxi waiting for me.

RAFFA:                    Oh, you have waiting.  Oh.

                          [Walking sounds]

FULLER:                   (U/I).

RAFFA:                    (U/I).  (U/I).  I'll give you a call in the (U/I).

FULLER:                   Yeah, give me a call.

RAFFA:                    (U/I) have someone move faster.  This is, this is the right way to do
                          it.  Want to move fast, we're fast too.

SGT. SMOLYANSKI:          Okay.

RAFFA:                    We'll talk.

SGT. SMOLYANSKI:          All right.

RAFFA:                    This is the right way.

SGT. SMOLYANSKI:          Okay.

RAFFA:                    Okay?

SGT. SMOLYANSKI:          Thank you very much.

RAFFA:                    Thanks a lot.  I'll see you later.

SGT. SMOLYANSKI:          Bye-bye.


                    END OF THIS CONVERSATION


                              45

April 10, 2000                                  **U.S. v. Henry McFliker, et al.**
4:20 p.m. - 5:00 p.m.                           **00-6181-Cr-Huck**
Meeting - Hilton Hotel

| | |
|---|---|
| SGT. SMOLYANSKI: | All right, let's get out of here. |
| S/A GLASS: | How'd it go? |
| SGT. SMOLYANSKI: | Ah, I got 'em, I got 'em. |
| S/A            : | We're headed out.  I got Pete, we're ah, 5 back to the office, ah. |
| SGT. SMOLYANSKI: | Tell him if they can take that number down and he'll probably use valet.  If Glen can come out and ah, and you, and uh, the gun went to the john, uh, what's his name, David, it went to John so. |
| | [Beeps] |
| S/A            : | What did you say? |
| S/A GLASS: | I said I got Pete, we're leaving.  Ah.  We leaving so hopefully, you know.  I got to get a hold of Gary, see if he can start pulling tags.  Hey ah went to the John. |
| S/A            : | Yeah, I got, I got both of 'em. |
| | [Beeps] |
| SGT. SMOLYANSKI: | Okay. |
| S/A GLASS: | Yeah, (U/I).  See what car he has, just grab a tag and, and call it.  I can't get a hold of Kay, but ah we got business cards and everything, there's no need to spook them on this. |
| SGT. SMOLYANSKI: | Take 95 south. |
| | [Beep] |
| S/A            : | Yeah (U/I). |
| | [Zipper] |

46

**April 10, 2000**                                    <u>**U.S. v. Henry McFliker, et al.**</u>
**4:20 p.m. - 5:00 p.m.**                             **00-6181-Cr-Huck**
**Meeting - Hilton Hotel**

S/A                    :          **One** set up this whole package on foot.  Ah, I don't thing we need.


END OF TAPE RECORDING

47

**UNITED STATES v. HENRY HARRY MCFLIKER, et al.**
**00-6181-Cr-HUCK**

DATE:              APRIL 13, 2000

TIME:              12:10 P.M. - 1:00 P.M.

TYPE:              MEETING - HILTON HOTEL

PARTICIPANTS:      SERGEANT PETER SMOLYANSKI
                   JOHN RAFFA
                   MICHAEL FULLER

LANGUAGE(S):       ENGLISH & *RUSSIAN*

REFERENCE:         TAPE NUMBERS 29 & 30

---

SGT. SMOLYANSKI:   How do you do?

RAFFA:             How are you?

SGT. SMOLYANSKI:   Okay.

                   [Background noise]

RAFFA:             Good to see you.

SGT. SMOLYANSKI:   So ah, I ah, have coffee and water.

RAFFA:             Good, we can use a little coffee.  I had a late night.

SGT. SMOLYANSKI:   I'm sorry.

RAFFA:             I had a late night last night.

SGT. SMOLYANSKI:   (U/I)?

RAFFA:             No, I went to a black tie with a lady.

SGT. SMOLYANSKI:   Oh, ah, a, a party.

April 13, 2000                          U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                  00-6181-Cr-Huck
Meeting - Hilton Hotel

| | |
|---|---|
| RAFFA: | **Yeah**. It was wonderful. |
| | [Static] |
| SGT. SMOLYANSKI: | Um, ah Mike is late. |
| RAFFA: | Few minutes. |
| SGT. SMOLYANSKI: | I have. |
| RAFFA: | No, I mean literally five minutes. |
| SGT. SMOLYANSKI: | Okay. I have. |
| RAFFA: | I spoke to him and he was on ah, already passing through ah (U/I). But this give us a chance to talk. |
| SGT. SMOLYANSKI: | Okay. |
| RAFFA: | Um, what, **would** you use Mike may be too cumbersome. Do you know what that means? Um. |
| SGT. SMOLYANSKI: | (U/I). |
| RAFFA: | It may be too slow. Um. |
| SGT. SMOLYANSKI: | Slow, (U/I). |
| RAFFA: | You know a lot ah, a lot of different things. If you're not, if that doesn't work for you, I'll explain it to him, okay? |
| SGT. SMOLYANSKI: | Um hm. |
| RAFFA: | Um, he's very, very, very, very careful, Mike. He does this **then** this **then** this then this then this and this, where sometimes you really only need to do this and this and this. You follow me? |
| SGT. SMOLYANSKI: | Okay, yeah. |

2

April 13, 2000                               **U.S. v. Henry McFliker, et al.**
12:10 p.m. - 1:00 p.m.                      **00-6181-Cr-Huck**
Meeting - Hilton Hotel

| | |
|---|---|
| RAFFA: | So if you don't like what he wants to propose, fine. |
| SGT. SMOLYANSKI: | No, I ah, I, I like to, to make more, to do more. |
| RAFFA: | Right, exactly. Um, when I tell you my other avenues, okay, but that (U/I) is basically, you'll be getting wire transfers from a number of different companies. |
| SGT. SMOLYANSKI: | Okay. |
| RAFFA: | Today you're buying furniture. You won't see the receipt, but we'll, I'll make sure we hold on to a receipt. |
| SGT. SMOLYANSKI: | Okay. |
| RAFFA: | Just in case. Next time telephones, next time race horses, (U/I). |
| SGT. SMOLYANSKI: | With cash. |
| RAFFA: | You're buying, (U/I) with cash. Now for this, for you and me today, you give me today, tomorrow, Monday to make two deposits. Okay? Tuesday afternoon, ma uh, this time. |
| SGT. SMOLYANSKI: | Um hm. |
| RAFFA: | U.S. time. |
| SGT. SMOLYANSKI: | Um hm. |
| RAFFA: | We send the wire transfer. |
| SGT. SMOLYANSKI: | To Cayman Islands. |
| RAFFA: | To wherever you feel like, yeah. |
| SGT. SMOLYANSKI: | Cayman. |
| RAFFA: | And we'll send you. |

April 13, 2000                              U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                      00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        (Coughs).

RAFFA:                 Copy that it went into the bank, it went, the wire transfer was sent.

SGT. SMOLYANSKI:        Okay.

RAFFA:                 Cause once the wire transfer's sent, between the banks, you know.

SGT. SMOLYANSKI:        Okay, I ah, I ah, ah, (U/I) ah, but ususally you keep ah, 15.

RAFFA:                 Hm.

SGT. SMOLYANSKI:        Percent.

RAFFA:                 Hm.

SGT. SMOLYANSKI:        Okay?

RAFFA:                 Right.

SGT. SMOLYANSKI:        And ah, that, the second time.

RAFFA:                 And then we go to the other person, the people we're going to.

SGT. SMOLYANSKI:        Okay.

RAFFA:                 But we'll talk about that when you come back.  I, as you may have
                       understood my, I know you checked me out, that's fine.

SGT. SMOLYANSKI:        I, I (U/I).

RAFFA:                 Of course.  You have to.

SGT. SMOLYANSKI:        I talked, I talked to Henry, Henry ah, says he know you, he trust you.
                       He doesn't know ah, Michael.

RAFFA:                 Well, I know Mike, and I trust Mike, and I understand that I'm vou,
                       that I'm vouching for Mike, I understand that, okay.

4

April 13, 2000                                          <u>U.S. v. Henry McFliker, et al.</u>
12:10 p.m. - 1:00 p.m.                                  00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:       Okay.

RAFFA:                 Um, I am a man of honor and I understand that you are also a man of
                       honor.

SGT. SMOLYANSKI:       Um hm.

RAFFA:                 And ah, you notice no weapon.

SGT. SMOLYANSKI:       Oh no, why ah.

RAFFA:                 You know, no tape recorders.

SGT. SMOLYANSKI:       No, no, this is no.

RAFFA:                 This is two friends sitting, enjoying their cup of coffee together.

SGT. SMOLYANSKI:       Yeah.  I, I don't want ah.

RAFFA:                 I don't want craziness, you don't either.  We're getting too old for
                       that shit.

SGT. SMOLYANSKI:       No, I ah, ah, I lost many friends.

RAFFA:                 Me too.

SGT. SMOLYANSKI:       That ah, ah, my.

RAFFA:                 For stupid stuff.

SGT. SMOLYANSKI:       My.  No, no stupid.  Ah my friend went to Colombia was ah sending
                       cocaine to Russia.

RAFFA:                 Hm.

SGT. SMOLYANSKI:       And he disappear.

RAFFA:                 Mmm.

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Ah, and ah, one more friend ah, ah, my partner was ah, here in Miami ah, buying cocaine from Cubans, killed. He brought ah, he brought money and they killed him.

RAFFA:                 Well that's why I'm saying to you, we're too old for that crazy shit.

SGT. SMOLYANSKI:        Okay, I don't want (U/I), I don't want to touch weapon, I ah, I finance cocaine deals, but I don't want to touch cocaine, I don't want to buy.

RAFFA:                 When you and, when you and I see each other from now on, what you do with Michael from now on you do with Michael. When you and I see each other, just you, just me. We meet as friends, we meet sometimes (U/I), oh I just bought a new boat, sometimes you come in the boat, sometimes you go to a restaurant (U/I).

