*[FILED stamp: SEP 22 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6181-CR-HUCK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOHN RAFFA, et al.

   Defendant.
_____/

### ORDER ON UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

THIS MATTER came before the Court upon Defendant's Unopposed Motion for an Extension of Time to File Pretrial Motions, and the Court having considered same, it is hereby

ORDERED and ADJUDGED that the Defendant's Motion for an Extension of Time to File Pretrial Motions is hereby GRANTED and time to file motions is extended twenty (20) days from the date of this order.

DONE AND ORDERED in Miami, Florida this _22nd_ day of _Sept_ 2000.

/s/ PAUL C. HUCK
United States District Judge

Copies to:

DAVID G. VINIKOOR, ESQ.
 Attorney for the Defendant
DIANA FERNANDEZ
 Assistant U.S. Attorney
MARC NURIK, ESQ.
SAMUEL MONTESINO, ESQ.

