UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO.: 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN RAFFA,

    Defendant.
_____/

## UNOPPOSED MOTION FOR A CONTINUANCE

The Defendant, JOHN RAFFA, through undersigned counsel, files this Unopposed Motion for a Continuance and as grounds would state the following:

1. The trial date is currently set for the two-week period commencing October 10, 2000 and ending October 20, 2000.

2. Ongoing discussions in an attempt to resolve this case are continuing between undersigned counsel and the Government.

3. This motion is made in good faith and not for purposes of unnecessary delay.

## CERTIFICATION UNDER LOCAL RULE 88.9

4. Pursuant to Local Rule 88.9, the undersigned has spoken with Assistant U.S. Attorney Diana Fernandez who states that she has no objection to this Motion.



WHEREFORE, the Defendant, JOHN RAFFA, respectfully requests that a continuance in this matter be granted.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 29th day of September, 2000, to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394, and to Marc Nurik, Esq., Counsel for Henry McFlicker, P.O. Box 1900, Fort Lauderdale, FL 33302-1900, and Samuel Montesino, Esq., c/o Wilbur Montesino, Esq., Counsel for Michael E. Fuller, 1100 North Olive, West Palm Beach, FL 33401.

_____
DAVID G. VINIKOOR