00-6181.oa

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6181 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN RAFFA,

    Defendant.
_____/



## ORDER FOR RESPONSE

**This matter** is before this Court on Defendant John Raffa's Objection to Government's Transcripts of Tape Recorded Conversations, filed August 7, 2000. The Court having considered the Objection and the Response, and being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1.    On or before October 11, 2000, the Defendant shall file any objections to the Government's revised transcripts.

2.    To the extent that Defendant objects to the accuracy of any transcript, the Defendant shall set forth specifically in his objection the portion of the Government's transcript(s) which Defendant claims to be inaccurate. Failure to properly object shall be deemed a waiver by the Defendant of any objection, and a de facto agreement by the Defendant that any portion of the transcripts which are not objected to are accurate.

3.    Defendant shall file along with his objections to any transcript, an alternative proposed transcript which Defendant claims to be an accurate translation of the tape in question.

    4.    A courtesy copy of the foregoing submission shall be delivered to the Chambers of the undersigned on or before the date provided above.

**DONE AND ORDERED** this 3d day of October, 2000, at Miami, Florida.

                                          STEPHEN T. BROWN
                                          U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Diana Fernandez, Esq. (AUSA)
        Marc Nurik, Esq.
        David Vinikoor, Esq. (by fax)
        Samuel Montesino, Esq.