# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  00-6181-CR-HUCK

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

JOHN RAFFA,

      **Defendant.**

_____/



## OBJECTION TO GOVERNMENT'S REVISED TRANSCRIPTS

      The Defendant, JOHN RAFFA ("Raffa"), through undersigned counsel, pursuant to the Court's order of October 3, 2000, files this response to the Government's revised transcripts of tape recorded conversations.

      On August 7, 2000, Raffa filed objections to four of the Government's transcripts, specifically tapes 18, 29, 31 and 34.  The Government prepared revised transcripts of the four meetings and incorporated some of Raffa's objections.  The Government in its revised transcripts, highlighted those portions of the transcripts which differed from Raffa's proposed transcripts.

      If this matter cannot be resolved without a trial, Raffa will maintain at trial that his originally submitted Objection to Government's Transcripts accurately reflects the content of the various tape recorded conversations.  Raffa has previously submitted alternative proposed transcripts.



Respectfully submitted,

DAVID G. VINIKOOR, P.A.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 11th day of October, 2000, to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394, and to Marc Nurik, Esq., Counsel for Henry McFlicker, P.O. Box 1900, Fort Lauderdale, FL 33302-1900, and Samuel Montesino, Esq., c/o Wilbur Montesino, Esq., Counsel for Michael E. Fuller, 1100 North Olive, West Palm Beach, FL 33401.

_____
DAVID G. VINIKOOR