FILED by __ D.C.

NOV 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6181-CR-HUCK

    Plaintiff,

vs.   NOTICE OF HEARING

JOHN RAFFA,

    Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Tuesday, January 23, 2001, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: November 21, 2000

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: Diana Fernandez, AUSA
    David Vinikor, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services