UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6181-CR-HUCK

FILED BY _____ D.C.

00 DEC -1 AM 11:50

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JOHN RAFFA,

   Defendant.
_____/

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

JOHN RAFFA waives his right to a speedy trial as defined by the Speedy Trial Act, 18 U.S.C. §3161, et seq., and agrees that the period of time from his arraignment until his scheduled change of plea on January 23, 2001 be excludable in calculating the period of time within which his trial must commence under the provisions of the Speedy Trial Act.

   Respectfully submitted,

   DAVID G. VINIKOOR, P.A.
   Attorney for Defendant
   420 S.E. 12th Street
   Fort Lauderdale, FL 33316
   Telephone: (954) 522-2500
   Facsimile: (954) 522-7278

   By: _____
   DAVID G. VINIKOOR
   Florida Bar #195719



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Defendant's Waiver of Speedy Trial was furnished this 29th day of November, 2000, to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33394, and to Marc Nurik, Esq., Counsel for Henry McFlicker, P.O. Box 1900, Fort Lauderdale, FL 33302-1900, and Samuel Montesino, Esq., c/o Wilbur Montesino, Esq., Counsel for Michael E. Fuller, 1100 North Olive, West Palm Beach, FL 33401.

By: _____
DAVID G. VINIKOOR