UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK
CASE NO. 00-6324-CR-HUCK

FILED by ______ D.C.
MAR 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN RAFFA,

Defendant.
_______________________________/

**ORDER**

THIS MATTER having come before the Court on the government's unopposed motion for a continuance of the sentencing in this matter, and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the government's motion is GRANTED. Sentencing is hereby rescheduled for MAY 07, 2001 At 8:30 Am James Lawrence King Federal Justice Bldg. 99 NE 4th Street 10th Floor Miami.

DONE and ORDERED in Chambers at Miami, Florida, this 28th day of March, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
David G. Vinikoor, Esquire

