SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: John Raffa
CASE #: 00-6181-CR
JUDGE: PAUL C. HUCK
Deputy Clerk: VALERIE THOMPKINS
DATE: 5-7-2001
Court Reporter: LARRY HERR
USPO: ___
AUSA: Diana Fernandez
Deft's Counsel: David Vinikoor

COUNTS DISMISSED: 0

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

√ D.C.
MAY 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

Supervised Release: ___

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 5 | ___ | I Concurrent w/ case 00-6324-CR |

Comments: Gov M/ for 5K1.1 is hereby granted. 1200 Hours Comm Service. 12 mths Home Detention as S/c of Probation w/ Electronic Monitor.

Assessment $ 100.00
Fine $ 10,000

Restitution /Other: ___

### CUSTODY
___ Remanded to the Custody of the U.S. Marshal Service
___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: Court advise defendant of his right to appeal.