UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6181-CR-HUCK
00-6324-CR-HUCK

FILED by _____ D.C.
JUN 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN RAFFA,

Defendant.
_____/

### ORDER ON EMERGENCY MOTION TO AUTHORIZE TRAVEL

THIS MATTER came before the Court upon Defendant's Emergency Motion to Authorize Travel, and the Court having considered same, it is hereby

ORDERED and ADJUDGED that the Defendant's Emergency Motion to Authorize Travel is hereby granted as to the Defendant's travel itinerary outlined in his motion.

DONE AND ORDERED this 21st day of June, 2001.

PAUL C. HUCK
United States District Judge

Copies to:

DAVID G. VINIKOOR, P.A.
 Attorney for the Defendant (fax #954-522-7278)
DIANA FERNANDEZ
 Assistant U.S. Attorney (fax #954-356-7336)
BRIAN HASSETT, U.S. Probation
(fax #561-655-1049)