PROB 35
(Rev 1/92)

SD/FL PACTS No. 63554

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

### UNITED STATES DISTRICT COURT
### Southern District of Florida

### CASE No. 1:00CR6181-01

UNITED STATES OF AMERICA

v.

John Raffa

On <u>May 7, 2001,</u> the above named was placed on probation for a period of <u>five (5)</u> years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

U. S. Probation Officer
Bunny J. Green
Phone: (305) 412-2313

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2005.

United States District Judge