SGT. SMOLYANSKI:        (Coughs).

RAFFA:                 Nice and easy, (U/I).

SGT. SMOLYANSKI:        (U/I) I want some coffee.

RAFFA:                 All right.

                       [Pause in conversation]

RAFFA:                 So, the other thing between us that I want to make straight is that, I know a lot of people, and because I'm saying, I say that to you because of this reason, somewhere down the line I may get a phone call that says stop, stop, stop doing it.

SGT. SMOLYANSKI:        Oh.

RAFFA:                 Okay?

SGT. SMOLYANSKI:        Wha, why?

RAFFA:                 Um, in the U.S. a lot of people look at you.

SGT. SMOLYANSKI:        Oh, you mean ah, police.

6

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                  Mmm, yeah.

SGT. SMOLYANSKI:        Oh.

RAFFA:                  So you know, I know when, I know when to say, if I say to you, let's
                        say it's two months from now, and I say to you Alexander, let's not
                        see each other for thirty days. You'll understand what I'm saying.

SGT. SMOLYANSKI:        Oh, okay.

RAFFA:                  Yeah, just so you know, cool down.

SGT. SMOLYANSKI:        Okay, ah, for now, ah, I ah, ah, I understand you take care of Henry.

RAFFA:                  Right.

SGT. SMOLYANSKI:        Okay, because I pay too much money.

RAFFA:                  Henry was, what Henry is doing is doing you a favor.

SGT. SMOLYANSKI:        Oh ah, but Henry will talk, with Henry cause you owe, I said.

RAFFA:                  No, no, no, no, he doesn't mean, he doesn't mean.

SGT. SMOLYANSKI:        Oh.

RAFFA:                  He said some day he will get paid. And you will find, after a while
                        between you and I, Henry do, Henry would have done you, this is
                        going, you're gonna look at this as a favor some time down the, and
                        when you, and when you do, good, but that's what he means.

SGT. SMOLYANSKI:        What, what ah favor, what (U/I).

RAFFA:                  Henry, you know what, Henry doesn't need the money.

SGT. SMOLYANSKI:        He's got ah, money.

RAFFA:                  (U/I).

7

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:    But ah, he wants.

RAFFA:             (U/I).

SGT. SMOLYANSKI:    To do business with me too?

RAFFA:             Yeah.  But, you know, open, up front.  He might need a favor like
                   some times you may need (U/I) Russia.

SGT. SMOLYANSKI:    No, but I ah.

RAFFA:             He may need to call you if he needs help.

SGT. SMOLYANSKI:    No, I but not to, to, I need to (U/I) Henry today at a meeting.

RAFFA:             Yeah.

SGT. SMOLYANSKI:    I meet with ah, Henry and he wants to do, to do business too.

RAFFA:             Okay.  You know.  You do whatever, your business is your business.
                   (U/I).

SGT. SMOLYANSKI:    (U/I).

RAFFA:             Michael's Michael.

SGT. SMOLYANSKI:    (Clears his throat).

RAFFA:             We all want to feed our families, that's all we're trying to do.

SGT. SMOLYANSKI:    Ah, ah, how much money maximum can you move?

RAFFA:             Um, I'd say, when you come back we'll discuss it specifically, but
                   without anyone looking, maybe two, two and a half a week.

SGT. SMOLYANSKI:    Two and a half million or 200, 200,000?

RAFFA:             Yeah.

8

April 13, 2000                                      U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                              00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:         Okay.

RAFFA:                  Yeah, cause you know, why get too crazy.

SGT. SMOLYANSKI:         You forget.  Yeah, because I, I, I do a little bit (U/I).

RAFFA:                  Yeah, right, right.

SGT. SMOLYANSKI:         (U/I).

RAFFA:                  This way it's, it's very spread out and.

SGT. SMOLYANSKI:         Yeah.

RAFFA:                  Yeah, that's definitely the right way to go.

SGT. SMOLYANSKI:         Hm.

RAFFA:                  You know a little bit here, a little bit there.

SGT. SMOLYANSKI:         Um hm.  They did not bring the (U/I).

RAFFA:                  But, and as I say, as we go along, if you say to me John, I need to push back, fine.  If I say to you Alexander I need to push back, fine.  You know what I mean?

SGT. SMOLYANSKI:         Okay.

RAFFA:                  Cause we, cause we both will have a lot of different things that come into our lives and we have to.

SGT. SMOLYANSKI:         Oh yeah, I mean (U/I).  What ah, where, where, Michael?

RAFFA:                  Ah, he called me, we was at ah, Fort Lauderdale.

SGT. SMOLYANSKI:         Oh.

RAFFA:                  Ah, on the road.  Do you want to, do you want to give me this (U/I) you and I?

April 13, 2000                                      **U.S. v. Henry McFliker, et al.**
12:10 p.m. - 1:00 p.m.                              00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:     Ah,I want ah, first ah, I have ah, my ah, partner bring 100 for Michael, and then maybe ah, 130, or 115, 100 for you.

RAFFA:               Okay.

                     [Static]

RAFFA:               (U/I).

SGT. SMOLYANSKI:     He is on ah, he's on ah.

                     [Beep]

SGT. SMOLYANSKI:     (On telephone). Hello, ah, ah, *do you know if the other one is here or you did not see him? Good.*

                     [Knock]

SGT. SMOLYANSKI:     *Okay, I think it's him. Goodbye.*

                     [Door]

FULLER:              Hey guy. Alexander, I am sorry I'm late, my wife had to have surgery.

SGT. SMOLYANSKI:     Oh, I'm sorry.

FULLER:              (U/I).

SGT. SMOLYANSKI:     Um, (U/I).

FULLER:              You were already sitting there, let me sit here.

SGT. SMOLYANSKI:     You, you want coffee?

FULLER:              No, the water would be good. I'm kind of living on coffee. Hospital coffee's the worst.

RAFFA:               Oh.

April 13, 2000                              <u>U.S. v. Henry McFliker, et al.</u>
12:10 p.m. - 1:00 p.m.                      **00-6181-Cr-Huck**
Meeting - Hilton Hotel

SGT. SMOLYANSKI:     Okay, what ah, what you need to ah, from me?

FULLER:              Okay, so that we again, you understand, okay, I want to show you
                     exactly what we're doing.  Let me pour myself some water.

                     [Noises in background]

FULLER:              (U/I) now.

                     [Beep]

FULLER:              This basically gets the ball.

SGT. SMOLYANSKI:     Um hm.

FULLER:              Okay, there's 5 million dollars in receivables, $5,349,000 dollars.

SGT. SMOLYANSKI:     Um hm, I don't, I.

FULLER:              But I mean.

SGT. SMOLYANSKI:     (U/I).

FULLER:              You have, I'm trying to und, show you.  Okay.

SGT. SMOLYANSKI:     Okay so.

FULLER:              You, you're, we're going to form a company which has already been
                     done, okay?

SGT. SMOLYANSKI:     Um hm.

FULLER:              These assets are going to be owned by that company who's gonna be
                     owned by the man that you give me.

SGT. SMOLYANSKI:     Um hm.

FULLER:              **Okay.**  His social security number will get a tax id number, and then
                     we'll get a bank account with that and then each month, you'll get a

April 13, 2000                                      **U.S. v. Henry McFliker, et al.**
12:10 p.m. - 1:00 p.m.                              00-6181-Cr-Huck
Meeting - Hilton Hotel

|  |  |
|---|---|
|  | check that will go into that account for the agreed upon amount of money. |
| SGT. SMOLYANSKI: | Ah, I give you money and you. |
| FULLER: | (U/I). |
| SGT. SMOLYANSKI: | (U/I). |
| FULLER: | Right. |
| SGT. SMOLYANSKI: | With (U/I). |
| FULLER: | And then this company, whatever ABC company now has 5 million dollars worth of assets starting today, these assets. We have 25 million more as we go along. |
| SGT. SMOLYANSKI: | What's the, why can't we do more then 100. |
| FULLER: | You have to be careful, to begin with. We probably can get it up to much more, but got to go slow. |
|  | [Beep] |
| SGT. SMOLYANSKI: | I ah, call to a friend of mine. |
| FULLER: | Understood, I understand. Water ahhhh. |
|  | [Brief pause in conversation] |
| SGT. SMOLYANSKI: | (Coughs). |
| RAFFA: | (U/I). Whenever you're done. |
| FULLER: | Of course. |
| RAFFA: | And I'll call you when I (U/I). |
| FULLER: | It's, it's, sometimes in here it's hard you know, to get out. |

12

April 13, 2000                                    <u>U.S. v. Henry McFliker, et al.</u>
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Yeah.

RAFFA:                  Pull the antenna up, no?

SGT. SMOLYANSKI:        Ah, yeah, maybe.

                        [Dialing]

SGT. SMOLYANSKI:        (On phone) *Tell him to bring the money yes, now. Yes, yes. Bye.*

FULLER:                 Alexander?

SGT. SMOLYANSKI:        Yes.

FULLER:                 I know you want to move quick, but slow in the long run will get us
                        to the same place no problems. When we're all done with this there
                        won't, that, the company that, that will receive this money will have
                        a value of 25 to 30 million dollars. And it's gonna be receiving
                        revenue off that of approximately 20 to 30 percent, that's doable, that,
                        that, that's acceptable accounting practices, nobody will question any
                        of that.

SGT. SMOLYANSKI:        But ah, I do not understand, I put money and take debt.

FULLER:                 Right, in other words you now own 5 million dollars. Okay?

SGT. SMOLYANSKI:        But no money.

FULLER:                 No money now. Now, I then, okay, we have 5 million, you own it,
                        okay, or ABC company owns it. Then my company collects. I pay
                        it each month what I owe you, and all of these will be how we do it.
                        Okay?

SGT. SMOLYANSKI:        But why cannot I pay all 5 million dollars?

FULLER:                 It can't work that way because it has to look as if the people who are
                        on this sheet are going to be paying. So Mrs. Jones owes $5,000
                        dollars, and Mrs. I send Mrs. Jones a letter he says okay, I'll pay you
                        $3,000 dollars. You understand and then she pays $3,000 dollars.

13

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

That's how it happens, you got it so it's exactly how it is done all along. I've been doing this for, since 1982. I'm like my own business. I can't go outside what my own business looks like.

SGT. SMOLYANSKI:        (Coughs).

FULLER:                 Once we get going on this, we can buy bigger and bigger pieces. There are some that have balances of 15 to 20,000 dollars, so then maybe you can take 10,000 or I could, you see what I'm saying so that it looks like what I do. I collect money, and it can't be in big chunks, 3,000 here, 1,000 here, 852 here, it has to be like that. So it has to equal something like that, so when the, when they look in my computer system, it matches with that.

RAFFA:                  So what he's (U/I), every day he puts into his account 2,000, 5,000. The next day he puts in 400. The next day he puts in 6,000. That's why he's, when you're saying it takes thirty days, every day of those thirty days, he puts a little bit, a little bit more in, then (U/I).

FULLER:                 Right. And then, then each month we put maybe 1, 150 the next month, and then maybe 200.

RAFFA:                  And then.

FULLER:                 Slow.

RAFFA:                  And then after the bulk, and since you, since your company owns it, he sends a check to your company that says this is what we collected.

FULLER:                 This is what I owe.

RAFFA:                  This is what we owe you, as a legitimate company. That's why he meant, that he, remember he said, he was talking about the thirty days, (U/I) every single day just a little bit, little bit, little bit, little.

SGT. SMOLYANSKI:        Oh I, I (U/I).

RAFFA:                  And at the end of the month, it's one check is fine because then you can show this check represents $1,000 dollars, $300 dollars, $5,000

14

April 13, 2000                          U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                  00-6181-Cr-Huck
Meeting - Hilton Hotel

|  | dollars, (U/I). |
|---|---|
| FULLER: | And the bank, and the bank's on my, my computer system so they're gonna see it all. |
| SGT. SMOLYANSKI: | (Coughs). |
| FULLER: | And they know I'm getting ready to expand because my wife is so sick I have to, can't do hardly anything, but we were getting ready to expand. So they know that, they were expecting, they were expecting to see my volume go way up, like it has in the past, and now it can. And, but it has to be done properly and slowly. You, you must have looked into my background a little bit. |
| SGT. SMOLYANSKI: | I, I (U/I). I don't, I ask ah, Henry says he trust ah, John, ah, and John. |
| FULLER: | Twenty years. Twenty years. How, how long we go back, twenty years. |
| SGT. SMOLYANSKI: | With John. |
| FULLER: | And, and, and with our family. So, and I've been at the same place for eighteen years. Same place. You understand what that means, I, I've earned the credentials that will allow us to do this, but slowly, slowly. |
| SGT. SMOLYANSKI: | (U/I). |
| FULLER: | Well we're go, we're working on that with John, but in the long run, you need two, two or three ways to do this, not just one. And, and I've been here. |
| RAFFA: | Listen, (U/I). |
| FULLER: | I know companies right now that are doing this, that are doing 100 million dollars a year, but the (U/I) over night. I'm saying we could go further but it has to be done appropriately and slowly. |
| RAFFA: | Which is as we talked earlier, it's the right, a little bit through here, |

15

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

a little bit through this (U/I), a little bit from there.

SGT. SMOLYANSKI:     (U/I).

RAFFA:               Yeah.

FULLER:              Right.

SGT. SMOLYANSKI:     With you and a little bit with you John and then with Henry.

RAFFA:               Yeah.

FULLER:              Correct.

SGT. SMOLYANSKI:     And um, ah.

RAFFA:               And then this way there's no (U/I).

FULLER:              Old, old, old saying from grandmother, don't keep all eggs one basket.

RAFFA:               Remember I told you that the other day.  That's an American expression.

FULLER:              Okay?

SGT. SMOLYANSKI:     Um hm.  But ah.

FULLER:              My grandmother was Sicilian.  John's grandmother was Sicilian.

RAFFA:               I'm Sicilian.

FULLER:              So, the grandmother says that.

SGT. SMOLYANSKI:     Okay.

RAFFA:               Cause if you drop your basket, all your eggs break, but if you drop one basket, you still have eggs over here.

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        Mmmm.  Okay.

FULLER:                 See we're, we're teaching you American.

SGT. SMOLYANSKI:        American.

FULLER:                 Expressions.

SGT. SMOLYANSKI:        Well in, in, in Russia is ah, same.

RAFFA:                  Yeah.

FULLER:                 It has, has to be.  It's, it's universal.

SGT. SMOLYANSKI:        In Russia you say you do not ah, ah, bet ah, your money on (U/I).

                        [Knocking]

RAFFA:                  Right, exactly.

                        [Knocking - Door]

SGT. SMOLYANSKI:        Okay.  *Okay, you can go now.*

S/A            :        *Yes.*

                        [Background noise]

SGT. SMOLYANSKI:        Ah, okay, you wanna.

FULLER:                 Okay.

                        [Noises]

RAFFA:                  Can you have these in Russia.

SGT. SMOLYANSKI:        (Coughs).  Ummm, (U/I).

RAFFA:                  Before you leave to go home.

17

April 13, 2000                              U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                      00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:             Yeah.

RAFFA:              Buy some of these.

SGT. SMOLYANSKI:    What is this?

RAFFA:              They're trad, this shows whether or not it's ah, real.

FULLER:             Or counterfeit money.

RAFFA:              Or counterfeit money.

SGT. SMOLYANSKI:    Oh.

RAFFA:              Yeah, and all you do is this.  Here, show him.  If it's brown.  Go on.
                    If it's brown, it's good.

SGT. SMOLYANSKI:    I, I see, if it's brown.

FULLER:             Yeah.

RAFFA:              Yeah.  If it's this color, it's good.  Okay?

SGT. SMOLYANSKI:    And what color no good?

RAFFA:              Black.

SGT. SMOLYANSKI:    Black.

FULLER:             And all these are probably gonna be good but we'll, see, it's good.

SGT. SMOLYANSKI:    Oh.

FULLER:             (U/I).

SGT. SMOLYANSKI:    Where do you buy?

RAFFA:              In um, Office Depot.  Uh, Office Depot the, any place where there's
                    office supplies.

18

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:        (Coughs).  Okay.

RAFFA:                 They're good to have.  When you, when someone gives you, the
                       easiest way, you just do this, just make one little.

SGT. SMOLYANSKI:        Oh, okay.

RAFFA:                 And this way you can and then when you take them one at a time you
                       only see a little, little piece.

SGT. SMOLYANSKI:        I see.

FULLER:                All right John, let's, since you took that one, let's go ahead and take
                       this (U/I), okay, (U/I).

RAFFA:                 (U/I).

FULLER:                Okay.

RAFFA:                 See.

FULLER:                Okay.

RAFFA:                 But see, but.

SGT. SMOLYANSKI:        You want to, count?

RAFFA:                 This is.  You gonna count?

FULLER:                John, that's up to you.

RAFFA:                 Count one and see if they're all the same size.

FULLER:                Okay.

RAFFA:                 That's easy.

FULLER:                And this one is not.

19

April 13, 2000                          U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                  00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                  This is one of the best inventions, ever made.

SGT. SMOLYANSKI:        Um hm.

RAFFA:                  (U/I) in the U.S. hundreds are good, 20's are bad.  You got to be very
                        careful with 20's.

SGT. SMOLYANSKI:        Um hm.  Ah, a hundred bad some time, no?

RAFFA:                  Yeah, but not as much as 20's.

FULLER:                 20's are counterfeited, uh, 100 times more than 100's.

SGT. SMOLYANSKI:        Hmm.

FULLER:                 And 10's are counterfeited 100 times more than 20's.

SGT. SMOLYANSKI:        Oh.  (Coughs).

FULLER:                 But there are bad 20's, but where they come from is not here, they
                        come from overseas.  Iran, Iraq, places like that.

SGT. SMOLYANSKI:        I deal with ah, ah, so much money 1, I can't have 10's, 20's.

FULLER:                 Right, right, I know.

RAFFA:                  Yeah, no, exactly.

FULLER:                 Right.

RAFFA:                  Now you know when you go home, make sure you get some pens
                        before you go home.

SGT. SMOLYANSKI:        Oh, okay.

RAFFA:                  And then when you go home you're gonna say that John knew what
                        he was talking about.

SGT. SMOLYANSKI:        (Laughs).

20

April 13, 2000                                    U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                            00-6181-Cr-Huck
Meeting - Hilton Hotel

RAFFA:                I don't know if it works with foreign currency. I would think so.

SGT. SMOLYANSKI:      But I don't ah, I deal with United States dollars.

RAFFA:                Oh. It works the best with U.S. A wonderful invention. The guy
                      who made this pen makes more money than everybody.

SGT. SMOLYANSKI:      Hm.

RAFFA:                Just like the guy who made the, the sticks, the sticky paper.

SGT. SMOLYANSKI:      Um hm.

RAFFA:                He made more money than everybody.

SGT. SMOLYANSKI:      Hm.

FULLER:               You know his son was ah, Irene, you know sang in Bob
                      Montgomery's church.

RAFFA:                Hm.

FULLER:               And, and his son was the one that, that ah, the, the son, the guy that
                      made those sticky notes, he bought the church and con, and
                      contributed the land and the church, just did it out of his pocket. That
                      was that all that ran the church that those guys got into. Ten million
                      bucks, he just put it on the table like it was nothing. (Chuckles). So
                      them sticky notes is real good.

RAFFA:                Yeah, they make, they do real good. In the old days you had to take
                      it and.

FULLER:               Oh Jesus Christ.

RAFFA:                Pain in the ass.

SGT. SMOLYANSKI:      Um hm.

RAFFA:                Oh my God you can't, you can't do that now. See how quick this is

21

April 13, 2000                                  U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                          00-6181-Cr-Huck
Meeting - Hilton Hotel

|  |  |
|---|---|
|  | though. |
| SGT. SMOLYANSKI: | Um hm. |
| RAFFA: | When you go, when you go home, I'm sure you have people say, tell you to bring stuff. |
| SGT. SMOLYANSKI: | Souvenirs. |
| RAFFA: | Souvenirs. |
| SGT. SMOLYANSKI: | Right. |
| RAFFA: | What do they want, what do they ask for the most?  Jeans ah. |
| SGT. SMOLYANSKI: | No ah, ah, American dollars. |
| RAFFA: | (Laughs).  Mickey Mouse ears, (U/I). |
| SGT. SMOLYANSKI: | (U/I). |
| RAFFA: | Always for the kids. |
|  | [Pause in conversation - Noises in background] |
| FULLER: | (U/I). |
| RAFFA: | Okay.  (U/I) while I was doing this, while I'm standing here being silly. |
|  | [Pause in conversation] |
| SGT. SMOLYANSKI: | If um, if I ah, I spent a lot of time in, in Russia.  And ah, took my partners ah, if ah, ah, if some time they maybe bring a lot of ah, girls sometime they ah, they, they sell you know, cocaine. |
| RAFFA: | Right, (U/I) sure. |
| SGT. SMOLYANSKI: | Ah, and I call from Moscow and ask can you take half, half a million. |

22

April 13, 2000                                      **U.S. v. Henry McFliker, et al.**
12:10 p.m. - 1:00 p.m.                             00-6181-Cr-Huck
Meeting - Hilton Hotel

| | |
|---|---|
| FULLER: | Yes, yes. |
| SGT. SMOLYANSKI: | And then, then you put. |
| FULLER: | Correct. |
| SGT. SMOLYANSKI: | And then you put. |
| FULLER: | Correct. |
| SGT. SMOLYANSKI: | Every month ah. |
| FULLER: | I'm going to be getting a, a secured cell phone. I'll give you that number ah. |
| SGT. SMOLYANSKI: | A, a what? |
| FULLER: | Cell phones leave certain types of trails, you're aware of that, the electronic trails that cell phones leave. |
| SGT. SMOLYANSKI: | Like police listen? |
| FULLER: | Yes, correct. |
| SGT. SMOLYANSKI: | Okay. |
| FULLER: | Um, I worked, I was a Green Beret in Vietnam. I worked for the government a long time. I do not trust the government. The gover, my wife was. |
| SGT. SMOLYANSKI: | (Coughs). |
| FULLER: | Dying a little piece at a time now because of the government. If they would step in and help with the medical bills, I'd be in good shape. I owe a quarter of a million dollars in medical bills, and my wife's being eaten alive. So I have, you understand what I'm saying. That doesn't happen in other countries, you know they try to take care of their own. Ah. |

23

April 13, 2000                                           U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                                   00-6181-Cr-Huck
Meeting - Hilton Hotel

SGT. SMOLYANSKI:    You don't have ah, insurance?

FULLER:    Yeah, that's over and above the insurance. She's been in the hospital since August of last year.

RAFFA:    Yeah, nursing homes are very expensive in (U/I).

FULLER:    She had first brain, then heart, now they're gonna take her leg. It's like sin. But, well I have to deal, we have to deal with. So your answer to that's yes. Um, I'll be glad to do that, as we get to know each other, just like you had indicted ah. I won't (U/I) that one John just. Um, we'll see how things go along, we'll go slowly, um.

RAFFA:    I can smoke?

FULLER:    Ah, no smoking John.

RAFFA:    I thought every Russian smoked.

SGT. SMOLYANSKI:    No, I ah, I, I, I stop long time ago.

RAFFA:    Oh.

FULLER:    Me too. I've tried to get him to stop.

SGT. SMOLYANSKI:    (Laughs).

FULLER:    Now, do you want those receivables to keep?

SGT. SMOLYANSKI:    Ah, no, I, I give you, I give you a phone number.

FULLER:    Okay.

SGT. SMOLYANSKI:    Of the American guy.

FULLER:    Okay, all right, all right.

SGT. SMOLYANSKI:    And you.

24

April 13, 2000                                              U.S. v. Henry McFliker, et al.
12:10 p.m. - 1:00 p.m.                                      00-6181-Cr-Huck
Meeting - Hilton Hotel

FULLER:                    I'll take care of it all with him.  Corporation, I provide, okay?  He
                           provides social security number.  I provide all the rest of it.

SGT. SMOLYANSKI:           What you talked about.

FULLER:                    Okay, I'll take care of it all.  He understands that what he has, what
                           I say he has to do, correct, and then it'll be his, no problems.

SGT. SMOLYANSKI:           Yes.

FULLER:                    All right, very good, (U/I).

SGT. SMOLYANSKI:           I even told, I told him ah, ah, you can trust him, I told him that ah,
                           you can ah, ah, you can ah, you know, you can uh, I look ah, ah, *they
                           took the money, go ahead and arrest them.*

                           END OF THIS CONVERSATION

**UNITED STATES v. HENRY HARRY MCFLIKER, et al.**
**00-6181-Cr-HUCK**

DATE:              APRIL 13, 2000

TIME:              2:45 P.M. - 3:05 P.M.

TYPE:              POST-ARREST

PARTICIPANTS:      SPECIAL AGENT GREGORY VECCHI
                   UNKNOWN SPECIAL AGENT
                   JOHN RAFFA
                   MICHAEL FULLER
                   SPECIAL AGENT WERONIK

LANGUAGE(S):       ENGLISH

REFERENCE:         TAPE NUMBER 31

---

S/A VECCHI:        My name is Gregory M. Vecchi. I'm employed as a Special Agent, for the
                   Federal Bureau of Investigation, Miami, Florida. Today's date, April 13th,
                   2000. The time is approximately 11:30 a.m. Case number will be 245H-
                   MM-82334. After the ah, anticipated arrest of ah, subjects John Raffa and
                   Michael F. Fuller, ah, they will be placed into a vehicle for any subsequent
                   ah, unconsensual monitoring of any conversations they may have once they
                   are in custody within the police car. I'll be turning the tape off and I'll turn
                   it back on after the arrests have been effective and they, effected and they are
                   in place.

S/A VECCHI:        (U/I).

UNKNOWN S/A:       249.

S/A VEECHI:        Okay.

                   [Door]

S/A WERONIK:       Watch your (U/I).

UNKNOWN S/A:       Yeah, I'll just go grab my car.

S/A WERONIK:       Yeah.

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
2:45 p.m. - 3:05 p.m.                              00-6181-Cr-Huck
Post-arrest

RAFFA:          Can I ah, get these out from behind me?

S/A WERONIK:    Ah, probably when we transfer cars. He brings his car through, you have to (U/I). You're in his custody basically. Ah, let's see. (U/I).

S/A VECCHI:     2:45 now I guess. Let's get out and then we'll call somebody (U/I).

RAFFA:          All I'm trying to do is.

                [Background noises - Door]

                [U/I whispering - Cough - U/I whispering]

RAFFA:          (U/I) it's the truth, it's the truth.

FULLER:         She's been there like (U/I) years now.

RAFFA:          (U/I) all that shit about, you know how I know that I had to sound like this, it was bullshit. I was fuckin' lying.

FULLER:         (U/I).

RAFFA:          I, I was making myself look big so that this guy didn't come back and try and kill us.

FULLER:         Of course. Of course.

RAFFA:          You know I didn't, you know I didn't have any fucking meeting place.

FULLER:         (U/I) about that. These guys, these. Apparently (U/I).

RAFFA:          Yeah, but I don't have, I can't give 'em any cause I don't, I don't have that much.

FULLER:         (U/I).

RAFFA:          I'd give 'em, I'd give 'em up in a heartbeat.

FULLER:         Oh, well, for sure.

2

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
2:45 p.m. - 3:05 p.m.                             00-6181-Cr-Huck
Post-arrest

RAFFA:            It don't make a difference. And you know you.

FULLER:           Yeah.

RAFFA:            I mean you know the guy's a prick. He put me in a bad spot. All ah, I was
                  trying to. You know is, you can do something for the guy, okay, and I, I, and
                  you, you're in a bad situation with your wife and you're trying to save your
                  business and, okay. Put you together, a one shot deal and you're done, you
                  know. On this, you'd be, you'd be right. This fuckin' Henry guy gets me
                  into a world of shit. And I'll give 'em anything they want on Henry it's.
                  Whatever I can get, I'll give 'em.

FULLER:           Sure. Like I told the guy, if Henry walked in right now, I wouldn't even
                  recognize him. I (U/I) two, three times.

RAFFA:            (U/I) a couple times?

FULLER:           Yeah. And then once in that ah, you know, trying to put that ah, travel club
                  together. And he wasn't even, he just came and said hi and left. And ah.

RAFFA:            And then once we ah, trying to get ah, your girlfriend legal sta. you know,
                  legal status, that's it.

FULLER:           Right.

RAFFA:            I mean, I mean, I don't even remember half of that. I told him to, a couple
                  of times now, that's all.

                  [Door]

RAFFA:            I mean they're looking at me like I'm crazy when I said you know, I wasn't,
                  I, I really wasn't getting anything out of it. They said well why you doing it.

FULLER:           Well I, I told 'em that was the truth, (U/I).

RAFFA:            (U/I).

FULLER:           They asked me, I said I was gonna get twenty-five percent because that was
                  what would be a normal collection fee. And ah, that I was only gonna give

3

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
2:45 p.m. - 3:05 p.m.                             **00-6181-Cr-Huck**
Post-arrest

                you a couple hundred of that. (U/I). He asked me what did I have, and I said I really don't know. I wasn't dealing with him, so I don't know. Just trying to help me out so that my wife don't end up being eaten alive in a nursing home.

RAFFA:          Well you know I didn't (U/I).

FULLER:         I know. But we're in a world of shit. (U/I). Bond on this is a hundred grand. That's, that's.

RAFFA:          (U/I).

FULLER:         And foolish me I brought my weapon cause, I was 'fraid this guy was gonna kill us. (U/I) said aren't you, just, the other way around, and I said well no I. He said well uh, did you have it's (U/I) on, I said no fucking way, I was paranoid the other way around.

RAFFA:          Yeah really. This is why I gave him the whole bullshit story. I was paranoid the guy was gonna fuckin' kill me as soon as I walked in.

                [Pause in conversation]

RAFFA:          (U/I).

FULLER:         (U/I). They asked me if you lent me money to help (U/I). And I said absolutely not, he didn't have any money, to lend me.

RAFFA:          To help (U/I).

FULLER:         Yeah.

RAFFA:          (U/I).

FULLER:         I explained to him about the loss of, how the business caved in. And how my employees (U/I). (U/I). The kicker is now, the thing that I've been trying to avoid the most is gonna happen. There's no way that I can take care of Irene in a nursing home environment with all this going on (U/I).

RAFFA:          (U/I).

4

April 13, 2000                                U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                          00-6181-Cr-Huck
Post-arrest

          [Pause in conversation]

FULLER:        You're absolutely right John. We both had second, thoughts. I go out to the hospital, I see Irene, I cry, I puke.

RAFFA:         Yeah, to be honest with you (U/I) when we walked out with the money, I wasn't going to stick around for the business deal anymore (U/I) myself.

FULLER:        I could tell you were really nervous, and so was I. And when the other guy came in I said uh huh, they're gonna get us when we walk out. (U/I) that other guy.

RAFFA:         Right.

FULLER:        But he played his role well. I said I'm gonna fuckin' end up dying here. And fuckin' (U/I). (Pause). I just had visions of some sort of rip, rip-off (U/I).

RAFFA:         Right.

FULLER:        Against us.

RAFFA:         Against us. (Pause). You know that's why it's so, (U/I), for some new place that you can do this legitimately.

FULLER:        Yeah.

RAFFA:         And if you want to use his account, put money in it, it was his business.

FULLER:        Well, you never know. And they asked me who are the people that are gonna run around and buy all these money orders coming in. I said I am. I was gonna do that myself.

RAFFA:         Right.

FULLER:        I was trying to make myself look bigger.

RAFFA:         Right.

FULLER:        And they said why weren't you gonna do it all? I said I didn't even know

April 13, 2000                                      U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                               00-6181-Cr-Huck
Post-arrest

|  |  |
|---|---|
|  | what to do with it. That's the truth. |
| RAFFA: | Yeah. |
| FULLER: | I didn't know what to do with it. (Pause). Well I didn't even know what a hundred grand looked like that's why I brought the big suitcase. (Laughs). |
| RAFFA: | I know. |
| FULLER: | (Laughs). Oh God. |
| RAFFA: | Yeah, I guess I have a good life, I had (U/I). |
| FULLER: | I would assume they need heavy (U/I). |
| RAFFA: | (U/I). |
| FULLER: | (U/I). Kiwanis, I know, the bail bonds guy, Kiwanis. I would assume that (U/I). |
| RAFFA: | My wife is gonna be, she's going to totally fall apart. |
|  | [Door] |
| FULLER: | (U/I) everybody (U/I). |
|  | [Pause in conversation] |
| RAFFA: | Hm. |
| FULLER: | If they're doing the operation, they're going to do it in twelve minutes. And I asked the guys if they could call in and (U/I) if Irene passed away or something, (U/I) she died (U/I). And I can understand that. |
| RAFFA: | (U/I). |
| FULLER: | You got that brother. |
| RAFFA: | (U/I). |

6

April 13, 2000                                           U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                                    00-6181-Cr-Huck
Post-arrest

FULLER:         John, emotionally we've supported each other emotionally. You, you can't
                ask for more from a friend than that. My wife is dying, you tried to come to
                my assistance. Um. We're trying to do right by her but that, you know, that
                put us in this situation and it's just destroyed both of our lives. (Pause).
                Obviously Henry is the focus of this (U/I).

RAFFA:          Yeah. (U/I).

                [Pause in conversation]

FULLER:         From what I could remember of him he seems like a very innocuous guy.
                Kind of short and stocky.

                [Pause in conversation]

RAFFA:          These handcuffs hurt.

FULLER:         Yeah, I know. I started having ah, pressure on my chest. (U/I) he gave me
                (U/I) medication so (U/I). They, they explained to me that we're gonna go
                to Broward, stay here. (U/I). Elian Gonzalez is. Bad things I guess are
                happening in Miami, so everybody that would be available to do the
                magistrate and all that stuff is down there trying to you know, make peace of
                it all. They can't even get us to go to jail.

RAFFA:          I don't think they're gonna get us to go home. I mean how bad guys can
                possibly cover up fucking small chickens.

FULLER:         I know I.

RAFFA:          Trying to get.

FULLER:         (U/I).

RAFFA:          Trying to get a life back together.

FULLER:         Again, I think these guys know that, but they got a job, you know, they gotta
                do. They've treated us both with respect. I'm trying to do the same back to
                them. I'm sure that, that, we're not the people they're looking for. They
                probably don't know anymore than what the hell to do with us than the man

7

April 13, 2000                                   U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                            00-6181-Cr-Huck
Post-arrest

                    in the moon.

RAFFA:              Except doing all that.

FULLER:             Well that's, we participated in that unfortunately.

RAFFA:              Yeah.

FULLER:             Yeah, you're right. (Pause). And the, the pisser of it is that Irene is gonna
                    end up in a fuckin' concentration camp. I mean, what else is a Medicaid
                    nurse going to do. She can't move, she can't talk. Nobody there as her
                    advocate. This (U/I) is too far away. And my doctor's too far away.

RAFFA:              The problem too is that they're into people that help each other (U/I).

FULLER:             Correct. Correct.

RAFFA:              (Sighs).

                    [Pause in conversation]

FULLER:             I know.

RAFFA:              (U/I).

FULLER:             Huh?

RAFFA:              (U/I).

FULLER:             Do you have any vesting John?

RAFFA:              Yeah, I have a pension.

FULLER:             Well that's one thing. It's something. (Pause). John, we're both intelligent,
                    hardworking guys (U/I) on the other end of this, we'll, we'll figure out
                    something. It ain't gonna be easy but we'll figure out something. John, there
                    is ah, and I mean this seriously, there's a huge market right now as the
                    economy begins to go sour. There's cars and trucks and everything that are
                    going away. We probably could make as much money doing locations as, as

                                        8

April 13, 2000                                 U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                           00-6181-Cr-Huck
Post-arrest

|  | we're currently doing right now. Business is (U/I) skip locations on, on lost cars and trucks. You get a percentage of it. So I mean there's, there's ways that we can, you know, work down the road. |
|---|---|
| RAFFA: | I just hope I can get my pension. |
| FULLER: | And so. That's why it's best if we can (U/I). |
|  | [Pause in conversation] |
| FULLER: | And of course, they, you know, they have to be skeptical of everything that, that they see. But I think that they, they've seen enough to realize that you know, it is what it is. (Pause). Okay, I was worried about is, is Irene quite frankly (U/I). She has that operation today and she (U/I) she's gonna be (U/I). (U/I). (U/I). |
| RAFFA: | (U/I) son of a bitch. |
| FULLER: | (U/I) there Tuesday night. If I got over here, would you like scootch a little bit. Give yourself an, an angle, would that help? Can you, can you do that John? |
| RAFFA: | (U/I). |
|  | [Pause in conversation] |
| RAFFA: | Did you realize I wasn't even gonna take it. |
| FULLER: | I know. |
| RAFFA: | I was gonna say (U/I). |
| FULLER: | Right. |
|  | [Pause in conversation] |
| RAFFA: | And I don't need it. I didn't even want it. He kept saying take it, take it, otherwise I wouldn't have. Cause I kept saying no, no, no. |

9

April 13, 2000                                  U.S. v. Henry McFliker, et al.
2:45 p.m. - 3:05 p.m.                            00-6181-Cr-Huck
Post-arrest

FULLER:          Yeah.  I know you did this John for Irene so she wouldn't have to (U/I).
                 (U/I).

                 [Pause in conversation]

RAFFA:           We can't get bailed out tonight?

FULLER:          No.  Cause it's.  Whatever happened with Elian Gonzalez did something
                 really weird in Miami.  I mean normally we could go (U/I) explain (U/I) to
                 Miami.  And go in front of the magistrate and bail would be set. (U/I).  Ah,
                 (U/I) of the circumstances (U/I).

FULLER:          We can't, we can't go out of (U/I).  So, eventually we'll get to the Broward
                 County jail.

                 [Pause in conversation]

FULLER:          As soon as I get out, you (U/I) set up and, what I need to do is to.  You're
                 gonna need to work too, so, this might be a good way to do it, I mean it's not
                 what you wanna do, but you gotta (U/I).

RAFFA:           (U/I).

FULLER:          Neither did I.  I don't know.  I don't know (U/I).

RAFFA:           We've never been in trouble before.

FULLER:          With the gun, they're really upset with me.  But I told 'em the truth, I was
                 paranoid as hell.  That's (U/I) do.

RAFFA:           I'm expecting a (U/I).

                 [Car door opens, car bells]

S/A VECCHI:      Mr. Raffa, we're gonna move you out, okay?  The others are gonna help you
                 (U/I).

                 [Traffic sounds]

**April 13, 2000**                              U.S. v. Henry McFliker, et al.
**2:45 p.m. - 3:05 p.m.**                        **00-6181-Cr-Huck**
**Post-arrest**

S/A VECCHI:          (U/I) right here.

UNKNOWN S/A:         Sorry it took so long (U/I).

                     [Door shuts - Background noises]

S/A VECCHI:          It's 3:05.  Ahhh.


                     END OF THIS CONVERSATION


11

**UNITED STATES v. HENRY HARRY MCFLIKER, et al.**
**00-6181-Cr-HUCK**

DATE:              APRIL 13, 2000

TIME:              4:00 P.M. - 4:45 P.M.

TYPE:              MEETING - MCFLIKER'S OFFICE

PARTICIPANTS:      **SPECIAL AGENT**
                   **SERGEANT PETER SMOLYANSKI**
                   **UNKNOWN FEMALE (U/F)**
                   **HENRY MCFLIKER**
                   **UNKNOWN MALE (U/M)**

LANGUAGE(S):       ENGLISH & *RUSSIAN*

REFERENCE:         TAPE NUMBER 34

---

S/A              :    (U/I) fucking (U/I).

                      [Zipper]

S/A              :    Do you have (U/I).

                      [Shuffling - Zipper]

S/A              :    Okay, you call me?

SGT. SMOLYANSKI:      (Coughs).  Try not to stay on the phone, so he can call you.

                      [Beep]

S/A              :    Okay, he's walking in now.

                      [Pause in conversation]

                      [Car door - Walking sounds - Door]

SGT. SMOLYANSKI:      (U/I).

U/F:                  I'm okay.  How you doing?

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
4:00 p.m. - 4:45 p.m.                             **00-6181-Cr-Huck**
**Meeting - McFliker's office**

| | |
|---|---|
| U/F: | (U/I).  Hey, is.  (Laughs).  I'm okay.  Is Henry back there?  He just walked back in.  Yeah. |
| | [U/I background voices] |
| U/F: | He what? |
| | [U/I background voice] |
| U/F: | Oh, here he is, never mind (U/I). |
| | [Door] |
| MCFLIKER: | Hello Alex, how are you? |
| SGT. SMOLYANSKI: | How do you do, (U/I). |
| | [Background noises] |
| MCFLIKER: | Uh huh.  Good.  This you can do (U/I).  Yeah, that's fine, that's not a problem.  Not a problem. |
| U/M: | (U/I). |
| MCFLIKER: | How are ya? |
| SGT. SMOLYANSKI: | Okay, okay. |
| U/M: | (U/I). |
| MCFLIKER: | No, he wants to take it home tonight. |
| U/M: | No, no.  By the time you (U/I). |
| MCFLIKER: | Yeah, oh yeah.  **Straight business** (U/I).  Okay.  So you're running around, you're going, you're going home tomorrow? |
| SGT. SMOLYANSKI: | (U/I). |

2

April 13, 2000                                    U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                             00-6181-Cr-Huck
Meeting - McFliker's office

| | |
|---|---|
| MCFLIKER: | (Laughs). |
| | [Walking sounds] |
| | [U/I conversation - Walking sounds] |
| MCFLIKER: | Katherine, (U/I). |
| U/F: | Okay. |
| | [Walking sounds] |
| SGT. SMOLYANSKI: | (U/I). |
| MCFLIKER: | Yeah. |
| SGT. SMOLYANSKI: | (U/I). |
| MCFLIKER: | Yeah, you can leave it here. |
| | [Walking sounds] |
| U/F: | (U/I). |
| MCFLIKER: | Further, further. |
| | [Beep] |
| SGT. SMOLYANSKI: | (On phone) Hello Cristina, hello Cristina? Okay. He's ah, his office is ah, ah, as you go inside, it's to the right of several international clocks, large international clocks. Big clocks, okay like a, I think one says Belgrade, one says ah, whatever, different cities under each clock. Okay. So it's. Yeah, like ah, I think one says Belgrade, one says, ah, whatever, different cities under each clock. Okay. So it's, yeah. |
| | [Pause in conversation] |
| SGT. SMOLYANSKI: | (On phone) No, it's, it's, it's, that's, that's easier. I go to go, to the |

3

April 13, 2000  U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.  00-6181-Cr-Huck
Meeting - McFliker's office

left and (U/I) receptionist, in the meantime you go to, you'll, you'll see a large (U/I). Okay? *(U/I)?* Okay. Bye-bye.

[Walking sounds]

SGT. SMOLYANSKI:  (Coughs).

[Pause in conversation]

MCFLIKER:  I called my friends in South Africa.

SGT. SMOLYANSKI:  Okay.

MCFLIKER:  Ah.

[Background noise]

MCFLIKER:  How are you doing?

SGT. SMOLYANSKI:  Oh, okay, ah.

MCFLIKER:  You running crazy.

SGT. SMOLYANSKI:  I um, I had a meeting, meeting with ah, John and I think, I, I counted a hundred, I gave a hundred to John and a hundred to.

MCFLIKER:  To Michael?

SGT. SMOLYANSKI:  To Michael. Ah.

MCFLIKER:  I was, I was, with John I'm okay, with Michael I don't know. I don't know.

SGT. SMOLYANSKI:  Okay. I, I try. I try. If I lose, I ah.

MCFLIKER:  Yeah, but, ah.

SGT. SMOLYANSKI:  Okay.

4

April 13, 2000                                          U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                                   00-6181-Cr-Huck
Meeting - McFliker's office

MCFLIKER:              You have instructions where the money is to go?

SGT. SMOLYANSKI:      Ah, yes, I um.

MCFLIKER:              Cause I have a whole file.  What I'm doing is I'm buying parts for
                      Ilona.

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              And as she's selling them I'm wiring the money to you.  I have a
                      whole contract, everything for her.

SGT. SMOLYANSKI:      (Coughs).  How ah, how ah, ah, fast can you ah, move now.

MCFLIKER:              Well, 50 you have to leave for six months.

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              You understand that.

SGT. SMOLYANSKI:      Yes.

MCFLIKER:              It's for the visa.

SGT. SMOLYANSKI:      For the visa, okay.

MCFLIKER:              Okay.  The other 50, I can move, next week I move five.  Next week,
                      another five.  I can't move much, but I can move to show that there
                      is movement, all the time, so you could always have in and out, in
                      and out.  I cannot put in 50 in Ilona's account and write 50.  I have to
                      show that she's selling parts, something constantly moving.

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              Constantly.  Let's say, next Wednesday we do 4,200.

SGT. SMOLYANSKI:      Um hm.

MCFLIKER:              Ah, Friday we do 2,700.  The following Monday we do 1,400, so it

                                        5

April 13, 2000                                            <u>U.S. v. Henry McFliker, et al.</u>
4:00 p.m. - 4:45 p.m.                                     00-6181-Cr-Huck
Meeting - McFliker's office

|                    |                                                                                                      |
|--------------------|------------------------------------------------------------------------------------------------------|
|                    | looks, it looks like we're busy.                                                                     |
| SGT. SMOLYANSKI:   | Um hm.                                                                                                |
| MCFLIKER:          | Okay. So, we can move in and out, in and out. So. If you tell me I need the full 50 in and out, you tell me now you wanna do it. |
| SGT. SMOLYANSKI:   | I ah, ah, ah give you ah, ah bank ah, name and ah, and the number.                                   |
| MCFLIKER:          | Um hm.                                                                                                |
| SGT. SMOLYANSKI:   | And ah, you just transfer money to, to the bank.                                                     |
| MCFLIKER:          | Okay.                                                                                                 |
| SGT. SMOLYANSKI:   | In the Cayman an, Islands, that's all.                                                                |
| MCFLIKER:          | You wanna use Cayman?                                                                                 |
| SGT. SMOLYANSKI:   | I use Cayman, I use Bahamas, and I use ah, ah Island.                                                 |
| MCFLIKER:          | Channel Islands.                                                                                      |
| SGT. SMOLYANSKI:   | Island of Man.                                                                                        |
| MCFLIKER:          | I prefer to do it through Island of Man if you can.                                                   |
| SGT. SMOLYANSKI:   | Island of Man?                                                                                        |
| MCFLIKER:          | Give me all three.                                                                                    |
| SGT. SMOLYANSKI:   | Ah.                                                                                                   |
| MCFLIKER:          | It looks better.                                                                                      |
| SGT. SMOLYANSKI:   | But, difficult to, if I know that, you.                                                               |
| MCFLIKER:          | (U/I) you do.                                                                                         |

6

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
4:00 p.m. - 4:45 p.m.                             00-6181-Cr-Huck
Meeting - McFliker's office

| | |
|---|---|
| SGT. SMOLYANSKI: | Send money to one bank and I count because I need. |
| MCFLIKER: | No, because what I, the guy, what I do, because you have other people sending in money. |
| SGT. SMOLYANSKI: | Yes. |
| MCFLIKER: | What I will do is I will, I can't do it by fax, but I will be able to fax your actual sales, parts sales. |
| SGT. SMOLYANSKI: | Okay. |
| MCFLIKER: | And the amounts. |
| SGT. SMOLYANSKI: | And. |
| MCFLIKER: | Or you can even call me from Moscow, and I'll tell you Ilona sold 5,000 Friday, 7,000, you know, next day. So you could always have a record, so you know from the first 50 you got 42 already. |
| SGT. SMOLYANSKI: | Um hm. |
| MCFLIKER: | Cause it's hard for you because you must have. |
| SGT. SMOLYANSKI: | Yeah, yeah, I, I. |
| MCFLIKER: | People helping you on it. |
| SGT. SMOLYANSKI: | If you ah, tell me ah, I send ah, 4,200 ah, Friday, ah, to Island of Man. |
| MCFLIKER: | Isle of Man is better for me. |
| SGT. SMOLYANSKI: | Why, why? |
| MCFLIKER: | Um, cause I could use South Africa. I could use England. I could use Canada. I don't have to use, Cayman Islands everybody watches. |
| SGT. SMOLYANSKI: | That ah, we do business for years. |

7

April 13, 2000                                  U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                            00-6181-Cr-Huck
Meeting - McFliker's office

| | |
|---|---|
| MCFLIKER: | No but through Americans. |
| SGT. SMOLYANSKI: | The Americans? |
| MCFLIKER: | I don't care, whatever you want, that's fine.  Well what, whichever is easier for you. |
| SGT. SMOLYANSKI: | (Sighs).  I use ah, I, Isle of Man for ah. |
| MCFLIKER: | European. |
| SGT. SMOLYANSKI: | Europe, European. |
| MCFLIKER: | I see. |
| SGT. SMOLYANSKI: | I like use ah, Cayman Island for. |
| MCFLIKER: | Do you ever, are you, you're corporate, right, you use it? |
| SGT. SMOLYANSKI: | No. |
| MCFLIKER: | No.  Individual? |
| SGT. SMOLYANSKI: | Well it's ah, it's a, a, a offshore corporation. |
| MCFLIKER: | Yeah, yeah, but it's corporations so when we wire transfer, it'll be to XYZ Company. |
| SGT. SMOLYANSKI: | Offshore corporations. |
| MCFLIKER: | Yes, but what, ah, there are names of the corporation, or you have the information. |
| SGT. SMOLYANSKI: | No, I, I'll, I'll give you all the information.  Um.  And, and now if you can fax ah, to me that you're sending ah, $4,700 dollars. |
| MCFLIKER: | I'm gonna call you. |
| SGT. SMOLYANSKI: | Call me. |

8

**April 13, 2000**                              <u>**U.S. v. Henry McFliker, et al.**</u>
**4:00 p.m. - 4:45 p.m.**                        **00-6181-Cr-Huck**
**Meeting - McFliker's office**

MCFLIKER:                    Cause I don't want the record of ah (U/I).

SGT. SMOLYANSKI:             You speak a little Russian or no?

MCFLIKER:                    Ah, I don't.  My family came from Poland.

SGT. SMOLYANSKI:             From Poland.

MCFLIKER:                    Okay.  So I speak Polish.

SGT. SMOLYANSKI:             Okay.

MCFLIKER:                    Cause my father and mother used to speak Polish, when I was a little
                             boy.

SGT. SMOLYANSKI:             Hm.

MCFLIKER:                    And, and so I understand Polish and many words, okay, so I can
                             understand ah, in ah, in Russian, and then, I have many Russian
                             clients.

SGT. SMOLYANSKI:             Oh, okay.

MCFLIKER:                    Okay, so um, I have ah, in the last nine years I have many Russian
                             clients so they, I learned the odd words, *thank you, how is everything,*
                             you know.

SGT. SMOLYANSKI:             Yeah.

MCFLIKER:                    These, the usual ah, the usual ah.  So where's your home?

SGT. SMOLYANSKI:             I live in Moscow and Kiev.

MCFLIKER:                    Oh, you told me, the Ukraine, Kiev is the.

SGT. SMOLYANSKI:             The Ukraine.  The Ukraine are two different countries now.  But
                             before it was ah, ah, ah, Soviet Union.

MCFLIKER:                    How come you're not here?  You could be if you wanted to.

9

April 13, 2000                                    **U.S. v. Henry McFliker, et al.**
4:00 p.m. - 4:45 p.m.                             **00-6181-Cr-Huck**
Meeting - McFliker's office

SGT. SMOLYANSKI:      (Sighs). I, yeah. I, I.

MCFLIKER:             But you don't want to.

SGT. SMOLYANSKI:      I, I travel everywhere and I wanna stay, my business is.

MCFLIKER:             I know.

SGT. SMOLYANSKI:      Is in Russia, so, so I ah.

MCFLIKER:             How do you bring the money in?

SGT. SMOLYANSKI:      Ah, I ah, bring girls from Russia.

MCFLIKER:             Right.

MCFLIKER:             We put 'em to prostitute.

MCFLIKER:             Do they pay you in (U/I)?

SGT. SMOLYANSKI:      And they pay here in dollars.

MCFLIKER:             Okay.

SGT. SMOLYANSKI:      And also.

MCFLIKER:             But how do you bring the girls, visas?

SGT. SMOLYANSKI:      I bring the girls, tourist uh visas.

MCFLIKER:             Tourist visas.

SGT. SMOLYANSKI:      Tourist visas and ah.

MCFLIKER:             (U/I).

SGT. SMOLYANSKI:      They prostitute and.

MCFLIKER:             Have they, they come to me because I have Ilona work three or four

10

April 13, 2000                                    U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                             00-6181-Cr-Huck
Meeting - McFliker's office

|  | places. |
|---|---|
| SGT. SMOLYANSKI: | Ah, they don't want to. |
| MCFLIKER: | And just. |
| SGT. SMOLYANSKI: | I take her pass, passport.  I don't want her to stay here.  They work for a month or two, they go back. |
| MCFLIKER: | Yeah, okay. |
| SGT. SMOLYANSKI: | And ah, and also, ah, is ah, I ah, ah tell you before.  I don't ah, touch narcotics.  I finance, finance deals.  The Russians if they need to buy cocaine, I finance.  But I don't touch. |
| MCFLIKER: | I see. |
| SGT. SMOLYANSKI: | I finance cocaine and that's, that's, that's it.  But ah, no touch drugs or, or ah, or guns.  Um, and ah. |
| MCFLIKER: | John said to me, what does ah, what does Alex look like.  I said like me. |
| SGT. SMOLYANSKI: | (Laughs). |
| MCFLIKER: | But younger.  (Laughs). |
| SGT. SMOLYANSKI: | I, I, I, I, I think you younger. |
| MCFLIKER: | I'm 54. |
| SGT. SMOLYANSKI: | 54?  No.  I'm younger. |
| MCFLIKER: | You're younger. |
| SGT. SMOLYANSKI: | Yeah. |
| MCFLIKER: | (Laughs). |

11

April 13, 2000                                    U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                             00-6181-Cr-Huck
Meeting - McFliker's office

SGT. SMOLYANSKI:        I'm younger.

MCFLIKER:              You have too many girls.  That's the problem.

SGT. SMOLYANSKI:        That's the problem, but if you want some I can ah.

MCFLIKER:              Well, you know.

SGT. SMOLYANSKI:        I could give you some.  (Laughs).

MCFLIKER:              Um.

SGT. SMOLYANSKI:        It's ah.

MCFLIKER:              Are you an organization or are you?

SGT. SMOLYANSKI:        Not yet.  Yes, I ah, part, partners and we work together.

MCFLIKER:              All right.  Cause what I'm trying to do.

SGT. SMOLYANSKI:        (Clears throat).

MCFLIKER:              I'm nervous about Michael, which I told you.  I don't stand behind
                       him.

SGT. SMOLYANSKI:        I try if he wants.

MCFLIKER:              I don't stand behind these guys.

SGT. SMOLYANSKI:        Right.

MCFLIKER:              Okay?  Now, but if you want me help him, I'm not charging you for
                       the first 100.

SGT. SMOLYANSKI:        Okay.

MCFLIKER:              Not one cent.

SGT. SMOLYANSKI:        After, how much?

                                    12

April 13, 2000                                    U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                             00-6181-Cr-Huck
Meeting - McFliker's office

MCFLIKER:              What can you do?

SGT. SMOLYANSKI:      I paid ah, ah, five to ten points.  But he, Michael wants twenty-five
                      points.

MCFLIKER:              I know.

SGT. SMOLYANSKI:      And, and John.

MCFLIKER:              And you paid that.

SGT. SMOLYANSKI:      Ah, on the first one hundred thousand, wants fifteen points.  So, it's
                      too much.

MCFLIKER:              So with me it's very clean.  (U/I) it's, it's.  I, I'm not, I don't do this.
                      If I do it I mean, I got a hundred million dollars in this building you
                      know.

SGT. SMOLYANSKI:      (Coughs).  But.

MCFLIKER:              But if I can make a few cents, I deal in millions of dollars and it's all
                      wire transfers, it's all international, it's all (U/I).

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              See I'm scared of little guys.  I'm scared of the independent guys.
                      You're not here, okay.

SGT. SMOLYANSKI:      Uh huh.

MCFLIKER:              Um, um.  But I could do some numbers for you.

SGT. SMOLYANSKI:      How much, tell me how much?

MCFLIKER:              I could do a couple hundred a month.

SGT. SMOLYANSKI:      Couple hundred thousand a month?

MCFLIKER:              Yeah.

13

April 13, 2000                              U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                       00-6181-Cr-Huck
Meeting - McFliker's office

SGT. SMOLYANSKI:        Ah, at two and a half million dollars per year.  Okay.

MCFLIKER:               But ah, I gotta figure out how you.

SGT. SMOLYANSKI:        Okay.  And I need to know.

MCFLIKER:               I might need you to open an account in Canada.

SGT. SMOLYANSKI:        In Canada?

MCFLIKER:               Yeah.

SGT. SMOLYANSKI:        Why Canada?

MCFLIKER:               Why not?

SGT. SMOLYANSKI:        I never do business in Canada.

MCFLIKER:               Yes, but I can move money for you, we can use a check (U/I).  I can
                        make you legal in America you know.  If you want.

SGT. SMOLYANSKI:        Yeah, but then I pay taxes.  I don't wanna.

MCFLIKER:               Yeah, but you also have costs.  I mean I don't care, I'm just saying
                        ah.  Let me do your hundred for you, okay.

SGT. SMOLYANSKI:        Okay.  Let me tell.

MCFLIKER:               And let's see how it works.

SGT. SMOLYANSKI:        Let me tell my ah, (U/I) money.

                        [Beep]

SGT. SMOLYANSKI:        (On phone) Hello ah, ah, *hello, bring the money please.*

MCFLIKER:               See I have, to give you an example.

SGT. SMOLYANSKI:        Can you call a secretary, tell (U/I).

14

April 13, 2000                                U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                          00-6181-Cr-Huck
Meeting - McFliker's office

MCFLIKER:          See I have contracts, you know, and I bought a hundred thousand
                   dollars. **(On phone)** Hello. Yeah. Um, I have somebody coming in
                   here, a gentleman will be coming through the front door. Would you
                   escort him to my office. (Off phone) What's his name?

SGT. SMOLYANSKI:   His name is Sasha.

MCFLIKER:          (On phone) Sasha. Thank you, bye-bye. (Off phone) So, what I'm
                   saying ah, if we do a little business, let me figure out how to do it so
                   that you're comfortable, I'm comfortable, you know. I'll do the
                   hundred, I don't want any money. Okay?

SGT. SMOLYANSKI:   Okay, but how much Monday, because I need to talk to partner.

MCFLIKER:          Let me, let me go ahead and do this and then I'll let you know.

SGT. SMOLYANSKI:   Okay. But not too much.

MCFLIKER:          I'm looking about twenty.

SGT. SMOLYANSKI:   At twenty, twenty points. Huh.

MCFLIKER:          Think about it, okay? I mean I know.

SGT. SMOLYANSKI:   Okay, but I, I, if you do better.

MCFLIKER:          If I find a way that it's easy, okay? And that I, and, and if I could do
                   better with pleasure, okay, I don't need it. Okay, that doesn't mean
                   much to me. 20-30,000 dollars is one sale of one part today. Okay?
                   My, I have salesmen here, they sold that much in, you know, on one
                   part.

SGT. SMOLYANSKI:   Well, yes. Ah, okay. But ah, if you can move ah, 200 ah, thousand
                   a month, ah.

MCFLIKER:          To Canada, is easy.

SGT. SMOLYANSKI:   To Canada?

15

April 13, 2000                          U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                    00-6181-Cr-Huck
Meeting - McFliker's office

MCFLIKER:              Yes.

SGT. SMOLYANSKI:       What, my ah.

MCFLIKER:              Through Canada is really easy.  I, we'll talk about that.

SGT. SMOLYANSKI:       I need money clean, I need ah, to maybe bring back to United States.

MCFLIKER:              Yes.

SGT. SMOLYANSKI:       And buy property here or buy something or, I don't want any ah, ah, ah, questions.  Ah, you, you understand what I say?

MCFLIKER:              Yeah.

SGT. SMOLYANSKI:       Um, if we can ah, if you can ah, move better than John, John says two, ah hundred-fifty.

MCFLIKER:              A month.

SGT. SMOLYANSKI:       A month.

MCFLIKER:              Let's see how he does.  You don't need me.  Let me do this.  Okay?

SGT. SMOLYANSKI:       Okay, but I can, you know.

MCFLIKER:              You don't need me.  (U/I).

SGT. SMOLYANSKI:       I'm not, I'm not, I'm not ah, ah, you know I can, if he move that.

MCFLIKER:              Let me do it.

SGT. SMOLYANSKI:       Okay.

MCFLIKER:              Let him do it.

SGT. SMOLYANSKI:       But if he, ah, but if he can do and you can do, and ah, he says do not put all your ah, eggs in, in one ah.

16

April 13, 2000                                  **U.S. v. Henry McFliker, et al.**
4:00 p.m. - 4:45 p.m.                            00-6181-Cr-Huck
Meeting - McFliker's office

MCFLIKER:              Basket.

SGT. SMOLYANSKI:       Basket, yes.

MCFLIKER:              Yes.

SGT. SMOLYANSKI:       So.

MCFLIKER:              Uh, let John do it.  I'll, I'll stay out.  Okay?  I need this to do Ilona's
                       visa.  It shows an investment, you're gonna get your money back and
                       then you're fine.  You'll see how John does.  And if there's some way
                       I can help you, fine.

SGT. SMOLYANSKI:       Okay.  All right.

MCFLIKER:              I'm there for you.  If I can help you, fine.

SGT. SMOLYANSKI:       Okay.  Ah, and if I call from, ah, Moscow and say ah, and say ah.

MCFLIKER:              You need to talk to me, that's all.

SGT. SMOLYANSKI:       Okay.  And I say Henry, ah I have friend, he goes ah, stop by and ah,
                       do business and then you know it from (U/I).

MCFLIKER:              Yeah, that's fine, that's fine.  That you know, ah, not a problem.

                       [Knocking on door]

SGT. SMOLYANSKI:       Okay.

MCFLIKER:              Come in.

SGT. SMOLYANSKI:       Ah, ah, *leave it on the table and wait*.  Okay.  Put it there.

MCFLIKER:              (U/I).

SGT. SMOLYANSKI:       Huh?

MCFLIKER:              You need the security.

April 13, 2000                                          <u>U.S. v. Henry McFliker, et al.</u>
4:00 p.m. - 4:45 p.m.                                   00-6181-Cr-Huck
Meeting - McFliker's office

SGT. SMOLYANSKI:    Oh yeah, I ah, I no want like bring money all the time. I don't want to ah, I, I don't have gun, no I don't have.

MCFLIKER:    (U/I).

SGT. SMOLYANSKI:    Ah, so ah.

MCFLIKER:    Tell me about Skobletsyn.

SGT. SMOLYANSKI:    (Laughs). Ah.

MCFLIKER:    What's the story here? I got him the visa you know.

SGT. SMOLYANSKI:    You got visa for Skobeltsyn?

MCFLIKER:    Yeah.

SGT. SMOLYANSKI:    Um, ah, Skobeltsyn ah, from ah, from Nizhniy Novgorod.

MCFLIKER:    (U/I).

SGT. SMOLYANSKI:    That ah, ah, ah, we had ah, a fight.

MCFLIKER:    Okay. He came in here one day and says get me a visa. Somebody recommended me. I got him a visa like that. And then, I said get your visa stamped, get your green card, (U/I) he didn't know. I don't know what he did with it. He went and bought some clubs and he got into trouble.

SGT. SMOLYANSKI:    Um hm. Well, ah, he, he, you know, he in Moscow he's got problems. He's hiding, people looking.

MCFLIKER:    (U/I).

SGT. SMOLYANSKI:    Yeah.

[Shuffling and background sounds]

MCFLIKER:    Best of my (U/I), I will send him that, Guatemala.

18

April 13, 2000                                 U.S. v. Henry McFliker, et al.
4:00 p.m. - 4:45 p.m.                          00-6181-Cr-Huck
Meeting - McFliker's office

SGT. SMOLYANSKI:        What was in?

MCFLIKER:               When I was in, sitting in Guatemala, and two of my friends with me.
                        And they had all the Army generals, they were selling them Israeli
                        (U/I) in Israel.

SGT. SMOLYANSKI:        Yes.

MCFLIKER:               And they had to sleep with girls.

                        [Laughter]

MCFLIKER:               (U/I).

SGT. SMOLYANSKI:        (Coughs).

                        [Door closes]

                        [Ringing]

MCFLIKER:               Okay, I need to know where it's going.

SGT. SMOLYANSKI:        Um.

MCFLIKER:               I just want you to see.  This is Ilona's company.

SGT. SMOLYANSKI:        Um hm.

MCFLIKER:               It's called Rosoto (phonetic) Agencies.

SGT. SMOLYANSKI:        Um hm.

MCFLIKER:               Rosoto Agencies.

SGT. SMOLYANSKI:        Uh huh.

MCFLIKER:               And it shows that she bought a hundred thousand dollars worth of
                        inventory.

19

April 13, 2000                          **U.S. v. Henry McFliker, et al.**
4:00 p.m. - 4:45 p.m.                    **00-6181-Cr-Huck**
**Meeting - McFliker's office**

SGT. SMOLYANSKI:        Um hm.

MCFLIKER:               Okay, it, and.  You can have a copy of that.

                        [Noise]

MCFLIKER:               I don't count, I trust you.

SGT. SMOLYANSKI:        Oh.

MCFLIKER:               I trust you.

SGT. SMOLYANSKI:        Okay.  If I make mistake, you tell.  Yeah, yeah.  How fast do you
                        want, (U/I) back to you, (U/I)?

MCFLIKER:               Ah.

MCFLIKER:               As far as she, her parts are gonna sell every, every couple of days.  So
                        it's constant.  (U/I) like, like.

SGT. SMOLYANSKI:        Yeah.

MCFLIKER:               Let me give you a copy of that.

SGT. SMOLYANSKI:        Okay.  Okay, ah, *tell him to come in.*

MCFLIKER:               (U/I).

SGT. SMOLYANSKI:        No, no, *yes, to come in.*  Okay?

                        [Door]

SGT. SMOLYANSKI:        *No, for him to walk in to walk in here.*  Okay?

                        [Female voice in background]

SGT. SMOLYANSKI:        Okay.

                        [Beep]

                                    20

_ ... - 4:45 p.m.
**Meeting - McFliker's office**

[Door closes]

MCFLIKER:              Do you want a copy of this or you don't care?

SGT. SMOLYANSKI:      Ah.

MCFLIKER:              This is a contract for the embassy purpose.

SGT. SMOLYANSKI:      Um hm.

MCFLIKER:              Everything is clean.  See.  And this is for her.  I needed her to come in and sign her copy.

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              Okay?

SGT. SMOLYANSKI:      Okay, ah, I'm ah Sergeant ah, (U/I) with the FBI.  And you're under arrest.  You want to go with us (U/I).

MCFLIKER:              (U/I).

S/A              :     Special Agent (U/I), FBI.

SGT. SMOLYANSKI:      Okay.

MCFLIKER:              Yes.

S/A              :     You are currently under arrest.

SGT. SMOLYANSKI:      He has no weapons on him.

S/A              :     Do you have any weapons on you?

SGT. SMOLYANSKI:      No.

S/A              :     Any narcotics, anytime.

                      END OF THIS CONVERSATION

                              21